CRTR2709-CR  **COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
**Docket Report**

**2584CV01139 Saint Cyr, Mozart vs. JPMorgan Chase & Co.**

| | |
|---|---|
| **CASE TYPE:** Business Litigation | **FILE DATE:** 04/28/2025 |
| **ACTION CODE:** BF1 | **CASE TRACK:** B - Special Track (BLS) |
| **DESCRIPTION:** Complex UCC Issues | |
| **CASE DISPOSITION DATE:** 06/17/2025 | **CASE STATUS:** Closed |
| **CASE DISPOSITION:** Transferred to another Court | **STATUS DATE:** 06/17/2025 |
| **CASE JUDGE:** | **CASE SESSION:** Business Litigation 1 |

| PARTIES | | |
|---|---|---|

| | | |
|---|---|---|
| **Plaintiff**<br>Saint Cyr, Mozart | **Attorney**<br>David S Godkin<br>Birnbaum and Godkin, LLP<br>Birnbaum and Godkin, LLP<br>1 Marina Park Drive<br>Suite 1410<br>Boston, MA 02210<br>Work Phone (617) 307-6100<br>Added Date: 04/28/2025 | 196530 |
| | **Attorney**<br>James E Kruzer<br>Birnbaum and Godkin, LLP<br>Birnbaum and Godkin, LLP<br>1 Marina Park Drive Suite 1410<br>Boston, MA 02210<br>Work Phone (617) 307-6100<br>Added Date: 04/28/2025 | 670827 |
| **Defendant**<br>JPMorgan Chase & Co. | **Attorney**<br>Keri L Engelman<br>Morgan, Lewis and Bockius LLP<br>Morgan, Lewis and Bockius LLP<br>One Federal St<br>Boston, MA 02110<br>Work Phone (617) 341-7828<br>Added Date: 06/16/2025 | 704360 |
| | **Attorney**<br>Anna K Perocchi<br>Morgan, Lewis and Bockius LLP<br>Morgan, Lewis and Bockius LLP<br>1 Federal St<br>Suite 1600<br>Boston, MA 02110-1726<br>Work Phone (617) 341-7904<br>Added Date: 06/16/2025 | 714730 |

I HEREBY ATTEST AND CERTIFY ON
C0/17/2025 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
John E. Powers, III
Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
Asst. Clerk

**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
**Docket Report**

## FINANCIAL DETAILS

| Date | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
|------|--------------------------|----------|------|-----------|---------|
| 04/29/2025 | Civil Filing Fee (per Plaintiff) Receipt: 47992 Date: 04/29/2025 | 240.00 | 240.00 | 0.00 | 0.00 |
| 04/29/2025 | Civil Security Fee (G.L. c. 262, § 4A) Receipt: 47992 Date: 04/29/2025 | 20.00 | 20.00 | 0.00 | 0.00 |
| 04/29/2025 | Civil Surcharge (G.L. c. 262, § 4C) Receipt: 47992 Date: 04/29/2025 | 15.00 | 15.00 | 0.00 | 0.00 |
| | **Total** | **275.00** | **275.00** | **0.00** | **0.00** |

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|------|-----|-------------|-------|
| 04/28/2025 | 1 | Complaint electronically filed. | |
| 04/28/2025 | 2 | Civil action cover sheet filed. | |
| 04/29/2025 | 3 | General correspondence regarding Notice of acceptance into Business Litigation Session Accepted into BLS1 (Dated 4/29/2025) Notice sent 4/29/2025 | Salinger |
| 05/05/2025 | | EDocument sent: Notice to Appear was generated and sent to: Plaintiff: James E Kruzer, Esq. kruzer@birnbaumgodkin.com Plaintiff: David S Godkin, Esq. godkin@birnbaumgodkin.com Sent On: 05/05/2025 12:20:33 | |
| 05/08/2025 | 4 | ORDER: SCHEDULING ORDER: (See P#4 for complete order) Dated: April 30, 2025 Notice Sent 5/12/25 | Krupp |
| 06/16/2025 | | Attorney appearance On this date Keri L Engelman, Esq. added for Defendant JPMorgan Chase & Co. | |
| 06/16/2025 | | Attorney appearance On this date Anna K Perocchi, Esq. added for Defendant JPMorgan Chase & Co. | |
| 06/16/2025 | 5 | Defendant JPMorgan Chase & Co.'s Notice of Filing of Notice of Removal | |
| 06/17/2025 | | REMOVED to the U.S. District Court of Massachusetts (US Dist#25-cv-11751) | |
| 06/17/2025 | | Case transferred to another court. | |

ER

## COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**

**SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT**
**C.A. No.:** 25-1139

---

Mozart Saint Cyr, individually and on behalf
of all others similarly situated,

                    Plaintiff,

        v.

JPMorgan Chase & Co.,

                    Defendant.

---

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

---

Plaintiff Mozart Saint Cyr ("Plaintiff"), by and through his attorneys, makes the

following allegations pursuant to the investigation of his counsel and based upon information

and belief, except as to allegations specifically pertaining to himself and his counsel, which are

based on personal knowledge, against Defendant JPMorgan Chase & Co. ("Defendant" or

"JPMC").

### NATURE OF THE ACTION

1.      Mass. Gen. Laws ch. 149, § 19B(2)(b) requires all applications for employment

within the Commonwealth to contain a notice of job applicants' and employees' rights

concerning lie detector tests.

2.      Despite this abundantly clear mandate, Defendant does not provide such written

notice of rights in its Massachusetts job applications.

3.      Under Mass. Gen. Laws ch. 149, § 19B(4), persons aggrieved by a violation of

Mass. Gen. Laws ch. 149, § 19B(2) have a private right of action for such violations, for

injunctive relief and damages, including minimum statutory damages of $500 per violation.

4.      Mass. Gen. Laws ch. 149, § 19B(4) also expressly authorizes class actions,

providing that a civil action may be brought by a person "in his own name and on his own

behalf, or for himself and, for other [sic] similarly situated."

5.      Thus, pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff brings this action,

on behalf of herself and those similarly situated, to redress Defendant's violations of Mass. Gen.

Laws ch. 149, § 19B(2)(b).

## PARTIES

6.      Plaintiff Mozart Saint Cyr is a citizen of Massachusetts who resides in Bridgewater,

Massachusetts.  In or around December 2024, while located in Massachusetts, Plaintiff applied to

work at Defendant's Newton, Massachusetts location as a Relationship Banker (job ID

210582147).   However, in his JPMC Massachusetts-based job application, Plaintiff was not

provided the notice of his rights concerning lie detector tests that is required by Mass. Gen. Laws

ch. 149, § 19B(2)(b).

7.      Defendant JPMorgan Chase & Co. is a Delaware corporation with its principal

place of business at 383 Madison Avenue, New York, NY 10017.  Defendant operates throughout

and employs a significant number of residents in Massachusetts.   Defendant targets its job

applications at prospective employees whom it knows to reside in Massachusetts.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over this matter pursuant to Mass. Gen. Laws ch. 212,

§§ 3 and 4 because this is a civil action where the aggregate claims of all members of the

proposed class are in excess of $50,000, exclusive of interest and costs.

9.      The Court has personal jurisdiction over Defendant pursuant to Mass. Gen. Laws

ch. 223A § 3(a), (b), and (e) because Defendant regularly transacts business in the

Commonwealth, Defendant contracts to supply services or things in the Commonwealth, and

Defendant has an interest in, uses, and possesses real property in the Commonwealth.

10.     Venue is proper in the Business Litigation Session ("BLS"), pursuant to Superior Court Administrative Directive No. 24-1, because this case is complex and is brought as a class action which will require substantial case management.

## FACTUAL ALLEGATIONS

11.     On December 16, 1985,[1] Massachusetts enacted 1985 Mass. Acts Chapter 587,[2] introduced as HB 6908[3] and codified at Mass. Gen. Laws ch. 149, § 19B.

12.     Mass. Gen. Laws ch. 149, § 19B(2)(b) provides:

> All applications for employment within the commonwealth shall contain the following notice which shall be in clearly legible print:

> "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability."

13.     In plain violation of the law, Defendant does not provide such written notice of rights in its applications for JPMC Massachusetts-based jobs.

14.     Indeed, searches for the terms "lie detector" on Defendant's websites listing job openings, information, and applications[4] – jpmorganchase.com/careers (Careers at JPMorgan Chase), careers.jpmorgan.com/US/en/chase (Careers at Chase), jpmc.fa.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1001 (JPMorgan Chase job board), and jpmc.fa.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1002 (Chase job board) –

---

[1] *See, e.g.*, 1985 Journal of the House of Representatives of the Commonwealth of Massachusetts (https://archives.lib.state.ma.us/handle/2452/796446); 1985 Bill History at p. 3388 (https://archives.lib.state.ma.us/bitstream/handle/2452/796446/1985-House-03-BillHistory.pdf?sequence=15&isAllowed=y).

[2] https://archives.lib.state.ma.us/handle/2452/40042.

[3] http://archives.lib.state.ma.us/handle/2452/602897.

[4] All of which specify that they are operated by Defendant, stating "JPMorgan Chase & Co. All rights reserved. JPMorgan Chase [& Co.] is an Equal Opportunity Employer, including Disability/Veterans."

3

yield no results.

15.     Plaintiff's counsel surveyed numerous job applications that Defendant has made

publicly available via the *supra* websites. **None** of Defendant's job applications viewed by

Plaintiff's counsel complied with Mass. Gen. Laws ch. 149, § 19B(2)(b). *See* Ex. 1-2.[5]

16.     Plaintiff and Class members were aggrieved because they were bona-fide

applicants for jobs with Defendant, and Defendant deprived them of their statutorily guaranteed

right to the notice provided for by Mass. Gen. Laws ch. 149, § 19B(2)(b).

## CLASS REPRESENTATION ALLEGATIONS

17.     Plaintiff seeks to represent a class defined as

> All persons who applied for a Massachusetts-based position of employment with
> Defendant (the "Class").

18.     Members of the Class are so numerous that their individual joinder herein is

impracticable. On information and belief, members of the Class number in the thousands. The

precise number of Class members and their identities are unknown to Plaintiff at this time but

may be determined through discovery. Class members may be notified of the pendency of this

action by mail and/or publication through the distribution records of Defendant.

19.     Common questions of law and fact exist as to all Class members and predominate

over questions affecting only individual Class members. Common legal and factual questions

include, but are not limited to, whether Defendant's conduct as alleged herein violates

Massachusetts law, including the provisions of Mass. Gen. Laws ch. 149, § 19B(2)(b); whether

Plaintiff and Class members are entitled to damages and if so, in what amount; and whether

---

[5] Ex. 1 pertains to Job ID 210616233 (available at https://jpmc.fa.oraclecloud.com/hcmUI/CandidateExperience/en/
sites/CX_1001/job/210616233). Ex. 2 also pertains to Job ID 210616233 (available at
https://jpmc.fa.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1002/job/210616233).

Plaintiff and the other members of the Class are entitled to equitable relief, including but not limited to injunctive or declaratory relief.

20.    The claims of the named Plaintiff are typical of the claims of the Class in that the named Plaintiff applied for Massachusetts-based employment with Defendant. In his application for employment with Defendant, Plaintiff – like the rest of the Class – was not furnished the notice of rights that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

21.    Plaintiff is an adequate representative of the Class because his interests do not conflict with the interests of the Class members he seeks to represent, he has retained competent counsel experienced in prosecuting class actions, and he intends to prosecute this action vigorously. The interests of Class members will be fairly and adequately protected by Plaintiff and his counsel.

22.    The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Class members. Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability. Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case. Individualized litigation also presents a potential for inconsistent or contradictory judgments. In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability. Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

## COUNT I
### Declaratory and Injunctive Relief

23.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

24.    Absent injunctive relief, Defendant may continue to violate the law and infringe upon the rights of Massachusetts job applicants.

25.    Plaintiff asks this court to declare Defendant's conduct unlawful and enjoin Defendant from using and disseminating job application materials that do not comply with Mass. Gen. Laws ch. 149, § 19B(2)(b).

## COUNT II
### Violation of M.G.L.A. 149, § 19B(2)(b)

26.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

27.    Massachusetts law explicitly requires that companies soliciting applications for employment include the following language on all Massachusetts job applications: "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability." Mass. Gen. Laws ch. 149, § 19B(2)(b).

28.    Defendant does not include this statutorily-required language in its Massachusetts job applications, including the job applications filled out by Plaintiff and Class members.

29.    Pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff and Class members seek statutory damages of not less than five hundred dollars per violation and reasonable attorney's fees and costs as a result of Defendant's violations of Mass. Gen. Laws ch. 149, 19B(2)(b).

## RELIEF DEMANDED

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks

6

judgment against Defendant, as follows:

a.    For an order certifying the Class, naming Plaintiff as representative of the Class, and naming Plaintiff's attorneys as Class Counsel to represent the Class;

b.    For an order declaring that Defendant's conduct violates the statute referenced herein;

c.    For an order finding in favor of Plaintiff and the Class, on all counts asserted herein;

d.    For compensatory, statutory, and punitive damages in amounts to be determined by the Court and/or jury;

e.    For prejudgment interest on all amounts awarded;

f.    For an order of restitution and all other forms of equitable monetary relief;

g.    For an order enjoining Defendant from continuing the illegal practices detailed herein and compelling Defendant to undertake a corrective advertising campaign; and

h.    For an order awarding Plaintiff and the Class their reasonable attorneys' fees and expenses and costs of suit.

**JURY TRIAL DEMANDED**

Plaintiff demands a trial by jury on all claims so triable.

Dated: April 28, 2025

Respectfully submitted,

**BIRNBAUM & GODKIN, LLP**

By: */s/ David S. Godkin*
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
1 Marina Park Drive, Suite 1410
Boston, MA 02210
Telephone: (617) 307-6100
Email: godkin@birnbaumgodkin.com
        kruzer@birnbaumgodkin.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Matthew A. Girardi*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
        mgirardi@bursor.com
        jdiamond@bursor.com

*Attorneys for Plaintiff*

**Pro Hac Vice application forthcoming*

I HEREBY ATTEST AND CERTIFY ON
CEO/17/2025        , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
    John E. Powers, III
    Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
            Asst. Clerk

# EXHIBIT 1

 

↑ View More Jobs

# JPMorganChase

# Relationship Banker- Newton Centre

Newton, MA, United States

**APPLY NOW**

## JOB INFORMATION

| | |
|---|---|
| Job Identification | 210616233 |
| Job Category | Relationship Bankers |
| Business Unit | Consumer & Community Banking |
| Posting Date | 04/24/2025, 09:28 AM |
| Locations | ♀ Newton, MA, United States |
| Job Schedule | Full time |
| Job Shift | Day |

## JOB DESCRIPTION

You have a passion for helping customers, building relationships, and delivering extraordinary customer service. You are energetic and enthusiastic as the face of Chase to our retail branch customers. From a personal standpoint, you will have the opportunity to take ownership of your career development through a variety of cross-training opportunities.

As a Relationship Banker in Branch Banking, you will take a lead role in delivering an outstanding experience to Chase customers. You will acquire, manage, and retain meaningful relationships with our customers, using your financial knowledge to offer thoughtful solutions to help address their financial needs, contributing to the success of the branch. You will be making the lives of customers



by sharing and setting up self-service options to access their accounts 24 hours a day, 7 days a week.

## Job responsibilities

- Delivers an exceptional customer experience by acting with a customer-first attitude
- Manages assigned customers and proactively meets with them, both in person and over the phone, to build lasting relationships, discover financial needs, and tailor product and service recommendations
- Makes personal connections, engages and educates customers, asks open-ended questions, and listens to establish trust and build lasting relationships
- Influences, educates, and connects customers to technology
- Possesses initiative and knowledge to provide financial options for customers using a consultative approach
- Learns products, services, and procedures quickly and accurately and delivers solutions that make our One Chase products work together
- Works in partnership with Specialists (Financial Advisors, Mortgage Bankers, and Business Relationship Managers) to connect customers to experts who can help them with specialized financial needs

## Required qualifications, capabilities, and skills

- 1+ year of experience in Retail banking sales, Financial services sales, Consultative relationship sales role in a related industry, with proven success in establishing new clients, deepening customer relationships and delivering results
- High school degree, GED, or foreign equivalent
- Beginning October 1, 2018, the Securities Industry Essential (SIE) exam, FINRA Series 6/7, state registration (including 63 or 66 if required), and Life licenses are required. All unlicensed applicants must obtain their licenses within 180 days of hire
- Operate within established risk parameters/tolerances and meets internal/external risk and compliance obligations, including completion of required training
- Excellent communication skills, both in person and over the phone, with proven ability to tailor features and benefits of products/services to customers with differing needs
- Ability to work branch hours including weekends and some evenings

## Preferred qualifications, capabilities, and skills

- College degree or military equivalent
- Professional, thorough, and organized with strong follow-up skills
- Exude confidence with clients when sharing product knowledge and solutions
- Experience adhering to policies, procedures, and regulatory banking requirements

## Dodd Frank/Truth in Lending Act

position is subject to the Dodd Frank Truth in Lending Act qualification requirements for Loan Originators. As such, an employment offer for this position is contingent upon JPMC's review of your criminal conviction history, credit report, information available through NMLS, and any other information relevant to a determination by JPMC that you demonstrate financial responsibility, good character, and general fitness for the position. Note that any felony conviction within the last seven years will disqualify you from consideration for this position. Your continued employment in this position would be contingent upon compliance with Truth in Lending Act/Dodd Frank Loan Originator requirements.

In addition, this position requires National Mortgage Licensing System and Registry (NMLS) registration under the SAFE Act of 2008. As such, upon active employment with JPMorgan Chase, you will be required to either register on NMLS, or to update your existing registration as necessary to grant access to and reflect your employment with JPMorgan Chase. Your continued employment in this position with JPMorgan Chase is contingent upon compliance with the SAFE Act, including successful registration immediately after your start date, and timely completion of annual renewal and required updates thereafter.

Any information obtained during the registration, update, and renewal processes or through NMLS notifications may impact your employment with the firm. Any of the completed information you provide during the Chase on-line application process may be transferred, on your behalf, to NMLS by JPMorgan Chase. Please carefully review the information you provide to Chase for accuracy and consistency and with any current NMLS record, if applicable, before submitting. Further information about NMLS and registration requirements of registration can be found at:
https://mortgage.nationwidelicensingsystem.org/Safe/SitePages/default.aspx

## ABOUT US

Chase is a leading financial services firm, helping nearly half of America's households and small businesses achieve their financial goals through a broad range of financial products. Our mission is to create engaged, lifelong relationships and put our customers at the heart of everything we do. We also help small businesses, nonprofits and cities grow, delivering solutions to solve all their financial needs.

We offer a competitive total rewards package including base salary determined based on the role, experience, skill set and location. Those in eligible roles may receive commission-based pay and/or discretionary incentive compensation, paid in the form of cash and/or forfeitable equity, awarded in recognition of individual achievements and contributions. We also offer a range of benefits and programs to meet employee needs, based on eligibility. These benefits include comprehensive health care coverage, on-site health and wellness centers, a retirement savings plan, backup childcare, tuition reimbursement, mental health support, financial coaching and more. Additional details about total compensation and benefits will be provided during the hiring process.

We recognize that our people are our strength and the diverse talents they bring to our global workforce are directly linked to our success. We are an equal opportunity employer and place a high value on diversity and inclusion at our company. We do not discriminate on the basis of any

protected attribute, including race, religion, color, national origin, gender, sexual orientation, gender identity, gender expression, age, marital or veteran status, pregnancy or disability, or any other basis protected under applicable law. We also make reasonable accommodations for applicants' and employees' religious practices and beliefs, as well as mental health or physical disability needs. Visit our FAQs for more information about requesting an accommodation.

Equal Opportunity Employer/Disability/Veterans

## ABOUT THE TEAM

Our Consumer & Community Banking division serves our Chase customers through a range of financial services, including personal banking, credit cards, mortgages, auto financing, investment advice, small business loans and payment processing. We're proud to lead the U.S. in credit card sales and deposit growth and have the most-used digital solutions – all while ranking first in customer satisfaction.

We are here to help you manage your money with checking, savings and credit cards, combining the latest banking technology with comprehensive solutions to meet the financial needs of nearly half of U.S. households.

### APPLY NOW

# Similar Jobs

## Relationship Banker - Acton, MA

Acton, MA, United States  •  Posted on 04/04/2025

Take a lead role in acquiring, managing, and retaining meaningful relationships that deliver outstanding experience to our customers.



## Relationship Banker - Chelmsford, MA

Chelmsford, MA, United States  •  Posted on 04/01/2025

Take a lead role in acquiring, managing, and retaining meaningful relationships that deliver outstanding experience to our customers.

## Relationship Banker - Northampton, MA

Northampton, MA, United States  •  Posted on 04/10/2025

Take a lead role in acquiring, managing, and retaining meaningful relationships that deliver an outstanding experience to our customers.



## Relationship Banker - Burlington, MA

Burlington, MA, United States  •  Posted on 04/14/2025

Take a lead role in acquiring, managing, and retaining meaningful relationships that deliver an outstanding experience to our customers.



**Privacy & Terms**

**Useful Links**

Privacy & Security        Equal Opportunities        chase.com        Careers at Chase

Terms of Use        Recruitment Scams Warning        jpmorganchase.com        Careers in the Philippines

Cookie Policy        jpmorgan.com

© 2024 JPMorgan Chase & Co. All rights reserved.
JPMorgan Chase & Co. is an equal opportunity employer and affirmative action employer
Disability/Veteran.

GLOBAL / 日本語 / 中文

 | Relationship Banker- Newton Centre

# Enter your email address.

To get started, enter your email address. Your email address will be used to create and maintain your profile. If you are a current JPMC employee, use your JPMC email address to apply for jobs internally. If you are a current JPMC contractor or contingent worker (not paid by JPMC), please use your personal (not JPMC) email address. Failure to supply accurate and complete data can delay your recruiting process. You will be required to certify that the information you have provided is truthful prior to submitting your form. Information that cannot be verified will require documentation to support your entries.

**Email Address**   *

I agree with the terms and conditions   *

Date Filed 4/28/2025 3:4... ...
Superior Court - Suffolk
Docket Number

# Terms and Conditions

Use the link below to view Terms and Conditions by country or region. Once you have read the content, acknowledge you understand and agree by clicking the "Agree" button.

https://jpmc.fa.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1001/pages/2001

**AGREE**



# GLOBAL JPMORGAN CHASE EMPLOYMENT AND WORKFORCE RELATED PRIVACY NOTICE

**Privacy Notice**

**Please review** the JPMorgan Chase Employment and Workforce Related Privacy Notice which describes the data we collect, why we collect it, and what we do with it.

**Volunteering Sensitive Information:**

JPMorgan Chase provides an opportunity for you to submit certain sensitive personal information on a voluntary basis through this portal, including information about your gender/gender identity, race, ethnicity, sexual orientation, health/disability status, military service or other information considered sensitive under applicable law. If you elect not to provide this information, it will not negatively impact you. JPMorgan Chase collects, analyses, uses, stores and transfers such information to support its Human Resources functions; regulatory requirements; diversity, equity and inclusion initiatives; and business development efforts. Examples of such use include:

- Evaluating progress against workforce diversity and inclusion goals related to hiring and promotion

- Considering professional and career development opportunities

- Identifying trends and opportunities for engagement with individual employees in demographics experiencing higher rates of turnover across the workforce

- Responding to external requests related to business development using aggregated workforce data

# CANDIDATE RECRUITMENT TERMS AND CONDITIONS

## Disclaimer

Please note, if you are hired to a position with the firm, the information you provided with your application will feed in to your Employee Career Profile. On joining, you will have the opportunity to review and update this information.

## Taiwan Terms & Conditions

個人資料同意書

致： 美商摩根大通銀行股份有限公司台北分公司



摩根證券投資信託股份有限公司

立書人就 貴公司蒐集、處理及利用立書人之個人資料，茲確認已詳閱、了解並同意下列事項：

1.蒐集之目的：人事管理（包含甄選、離職及所屬員工基本資訊、現職、學經歷、考試分發、終身學習訓練進修、考績獎懲、銓審、薪資待遇、差勤、福利措施、褫奪公權、特殊查核或其他人事措施）；金融服務業依法令規定及金融監理需要，所為之蒐集處理及利用；金融監督、管理與檢查；非公務機關依法定義務所進行個人資料之蒐集處理及利用；調查、統計與研究分析；就業安置、規劃與管理；資(通)訊與資料庫管理；雇用與服務管理；其他公共部門(包括行政法人、政府捐助財團法人及其他公法人)執行相關業務；其他經營合於營業登記項目或組織章程所定之業務；其他金融管理業務。

2.個人資料之類別：辨識個人者；辨識財務者；政府資料中之辨識者；個人描述；身體描述；個性；家庭情形；家庭其他成員之細節；其他社會關係；住家及設施；財產；移民情形；旅行及其他遷徙細節；慈善機構或其他團體之會員資格；職業；執業或其他許可；意外或其他事故及有關情形；法院、檢察署或其他審判機關或其他程序；學校紀錄；資格或技術；職業團體會員資格；職業專長；委員會之會員資格；著作；學生（員）；應考人紀錄；現行之受僱情形；僱用經過；離職經過；工作經驗；工作、差勤紀錄；健康與安全紀錄；工會及員工之會員資格；薪資與預扣款；受僱人所持有之財產；工作管理之細節；工作之評估細節；受訓紀錄；安全細節；收入、所得、資產與投資；票據信用；津貼、福利、贈款；保險細節；社會保險給付、就養給付及其他退休給付；資料主體之商業活動；約定或契約；與營業有關之執照；健康紀錄；種族或血統來源；交通違規之確定裁判及行政處分；其他裁判及行政處分。

3.個人資料利用之期間：自 貴公司開始蒐集個人資料時起，至(i)蒐集之特定目的之消失，經立書人向聘僱立書人本人之 貴公司請求刪除、停止蒐集、處理或利用立書人之個人資料且 貴公司於合理作業時間內刪除、停止蒐集、處理或利用立書人之個人資料時止；或(ii) 貴公司分別所定之資料保管期限屆至時止，其孰早者。但因 貴公司執行職務或業務所必須或經立書人書面同意者，不在此限。

4.個人資料利用之地區：包括中華民國、美國、印度、香港、新加坡，及JPMorgan Chase & Co.及其任  關係企業與受其委託辦理相關業務之第  人之設立登記或營業場所所在地。

5.個人資料利用之對象：JPMorgan Chase & Co.及其關係企業、及向前述企業提供專業諮詢、專業服務或委外服務之人、及其他與 貴公司有業務往來之機構，或所屬主管機關、司法機構或其他政府單位，或同業公會，包括但不限於：美商摩根大通銀行股份有限公司新加坡分公司、First Advantage Ltd.、J.P. Morgan Services India Private Limited、藝珂人事顧問股份有限公司、新加坡商宏可人事顧問股份有限公司台灣分公司。

6.個人資料利用之方式：以書面、電話、傳真、電子文件、網際網路或其他適當方式為蒐集、處理、利用與國際傳輸。

7.立書人就其個人資料得依個人資料保護法行使下列權利：(1)查詢或閱覽；(2)製給複製本；(3)補充或更正；(4)停止蒐集、處理或利用；及(5)刪除立書人之個人資料。立書人請求補充或更正立書人之個人資料者，須舉其原因及事實為適當之釋明。

8.立書人如不提供本人個人資料，將因無法達成前揭蒐集目的而影響立書人權益。

立書人茲確認已詳閱了解以上事項，並同意 貴公司得為上述特定目的之蒐集、處理、利用或國際傳輸立書人之個人資料。

Personal Data Consent Letter

To: JPMorgan Chase Bank, N.A., Taipei Branch

JPMorgan Asset Management (Taiwan) Limited

With respect to the collection, processing, and use of my personal data by you in accordance with the Personal Data Protection Law in Taiwan (the "Law"), I hereby confirm that you have notified me of the following terms prescribed under the Law, and that I have closely reviewed, understood, and agreed to the following terms:

1. Specified Purposes of Personal Data Collection: Personnel Management (including the Basic Personal Information, Current Job, Education and Work Experience, Exam and Assignment, Continuing Education and Training, Performance Review and Reward/Punishment, Qualification Review, Salaries and Benefits, Attendance, Welfare, Deprivation of Civil Rights, Special Audits, or Other Personnel Matters in Respect of Candidates, Former Employees, and Current Employees); Collection, Processing, and Use by Financial Service Providers According to the Laws and Regulations and Financial Supervisory Requirements; Financial Supervision, Management and Examination; Collection, Processing, and Use of Personal Data by Non-Government Institutions in Performing Legal Obligations; Investigation, Statistics, and Research Analysis; Employment Placement, Planning, and Management; Information (Communication) and Database Management; Employment and Service Management; Execution of Relevant Businesses by Other Public Offices (including Administrative Juridical Persons, Government-Funded Foundations, and Other Public Foundations); Other Businesses in Line with Those Specified in the Business Registration or Articles of Association; Other Financial Management Businesses.

2. Types of Personal Data: Personal Identification; Financial Identification; Identification from Government Data; Personal Descriptions; Physical Descriptions; Personalities; Family Information; Details of Other Family Members; Other Social Relationships; Home and Facilities; Properties; Immigration Status; Travel and Other Relocation Details; Membership in Charitable Organizations or Other Groups; Occupation; Licenses or Other Permits; Accidents, or Other Incidents, and Relevant Circumstances thereof; Courts, Prosecutors' Offices, or Other Adjudication Bodies, or Other Proceedings; School Records; Qualifications or Skills; Membership in Trade Group; Trade Specialties; Membership on a Committee; Work Production; Records of Students and Examinees; Current Employment Status; Employment Process; Resignation Process; Work Experience; Work and Attendance Records; Health and Safety Records; Labor Union and Employees' Membership; Salaries and Withholdings; Properties Held by Employees; Details of Work Management; Details of Work Evaluations; Training Records; Safety Details; Income, Earnings, Assets, and Investment; Check Credit; Allowance, Benefits, and Monetary Gifts; Insurance Details; Social Insurance Payments, Veterans' Care Payments, and Other Retirement Payments; Commercial Activities of the Principal of Data; Agreements or Contracts; Business Related Licenses; Health Records; Race or Lineage Source; Affirmed Judgments and Administrative Rulings of Traffic Violations; Other Judgments and Administrative Rulings.

3. Time Period of Using Personal Data: From the time you begin collecting personal data until the earlier of: (i) the time that the specified purposes of collecting the personal data cease to exist and I request that you, who employ me, delete, stop collecting, processing, or using my personal data, and you delete, stop collecting, processing, or using my personal data within a reasonable time; or (ii) the respective data retention periods internally required by you lapse. However, where use of my personal data is required by you to perform your duties or functions or is otherwise consented by me in writing, the foregoing time limit shall not apply.

4. Areas where Personal Data are Used: Including Taiwan (Republic of China), USA, India, Hong Kong, Singapore, and any other jurisdictions where JPMorgan Chase & Co., its affiliates, and any third parties engaged by JPMorgan Chase & Co. or its affiliates to provide services are incorporated, registered, or are conducting businesses.

5. Entities Using Personal Data: JPMorgan Chase & Co. and its affiliates, providers of professional advice, professional services, or outsourced services to the aforementioned entities, other institutions having business dealings with you, the relevant authorities having jurisdiction over the foregoing entities, judicial authorities, or other governmental agencies, or industry associations, including but not limited to: JPMorgan Chase Bank, N.A., Singapore Branch, First Advantage Ltd., J.P. Morgan Services India Private Limited, Adecco Personnel Co., Ltd., and Recruit Express (Taiwan) Pte Ltd, Taiwan Branch.

6. Manners of Using Personal Data: Collection, processing, use, and international transmission of personal data in writing, via telephone, fax, electronic media, the Internet, or by other appropriate means.

Rights exercisable by Me Regarding My Personal Data under the Personal Data Protection Law: (1) To make inquiries or to request review of; (2) to make duplicate copies of; (3) to supplement or rectify any errors in; (4) to demand suspension of the collecting, processing, or using; and (5) to demand deletion of, my personal data. Where I request for supplementing or rectifying my personal data, I must provide adequate explanations and factual information for such supplement or rectification.

8. Any failure by me to provide my personal data will affect my benefits and interests to the extent that the purposes of the personal data collection specified above cannot be attained.

I hereby confirm that I have closely reviewed and understood the above terms, and I hereby agree that you may collect, process, use, and internationally transmit my personal data for the purposes specified above.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## APAC (excluding Taiwan & Korea) Terms & Conditions

### APAC Recruitment Privacy Policies

Please ensure you read the appropriate recruitment statement before proceeding with your application. By continuing with your application, you agree to the collection, use and disclosure of your personal information as set out in the relevant recruitment statement.

APAC Recruitment Privacy Policy (Excluding Japan & Singapore)

Recruitment Privacy Policy (Singapore)

Recruitment Privacy Policy (Japan) (Japanese Version)

Recruitment Privacy Policy (Japan) (English Version)

### Recruitment Privacy Policy (Excluding Japan & Singapore)

Please ensure you read this statement before proceeding with your application. By continuing, you agree to the use of your personal information in this way.

JPMorgan (meaning all subsidiaries of JPMorgan Chase & Co) is committed to maintaining applicant personal information in accordance with the requirements of all applicable privacy legislation and will take all reasonable steps to ensure that applicants' personal information is kept secure against unauthorised loss, disclosure or destruction.

Submit an application form or curriculum vitae to JPMorgan for the purpose of applying for employment you will be deemed to have consented to your personal information, including any sensitive personal information, being processed by JPMorgan for the following purposes;

(a) Recruitment for all vacancies at JPMorgan

(b) Internal reporting and statistical analysis

Unless otherwise indicated, the personal Information you supply is necessary to enable JPMorgan to fulfill these purposes and without this information we may not be able to process your application. When you complete and submit an application on the JPMorgan website, the information including any file you attach, is submitted securely. However, if you send an email to JPMorgan at any time over the internet, it may be possible for others to view this information. JPMorgan accepts no liability arising from personal Information being submitted electronically.

JPMorgan is a global business and your personal Information held by JPMorgan may be transferred worldwide to other employees for all purposes relating to your recruitment. We may also share your personal information with our agents or service providers for the purposes described above.

Your personal information will be held in confidence and not passed to any company, other than as already indicated, without your permission or unless we are required to do so by law.

If you wish you may have a copy of the personal information held on you by JPMorgan. JPMorgan is allowed by law to charge you a fee for this. Please contact Human Resources to request your information.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## Recruitment Privacy Policy (Singapore)

Please ensure you read this statement before proceeding with your application. By continuing, you agree to the use of your personal data in this way.

JPMorgan (meaning all the JPMorgan group of companies) is committed to maintaining applicant personal data in accordance with the requirements of all applicable personal data and privacy legislation.

By submitting an application form or curriculum vitae to JPMorgan for the purpose of applying for employment, you consent to your personal data being collected, processed and used and disclosed by JPMorgan for the following purposes:

(a) Assessing your suitability for all vacancies at JPMorgan;

(b) Internal reporting, analysis and programs and initiatives related to JPMorgan's diversity, equity & inclusion agenda and other policies;

(c) Responding to third party requests related to business development opportunities; and

(d) Any purpose required by law.

Unless otherwise indicated, the personal data you supply is necessary to enable JPMorgan to fulfill these purposes and without required information we may not be able to process your application. When you complete and submit an application on the JPMorgan website, the information (including any file(s) which you attach), is submitted securely. However, if you send your personal data to JPMorgan at any time via other forms of correspondence (whether electronically or manually), it may be possible for others to view this information. JPMorgan accepts no liability arising from personal data being submitted via any other form of correspondence.

JPMorgan is a global business and your personal data may be transferred outside of your country worldwide to other employees of JP Morgan and relevant third parties for all purposes set out above, and all directly related purposes.

Your personal data will be held in confidence and not passed to any third party other than as already indicated, without your permission or unless we are required to do so by law. JPMorgan will take all reasonable steps to ensure that your personal data is kept secure against unauthorized loss, disclosure or destruction.

Subject to applicable law, you may request a copy of your personal data held by JPMorgan. Please contact Human Resources at 1-800-622-1944 (Monday – Friday: 9am-6pm (Singapore Time)) to request a copy of your personal data.

For employment prospects, candidates and applicants, including those in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

**採用応募者の個人情報の取り扱いについて**

JPモルガン証券株式会社

JPモルガン・チェ ス銀行 東京支店

JPモルガン・アセット・マネジメント株式会社

JPモルガン・マンサ ル投信株式会社

JPモルガン証券株式会社、JPモルガン・チェ ス銀行東京支店、JPモルガン・アセット・マネジメント株式会社及び JPモルガン・マンサール投信株式会社 (以下、総称して「当社」といいます。) は、個人情報の保護に関する法律及び関係諸法令、個人情報保護委員会及び主務官庁のガイドライン並びに認定個人情報保護団体の指針 (以下、総称して「個人情報保護法令等」といいます。) を遵守し、採用活動における応募者の個人情報 (以下「採用応募者情報」といいます。) を以下の通り取り扱います。

なお、応募者が本件に応募する場合は、個人情報の保護に関する法律に定める要配慮個人情報を弊社が取得することにつき同意したものとみなされます。

1. 利用目的 取得した採用応募者情報につきましては、応募者の同意を得た場合又は個人情報保護法令等により例外として取扱われる場合を除き、採用選考、採用内定又は入社後の人事管理等の目的にのみ利用します。なお、取得した採用応募者

…当社は、以下に掲げる会社（以下「J.P.モルガン」といいます。）若しくは当社若しくはJPモルガンの業務委託先、又は適切な安全管理措置を講じていると認められる者に限ります。）に対してこの取扱いを委託し、又はJ.P.モルガンとの間で共同利用することがあります。共同利用の取扱いにつきましては、別紙1「採用応募者の個人データの共同利用について」をご確認ください。日本国外における個人情報の保護に係る法制においては、個人情報につき日本国における個人情報保護法令等に基づくものと同水準以上の保護がなされるとは限りませんが、当社が個人データについて外部委託、又は共同利用を行うJ.P.モルガン及びサービス・プロバイダーにおいては、個人情報につき、この記載に準じた取扱いが行われるよう適切に対応いたします。また、J.P.モルガンは、グローバルな金融機関として、各国の金融規制その他の法令及び各国当局の監督に服しています。当社は、日本国内外の裁判所、捜査機関若しくは政府機関の命令により法律上強制される場合、又は当社の監督機関若しくは自主規制機関により要求される場合には、当社が必要と判断する範囲内で、採用応募者情報をこれらの機関又は当社の法務アドバイザーその他の専門家に開示することがあります。

2. 個人情報の管理　採用応募者情報につきましては、正確かつ最新の内容となるよう努めます。採用応募者情報の漏えい等を防止するため、必要かつ適切な安全管理措置を実施するとともに、役職員の監督を行ってまいります。また、上記1に記した場合を除き、予め本人の同意を得ることなく、採用応募者情報を第　者に提供いたしません。なお、要配慮個人情報並びに労働組合への加盟、門地、本籍地、保険医療及び性生活（これらのうち要配慮個人情報に該当するものを除きます。）に関する情報（本人、国の機関、地方公共団体、個人情報の保護に関する法律第57条第1項各号若しくは同法施行規則第6条各号に掲げる者により公開されているもの、又は、本人を目視し、若しくは撮影することにより取得するその外形上明らかなものを除きます。）は、適切な業務の運営その他必要と認められる目的以外の目的に利用せず、また第　者に対し提供いたしません。

当社における安全管理措置等につきましては、別紙2をご確認ください。

1. 開示等の請求等について　採用応募者情報に関する開示等の請求、ご質問、苦情のお申出につきましては、適切かつ迅速な回答に努めてまいります。また、開示等のお申出につきましては、ご本人様であることを確認させていただき、お申出の際に所定の様式による書面を提出していただくことがあります。請求書面等につきましては、以下の人事部担当 受付窓口へ電子メールにてご連絡ください。

なお、採用選考における選考基準及び評価につきましては開示いたしかねますので、予めご了承ください。

（連絡先）

＜人事部担当 受付窓口＞

部署名：　J.P.モルガン人事部 採用プロジェクトチーム

電子メール： recruit.japan@jpmorgan.com

住所：〒100 6432 東京都千代田区丸の内2丁目7番3号 東京ビルディング

電話番号：　03 6736 1111 (代表番号)

受付時間：　月曜日～金曜日の9:00　17:00 （12月31日～1月3日、および祝日、振替休日を除く）

1. 個人情報取扱事業者
- JPモルガン・チェース銀行
- JPモルガン証券株式会社
- JPモルガン・アセット・マネジメント株式会社
- JPモルガン・マンサール投信株式会社

住所及び代表者につきましては当社ウェブサイトをご確認ください。

別紙1　採用応募者の個人データの共同利用について

当社及びJ.P.モルガンは、法令及び利用目的の範囲内において、採用応募者の個人データを下記の通り共同利用いたします。

(1)　　　共同利用される個人データの項目

氏名、入社年月日、性別、生年月日、所属、役職名、住所、電話番号、電子メールアドレス、経歴、資格免許、人事評価、給与賞与、国籍、ビザ等の取得状況、犯罪歴、訴訟記録、健康診断結果、保険加入状況、障害の内容、家族に関する情報（氏名、性別、生年月日、続柄、同居・就業の有無等）、その他上記利用目的の達成のために必要な採用応募者情報

(2)　　　共同利用者の範囲

JPモルガン・チェース・アンド・カンパニーを最終持株会社とするJPモルガン・チェース・グループに属する会社

(3)　　　共同利用者の利用目的

- 人事管理
- 人材の採用、雇用の判断
- 統合的な法務・コンプライアンスリスク、経営管理、内部管理等のグループとしての総合的なリスク管理

(4)　　　共同利用に係る個人データの管理について責任を有する者の名称

- JPモルガン・チェース銀行
- JPモルガン証券株式会社
- JPモルガン・アセット・マネジメント株式会社
- JPモルガン・マンサール投信株式会社

住所及び代表者につきましては当社ウェブサイトをご確認ください。

https://www.jpmorgan.co.jp/ja/about us

別紙2　安全管理措置等について

当社は、個人情報等の漏えい等を防止するため、下記の措置を講じています。

(基本方針の策定)

- 個人データの適正な取扱い確保のため、「関係法令・ガイドライン等の遵守」、「質問及び苦情処理の窓口」等についての基本方針 (個人情報保護宣言) を策定

(個人データの取扱いに係る規律の整備)

- 取得、利用、保存、提供、削除・廃棄等の段階ごとに、取扱方法、責任者・担当者及びその任務等について個人データの取扱規程を策定

Date Filed 4/28/2025 3:47 PM
Superior
Docket Number

(組織的安全管理措置)

- 個人デ　タの管理責任者等の設置
- 就業規則等における安全管理措置の整備
- 個人デ　タの安全管理に係る取扱規程に従った運用
- 個人データの取扱状況を確認できる手段の整備
- 個人デ　タの取扱状況の点検及び監査体制の整備と実施
- 漏えい事案等に対応する体制の整備

(人的安全管理措置)

- 従業者との個人デ　タの非開示契約等の締結
- 従業者の役割・責任等の明確化
- 従業者への安全管理措置の周知徹底・教育及び訓練
- 従業者による個人データ管理手続の順守状況の確認

(物理的安全管理措置)

- 個人デ　タの取扱区域等の管理
- 機器及び電子媒体等の盗難等の防止
- 電子媒体等を持ち運ぶ場合の漏えい等の防止
- 個人データの削除及び機器、電子媒体等の廃棄

(技術的安全管理措置)

- 個人デ　タ利用者の識別・認証
- 個人データの管理区分の設定およびアクセス制御
- 個人デ　タへのアクセス権限の管理
- 個人データの漏洩・毀損等の防止策
- 個人デ　タへのアクセスの記録及び分析
- 個人データを取り扱う情報システムの稼働状況の記録及び分析
- 個人デ　タを取り扱う情報システムの監視及び監査
- 外部からの不正アクセス等の防止

(外的環境の把握)

- 個人デ　タを保管している外国における個人情報の保護に関する制度を把握した上で安全管理措置を実施

**Recruitment Privacy Policy (Japan) (English Version)**

JPMorgan Securities Japan Co., Ltd.

JPMorgan Chase Bank, N.A., Tokyo Branch

JPMorgan Asset Management (Japan) Limited

J.P. Morgan Mansart Management Japan Co., Ltd.

JPMorgan Securities Japan Co., Ltd., JPMorgan Chase Bank, N.A., Tokyo Branch, JPMorgan Asset Management (Japan) Limited and J.P. Morgan Mansart Management Japan Co., Ltd. (hereinafter collectively referred to as the "Companies") will handle personal information of job candidates obtained in the course of recruiting activities (hereinafter referred to as "Candidate Information") in accordance with the Personal Information Protect Act and other relevant laws, the guideline of Personal Information Protection Commission and the competent governmental authorities, and the policies of the authorized personal information protection organizations (hereinafter collectively referred to as the " Personal Information Protect Act, etc.") as follows.

When a candidate applies to the Companies, it shall be deemed for the candidate to have consented that the Companies collect the candidate's Special Care required Personal Information defined under Personal Information Protect Act.

1. Purpose of use: The Companies will use Candidate Information obtained in the course of recruiting activities only for the purposes of screening and decision making for hiring or personnel management after employment and will never use such information for any other purpose, except for the case where the candidate's consent has been obtained and cases handled as exceptions under Personal Information Protect Act, etc. The Companies may share Candidate Information among members of the JPMorgan Chase & Co. family of companies (hereinafter referred to as the "J.P. Morgan") or service providers (they must safeguard Candidate Information) that may be located in Japan or overseas. For details of such joint use, please see the appendix1 titled "Joint Use of Personal Data of Candidate ". Although the data protection laws of these countries may be less stringent than those in Japan, the Companies will take appropriate steps to ensure Candidate Information is handled at J.P. Morgan and service providers as described in this Privacy Policy. J.P. Morgan may disclose Candidate Information with respect to myself to (i) a court, an investigating authority or a governmental agency in Japan or overseas (the "Authority"), (ii) a supervisory authority or self-regulatory organization of the Companies (the "Supervisor"), or (iii) the Companies' legal advisor or other professionals, in cases where the Authority legally orders, or the Supervisor requires, the Companies to disclose Candidate Information.

2. Management of personal information: The Companies will endeavor to keep Candidate Information accurate and updated. Also, the Companies will take necessary and appropriate security management measures and supervise their respective officers and employees in order to prevent leaks of Candidate Information. The Companies will not provide any Candidate Information to a third party without prior consent of the candidate, except for the case stated in the above 1. The Companies will not use or provide Special Care required Personal Information and information regarding membership of a labor union, lineage, domicile of origin, healthcare, or sexual orientation for purpose other than the appropriate business operation or other necessary matters (excluding cases in which Special Care required Personal Information is being open to the public by a principal, a government organization, a local government, a person set forth in each item of Article 57, paragraph (1) of Personal Information Protect Act or in each item of Article 6 of the Enforcement Rules for the Act on the Protection of Personal Information, and cases in which seemingly-clear Special Care required Personal Information is acquired by visual observation, filming or photographing of a principal). For security management measures the Companies take, please see the appendix2 titled "Security Management Measures ".

3. Request for disclosure, etc.: Upon receipt of a request for disclosure, etc. of Candidate Information or a question or complaint in relation to Candidate Information, the Companies will endeavor to make an appropriate and prompt response. The Companies may check the identity of any person making a request for disclosure, etc. and request such person to submit a written request in a prescribed form. For a request form and other relevant matters, please send an e-mail message to the contact office of the Human Resources Department.

Please note that screening criteria and evaluation in screening for employment will not be disclosed.

**Contact**

Contact Office of the Human Resources Department

Date Filed 4/28/2025 3:4 Case 1:25-cv-11751-BEM    Document 14    Filed 06/25/25    Page 29 of 118
Superios Court Suffolk Section of Recruitment Project Team of JP Morgan Human Resources Department
Docket Number

E-mail: recruit.japan@jpmorgan.com

Address: Tokyo Building, 7-3, Marunouchi 2-chome, Chiyoda-ku, Tokyo, 100-6432

Local Japan Phone Number: 03-6736-1111 (main number)

Reception hours: 9:00 - 17:00 (Monday through Friday excluding year-end and New Year holidays (December 31 to January 3) and public holidays)

1. Persons who are responsible for handling Candidate Information

- JPMorgan Chase Bank, N.A.

- JPMorgan Securities Japan Co., Ltd.

- JPMorgan Asset Management (Japan) Limited

- J.P. Morgan Mansart Management Japan Co., Ltd.

For address and representative, please see our website.

https://www.jpmorgan.co.jp/ja/about-us

Appendix1

Joint Use of Personal Data of Candidate

J.P. Morgan will jointly use Personal Data of Candidate as follows, to the extent permissible under applicable laws and for the purposes described below:

(1)    Items of Personal Data to be jointly used

Name, start date at J.P. Morgan, gender, date of birth, assigned department/section, position/role, address, telephone number, e-mail address, personal history, degree or diploma, licensing status, performance evaluation, salaries and bonuses, nationality, visa status, criminal history, litigation record, health check results, insured status, disability conditions, family information (including name, gender, date of birth, relationship with the officer or employee, living together or not, and employment status), and any other information necessary to achieve the purposes of joint use listed below

(2)    Scope of the persons who jointly use the Personal Data

Companies belonging to J.P. Morgan Chase group, the ultimate holding company of which is JPMorgan Chase & Co.

(3)    Purposes for the joint use of Personal Data

- To manage human resources

To comprehensively as group companies manage risks such as legal, compliance, and management risks, and other internal control matters

(4)      Persons who are responsible for handling the Personal Data to be jointly used

- JPMorgan Chase Bank, N.A.

- JPMorgan Securities Japan Co., Ltd.

- JPMorgan Asset Management (Japan) Limited

- J.P. Morgan Mansart Management Japan Co., Ltd.

For address and representative, please see our website.

https://www.jpmorgan.co.jp/ja/about-us

Appendix2

Security Management Measures

The Companies take the following security management measures to prevent leakage etc. of Candidate Information.

(Development of Basic Policies)

- Developing basic policies related to compliance with the relevant laws and guidelines and contacts for inquires and complaints

(Development of Handling Rules)

- Developing handling rules stipulating handling method, responsible persons and responsibilities at each stage of collection, use, storage, provision and deletion of Personal Data

(Organizational Safety Management Measures)

- Appointing data protection managers who are responsible to protect personal information

- Establishing safety management measures in the rules of employment

- Processing personal information in accordance with the rules pertaining to the safety management of personal data

- Establishing methods to be able to check and confirm the status of personal data

- Establishing framework to check and audit the status of processing personal data, and implementing the check and audit

- Establishing framework to respond to personal information leakage and other data privacy incidents

(Personnel Safety Management Measures)

- Executing non disclosure agreements for personal data and other agreements with employees

Making sure employees understand safety management measures thoroughly and providing educational training in safety management measures to employees

- Confirming if employees are in compliance with the policy and procedures established for processing personal data

(Physical Safety Management Measures)

- Managing areas for managing/processing of personal data
- Preventing theft etc. of equipment and portable media devices
- Preventing leakage etc. of personal data when carrying portable media devices etc.
- Deleting personal data and disposing equipment and portable media devices etc. storing personal data

(Technical Safety Management Measures)

- Identifying and authenticating users of personal data
- Classifying personal data and managing access control
- Managing access rights to Personal Data
- Prevention of leakage etc. of Personal Data
- Record and analyze access to Personal Data
- Record and analyze the operational status for systems handling Personal Data
- Surveillance and auditing for systems handling Personal Data

(Understanding of External Environment)

- Understanding the system related to personal information protection in the countries where Personal Data is stored and taking security management measures

## EMEA (excluding Luxembourg & Turkey) Terms & Conditions

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes and supports the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorisations for the transfers will be obtained from the relevant authorities.

If you reside and have an application history outside the United States, and would like your profile removed, please click here. Enter your e mail address for the profile you would like us to deactivate. Submitting a request will authorize JPMorgan to remove your profile from our database. JP Morgan reserves the right to retain any profile in accordance with applicable laws and regulations.

This Cookies Policy belongs to JPMorgan Chase Bank, National Association and its affiliates and governs our use of cookies and similar technologies for storing information. This Cookies Policy explains how we use cookies and similar

each time you visit our website. It enables you to use this website you must indicate that you have read and understand the details of this policy in full and understand its terms before you can commence using the site.

## 1. What are Cookies?

A cookie is a text-only string of information that a website transfers to the cookie file of the browser on your computer's hard disk so that the website can recognise you when you revisit and remember certain information about you. This can include which pages you have visited, choices you have made from menus, any specific information you have entered into forms and the time and date of your visit.

## 2. Types of Cookies

There are two main types of cookies:

- Session cookies: these are temporary cookies that expire at the end of a browser session; that is, when you leave the site. Session cookies allow the website to recognise you as you navigate between pages during a single browser session and allow you to use the website most efficiently. For example, session cookies enable a website to remember that a user has placed items in an online shopping basket.

- Persistent cookies: in contrast to session cookies, persistent cookies are stored on your equipment between browsing sessions until expiry or deletion. They therefore enable the website to "recognise" you on your return remember your preferences and tailor services to you.

In addition to session cookies and persistent cookies, there may be other cookies which are set by the website which you have chosen to visit, such as this website, in order to provide us or third parties with information.

## 3. Our use of Cookies

We currently use session cookies on this website to help us maintain security and verify your details whilst you use the website as you navigate from page to page, which enables you to avoid having to re-enter your details each time you enter a new page.

Many cookies are designed to give you optimal usage of the web. For example, we use cookies to enable you to improve your user experience when using our website, e.g. a cookie which recognises if your browser supports specific technology features. This helps, for example, in enabling web pages to be loaded more quickly when you request the download of a large file.

Some of our cookies may collect and store your personal information, such as your name or email address. We are committed to respecting and protecting your privacy and will ensure that all personal information collected by us is kept and treated in accordance with our privacy policy available at http://www.jpmorgan.com.

## 4. Refusing Cookies on this Site

Most browsers are initially set to accept cookies. However, you have the ability to disable cookies if you wish, generally through changing your internet software browsing settings. It may also be possible to configure your browser settings to enable acceptance of specific cookies or to notify you each time a new cookie is about to be stored on your computer enabling you to decide whether to accept or reject the cookie. To manage your use of cookies there are various resources available to you, for example the "Help" section on your browser may assist you. You can also disable or delete the stored data used by technology similar to cookies, such as Local Shared Objects or Flash cookies, by managing your browser's "add-on settings" or visiting the website of its manufacturer. As our cookies allow you to access some of our website's essential features we recommend that you leave cookies enabled, otherwise, if cookies are disabled, it may mean that you experience reduced functionality or will be prevented from using this site altogether.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

According to local legislation you are required to submit your CV to the following mailbox "career.russia@jpmorgan.com" prior to application process completion.

## Korea Terms & Conditions

### Recruitment Privacy Policy (Korea)

Please ensure you read this statement before proceeding with your application. By continuing, you agree to the use of your personal information in this way.

JPMorgan (meaning all subsidiaries of JPMorgan Chase & Co) is committed to maintaining applicant personal information in accordance with the requirements of all applicable privacy legislation and will take all reasonable steps to ensure that applicants' personal information is kept secure against unauthorised loss, disclosure or destruction.

\*\*\*

IF YOU ARE A CANDIDATE APPLYING FROM KOREA FOR A POSITION WITH J.P. MORGAN INSIDE OR OUTSIDE OF KOREA, PLEASE ENSURE THAT YOU READ THIS STATEMENT BEFORE PROCEEDING:

Any personal information you submit from Korea through this J.P. Morgan website would be deemed to have been directed to and collected from outside of Korea. As a result, such information would not be subject to protection under the Protection of Personal Information Act of Korea ("PIPA") and/or the Credit Information Act of Korea ("CIA"), If you are uncomfortable about this, please do not proceed with this application. If you are applying for a position with J.P. Morgan in Korea, your personal information collected from outside of Korea may be subsequently provided to (1) JPMorgan Chase Bank, N.A., Seoul Branch, (2) J.P. Morgan Securities (Far East) Limited, Seoul Branch and/or (3) JPMorgan Asset Management (Korea) Company Limited. Any of these entities in Korea may then contact you directly for further information or to arrange a job interview, at which time you will be asked to provide a separate consent pursuant to PIPA and/or CIA. The term "J.P. Morgan" when used below in the context of your submission and our collection of your personal information through this J.P. Morgan website shall specifically exclude all three J.P. Morgan entities in Korea identified above, notwithstanding anything contained herein to the contrary.

\*\*\*

If you submit an application form or curriculum vitae to J.P. Morgan for the purpose of applying for employment you will be deemed to have consented to your personal information, including any sensitive personal information, being processed by J.P. Morgan for the following purposes;

(a) Recruitment for all vacancies at J.P. Morgan

(b) Internal reporting and statistical analysis; and

Unless otherwise indicated, the personal information you supply is necessary to enable J.P. Morgan to fulfill these purposes and without this information we may not be able to process your application. When you complete and submit an application on the J.P. Morgan website, the information including any file you attach, is submitted securely. However, if you send an email to J.P. Morgan at any time over the internet, it may be possible for others to view this information. J.P. Morgan accepts no liability arising from personal information being submitted electronically.

Date Filed 4/28/2025 3:40 PM
Superior Court Suffolk
Docket Number

employees for all purposes relating to your recruitment. We may also share your personal information with our agents or service providers for the purposes described above. Your personal information will be held in confidence and not passed to any company, other than as already indicated, without your permission or unless we are required to do so by law.

If you wish you may have a copy of the personal information held on you by J.P. Morgan, please contact Human Resources to request your information.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## United States Terms & Conditions

By completing this profile you can receive e mail notification for job openings which may match your criteria.

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes and supports the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorizations for the transfers will be obtained from the relevant authorities.

As a condition of employment, you will need to prove your work authorization for the US by the completion of the I-9 form. In addition, JPMorgan Chase participates in the EVerify program which provides both the Social Security Administration (SSA) and the Department of Homeland Security (DHS) with information from the I-9 to confirm identity and work authorization.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## Luxembourg Terms & Conditions

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes and supports the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorisations for the transfers will be obtained from the relevant authorities.

If you reside and have an application history outside the United States, and would like your profile removed, please click here. Enter your e-mail address for the profile you would like us to deactivate. Submitting a request will authorize

This Cookies Policy belongs to JPMorgan Chase Bank, National Association and its affiliates and governs our use of cookies and similar technologies for storing information. This Cookies Policy explains how we use cookies and similar technologies when you visit our website. To enable you to use this website you must indicate that you have read and accepted the details of this policy in full and understand its terms before you can commence using the site.

1. What are Cookies?

A cookie is a text only string of information that a website transfers to the cookie file of the browser on your computer's hard disk so that the website can recognise you when you revisit and remember certain information about you. This can include which pages you have visited, choices you have made from menus, any specific information you have entered into forms and the time and date of your visit.

2. Types of Cookies

There are two main types of cookies:

• Session cookies: these are temporary cookies that expire at the end of a browser session; that is, when you leave the site. Session cookies allow the website to recognise you as you navigate between pages during a single browser session and allow you to use the website most efficiently. For example, session cookies enable a website to remember that a user has placed items in an online shopping basket.

• Persistent cookies: in contrast to session cookies, persistent cookies are stored on your equipment between browsing sessions until expiry or deletion. They therefore enable the website to "recognise" you on your return remember your preferences and tailor services to you.

In addition to session cookies and persistent cookies, there may be other cookies which are set by the website which you have chosen to visit, such as this website, in order to provide us or third parties with information.

3. Our use of Cookies

We currently use session cookies on this website to help us maintain security and verify your details whilst you use the website as you navigate from page to page, which enables you to avoid having to re-enter your details each time you enter a new page.

Many cookies are designed to give you optimal usage of the web. For example, we use cookies to enable you to improve your user experience when using our website, e.g. a cookie which recognises if your browser supports specific technology features. This helps, for example, in enabling web pages to be loaded more quickly when you request the download of a large file.

Some of our cookies may collect and store your personal information, such as your name or email address. We are committed to respecting and protecting your privacy and will ensure that all personal information collected by us is kept and treated in accordance with our privacy policy available at http://www.jpmorgan.com.

4. Refusing Cookies on this Site

Most browsers are initially set to accept cookies. However, you have the ability to disable cookies if you wish, generally through changing your internet software browsing settings. It may also be possible to configure your browser settings to enable acceptance of specific cookies or to notify you each time a new cookie is about to be stored on your computer enabling you to decide whether to accept or reject the cookie. To manage your use of cookies there are various resources available to you, for example the "Help" section on your browser may assist you. You can also disable or delete the stored data used by technology similar to cookies, such as Local Shared Objects or Flash cookies, by managing your browser's "add-on settings" or visiting the website of its manufacturer. As our cookies allow you to access some of our website's

we recommend that you leave cookies enabled, otherwise if cookies are disabled it may mean that you will experience reduced functionality or will be prevented from using this site altogether.

By submitting your information to JPMBL through this website, you are giving your explicit consent to the transfer of your data to JPMC locations or third party providers located outside of Luxembourg. Data transferred outside of Luxembourg will be utilized for logistic purposes such as interview scheduling, traveling arrangements, invoice reimbursements and offer administrations.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## LATAM & Canada (excluding Mexico) Terms & Conditions

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes and supports the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorisations for the transfers will be obtained from the relevant authorities.

If you reside and have an application history outside the United States, and would like your profile removed, please click here. Enter your JobConnect user name and e mail address for the profile you would like us to deactivate. Clicking the 'Submit' button will authorize JPMorgan Chase to remove your profile from our database. JPMorgan Chase reserves the right to retain any profile in accordance with applicable laws and regulations.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## Mexico Terms & Conditions

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes and supports the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorisations for the transfers will be obtained from the relevant authorities.

Good results and have an application history outside the United States, and would like your profile removed, please click 'Enter your JobConnect user name and e mail address for the profile you would like us to deactivate. Clicking the 'Submit' button will authorize JPMorgan Chase to remove your profile from our database. JPMorgan Chase reserves the right to retain any profile in accordance with applicable laws and regulations.

To learn more about your data privacy, click the link below:

https://www.jpmorgan.com/country/mx/es/disclosures

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## Turkey Terms & Conditions

### Turkey Recruitment Statement

JPMorgan Chase işe alım aktivitelerinde yer almak için kişisel bilgilerimizi paylaşmamız gerekmektedir. Açıklamada öngörüldüğü üzere, JPMorgan Chase Bank National Association ve İstanbul Şubesi (JPMorgan Chase) kişisel bilgilerinizi toplayabilir, işleyebilir, kullanabilir ve kamuya açıklayabilir. JPMorgan Case her durumda söz konusu kişisel bilgileri, 6698 sayılı Kişisel Verilerin Korunması Kanunu'na ("Kanun") uygun olarak, ölçülü ve işleme amacı ile uyumlu olarak işlemektedir.

 JPMorgan Chase kişisel bilgilerinizi başvurunuz kapsamında paylaştığınız bilgiler yoluyla doğrudan sizden veya herkesin erişimine açık kaynaklardan ya da üçüncü kişilerden otomatik veya bir veri kayıt sisteminin parçası olacak şekilde otomatik olmayan yollarla toplayabilir. Bu uygulama üzerinden JPMorgan Chase'e gönderdiğiniz kimlik, iletişim, özgeçmiş/CV kapsamında yer alan bilgiler ve profesyonel deneyiminize ilişkin bilgiler, JPMorgan Chase bünyesindeki boş pozisyonlar için değerlendirilecek, işe alım süreçlerinde planlama, gözetleme amaçlarıyla saklanarak, iç raporlama ve istatistik analiz ve gerekli yasal ve düzenleyici faaliyetler amacıyla kullanılacaktır. JPMorgan Chase kişisel bilgilerinizi açık rızanızın bulunması, sizin tarafınızdan alenileştirilmesi, tarafınızla sözleşme akdedilmesi, JPMorgan'ın yasal yükümlülüklerizin yerine getirilmesi veya üstün meşru menfaatleri için zorunlu olması nedeniyle işler.

JPMorgan Chase, ilgili mevzuat uyarınca kişisel bilgilerinizi koruyarak, bilgilerinizin izinsiz kullanılması, kaybolması, ifşa veya tahribata karşı güvende tutulması için uygun tedbirleri alacaktır. JPMorgan Chase bilgilerinizi, uygun yasal sınırlama süresine, muhafaza gereksinimlerine ve geçerli işletme gereksinimlerine bağlı olarak elinde tutacaktır. JPMorgan Chase tarafından daha fazla gerek duyulmayan bilgilerin güvenli bir şekilde imha edilmesi için, her türlü özen gösterilecektir.

 JPMorgan Chase global bir işletme olduğu için, işlenen herhangi bir kişisel bilgi dünya çapındaki JPMorgan Chase birimleri arasında transfer edilebilir. Örneğin; ilgili kontaklar veya servis sağlayıcılarının veya JPMorgan Chase ve iştiraklerinin dünyanın başka bir yerinde olması durumunda, kişisel bilgilerinizi transfer edebilir. Ayrıca, iş başvuru süreçleri/görüşmelerinin işbu platform veya Zoom Meetings gibi sunucuları yurt dışında bulunan çevrimiçi araçlar vasıtasıyla yürütülecek olması nedeniyle, kişisel verilerinizin doğrudan yurtdışına iletilmiş olacağını belirtmek isteriz. Söz konusu aktarımlar, Kanun'a uygun olarak gerçekleştirilmektedir.

 Bu koşullar altında, dünyanın neresinde olursa olsun kişisel bilgilerinizin korunması için uygun tedbirler alınacaktır.

 Bilgileriniz hakkında veya erişim, düzeltme ve itiraz haklarınızı ve Kanun'un 11. maddesinde yer alan diğer haklarınızı kullanmak adına herhangi bir sorunuz olursa bizimle ( HR.Istanbul@jpmorgan.com ) iletişime geçebilirsiniz:

Profilinizin kaldırılmasını istiyorsanız, lütfen tıklayınız. Devre dışı bırakmak istediğiniz profil için JobConnect kullanıcı adınız ve e-mail adresinizi giriniz. Profilinizi veritabanımızdan kaldırmak için "Submit" butonuna tıklamanız yeterlidir. JPMorgan Chase herhangi bir profili ilgili mevzuat ve düzenlemeler doğrultusunda saklama hakkını elinde tutar.

Gizlilik Koşulları ile ilgili değişiklikler bu sayfada paylaşılacak ve değişiklikler önceden bilgi verilmeden yapılabilecektir. Bilgi edinmenizi önemle rica ederiz.

(Bu Çerezler Politikası JPMorgan Chase Bank, National Association ve iştiraklerine aittir. Bu Çerezler Politikası web sitemizi ziyaret ettiğiniz zaman çerezleri ve benzer teknolojileri nasıl kullandığımızı açıklar. Web sitemizi kullanabilmek için bu politikanın detaylarını tamamen okuduğunuzu ve anladığınızı siteyi kullanmaya başlarken işaretlemeniz gerekmektir.)

## 1. **Çerezler Nedir?**

Çerez; bir web sitenin, bilginin salt metin dizilimini tarayıcının bilgisayarınızın hard diskindeki çerez dosyasına transfer etmesi ve böylece web sitenin siteyi yeniden ziyaret ettiğinizde sizi tanımasını ve belirli bilgilerinizi hatırlamasını sağlar.

## 2. **Çerezlerin Çeşitleri**

Çerezlerin iki ana çeşidi vardır:

• Oturum Çerezleri: Bunlar bir tarayıcı oturumunun sonunda süresi dolan (siteden ayrıldığınız zaman) geçici çerezlerdir. Oturum çerezleri, web sitenin yalnız bir tarayıcı oturumu süresince sayfalar arasında gidip geldiğinizde sizi tanımasına izin verir ve siteyi en etkili şekilde kullanmanıza yardımcı olur. Örneğin; oturum çerezleri, bir kullanıcının online alışveriş sepetine koyduğu ürünleri web sitenin hatırlamasını sağlar.

• Kalıcı Çerezler: Oturum çerezlerinin tersine, kalıcı çerezler süresi dolana kadar veya silinene kadar donanımınız üzerinde tarayıcı oturumlarınız arasında depolanır. Bu sebeple, web sitenin, yeniden erişim sağladığınızda sizi tanımasını, tercihlerinizi ve size özel servisleri hatırlamasını sağlar.

Oturum çerezleri ve kalıcı çerezlere ek olarak, bize veya üçüncü şahıslara bilgi sağlamak için site tarafından, farklı çerezler de kullanılabilir.

## 3. **Kullandığımız Çerezler**

Oturum çerezleri siz sayfadan sayfaya geçerek web sitemizi kullanırken, güvenliği sağlamada ve detaylarınızı onaylamada yardımcı olur, ayrıca sitemizdeki yeni bir sayfaya her girişinizde detaylarınızın hatırlanmasını ve bilgilerinizi tekrar girmenizin gerekmemesini sağlar.
Birçok çerez size sitenin en uygun kullanımını sağlayabilmek için tasarlanmıştır. Sitemizi kullanırken kullanıcı deneyiminizi geliştirebilmeniz için çerezleri kullanırız; eğer tarayıcınız belirli bir teknolojik özellik destekliyorsa, bir çerez bunu fark eder, örneğin, siz büyük bir dosyayı yüklemek istediğinizde daha hızlı yüklenmesini sağlar. Bazı çerezler isminiz veya email adresiniz gibi kişisel bilgilerinizi toplayabilir ve depolayabilir. Sizi temin ederiz ki, tarafımızca toplanan bütün kişisel bilgilerinizin gizliliğine saygı duyulacaktır. Bu bilgiler korunacak, http://www.jpmorgan.com 'da yer alan gizlilik politikamıza uygun şekilde işlenecektir.

## 4. **Sitedeki Çerezleri Reddetme**

Çoğu tarayıcı öncelikli olarak çerezlerin kabul edilmesi durumuna ayarlanmıştır. Bununla birlikte, eğer isterseniz internet tarayıcı yazılım ayarlarınızı değiştirerek çerezleri devre dışı bırakabilirsiniz. Ya da belirli çerezleri kabul etmeyi veya bilgisayarınızda depolanacak her yeni bir çerezi kabul etmeniz ya da reddetmeniz için sizi uyarması adına tarayıcı ayarlarınızı yapılandırabilirsiniz. Çerez ayarlarınızı yönetmek için birçok kaynak bulunmaktadır,

Date Filed ... Case ... Document ... Filed 06/26/25 ... Page 39 of 118
Docket Number ...

"Yerel Paylaşımlı Nesne (Local Shared Objects) veya Flash" çerezleri gibi data depolama teknolojilerini de tarayıcınızın "Tercihleri" ayarlarını yöneterek veya üretici web sitesini ziyaret ederek devre dışı bırakabilir veya silebilirsiniz. Web sitemizin bazı temel niteliklerine erişiminize izin verdiği için sitemizdeki çerezleri devreye sokmanızı öneririz; eğer çerezler devre dışı ise, bu durum fonksiyonları kullanımınızın kısıtlanması veya site kullanımınızın tümüyle engellenmesi anlamına gelebilir.

## Turkey Recruitment Statement

In order to participate in JPMorgan Chase's recruitment process, you must share your personal information with JPMorgan Chase. JPMorgan Chase Bank National Association and its Istanbul Branch (JPMorgan Chase) may collect, process or use your personal data or disclose them to the public. In any case, JPMorgan Case processes your personal data in accordance with the Law No. 6698 on Personal Data Protection ("Law"), relevant and limited to the purposes of processing.

JPMorgan Chase may collect your personal information directly from you by way of your submission as part of your application or from publicly available sources and third parties through automated and non-automated means where it is part of a filing system. Information you submitted to JPMorgan Chase through this application such as information on your identity, contact details, information within your resume/CV and on your professional experience will be evaluated for the available positions within JPMorgan Chase and will be retained for planning and monitoring purposes during recruitment process and will be used for the purposes of internal reporting and statistical analysis as well as necessary legal and regulatory activities. JPMorgan Chase may process your personal information based on your explicit consent, because it is made public by you or the processing is necessary for execution of your employment contract, compliance with legal obligations or prevailing legitimate interests of JPMorgan Chase.

JPMorgan Chase, by protecting your personal information according to relevant legislation, will take appropriate measures to keep your personal data safe from unauthorized usage, loss, disclosure or destruction. JPMorgan Chase will retain your information in line with the appropriate legal limitation periods, applicable processing requirements and retention requirements. JPMorgan Chase will use its best efforts to securely destroy the data which are no longer required by JPMorgan Chase.

Since JPMorgan Chase is a global company, any personal information processed may be transferred between the JPMorgan Chase departments around the world. For example, your personal information may be transferred if the relevant contacts or service providers or JPMorgan or its subsidiaries are located in another country. Further, your personal data would be directly transferred abroad as part of the recruitment process/interviews conducted over online tools, such as this platform or Zoom Meetings, as their servers are located outside of Turkey. Such transfers are carried out in accordance with the Law.

Under these conditions, regardless of the location your data is transferred to, appropriate measures will be taken to protect your personal information.

You can contact us ( HR.Istanbul@jpmorgan.com ) if you have any questions regarding your personal data or wish to use your right of access, rectification and objection as well as your other rights under Article 11 of the Law.

If you want your profile to be removed, please click here. Please enter your JobConnect username and e-mail address for the profile you wish to deactivate. You can click "Submit" button to remove your profile from our database. JPMorgan reserves the right to keep any profile in accordance with the relevant laws and regulations.

The Privacy Terms and relevant changes to these terms will be published on this page and these changes can be made without prior notice. We kindly ask you to review our Privacy Terms.

(This Cookie Policy belongs to JPMorgan Chase Bank, National Association and its subsidiaries. This Cookie Policy explains how we use cookies and similar technologies when you visit our website. In order to use our website, you have to check the box below and confirm that you have read and understood all the details in this policy

1. **What Are Cookies?**

Cookie allows a website to transfer the text files containing information to the cookie file in your computer's hard drive, so that this website can recognize you and remember your certain information when you re-visit the website.

2. **Cookie Types**

There are two main type of cookies:

- Session Cookies: These are temporary cookies which expire at the end of a browser session (i.e. when you leave the website). Session cookies allows a website to recognize you while you navigate to different pages during only one browser session and helps you to use the website effectively. For example, session cookies allows the website to remember the products a user put in her/his online shopping cart.

- Persistent cookies: Contrary to the session cookies, persistent cookies are stored in your device and between your browser sessions until they expire or are deleted. For this reason, these cookies allow the website to remember you, your preferences and personalized services when you re-access the website

In addition to the session cookies and persistent cookies, different cookies may be used by the website in order to provide information to us or third parties.

3. **Cookies We Use**

Session cookies help you to use our website when you navigate through pages and help us to provide security and confirm your information. In addition, these cookies allow the website to remember your information every time you visit the website, so that you won't have to enter your information again. Many cookies are designed to provide you with the most appropriate use of the website. We use cookies to improve your user experience when you use our website. If your browser supports a certain technological feature, the cookies notices such technology, for example, it will load faster when you want to upload a large file.
Some cookies may collect and store your personal information such as your name or email address. We assure you that the privacy of all of your personal information we collected will be respected. These information will be protected, and processed according to our privacy policy available at http://www.jpmorgan.com.

4. **Rejecting Cookies on the Website**

Most browsers are initially set to accept the cookies. However, if you prefer, you can disable the cookies by changing the software settings of your internet browser. You can also configure your browser settings to accept certain cookies or to notify you, so that you can accept or reject every new cookie to be stored in your computer. There are many ways to manage your cookies. For example, you can use "Help" section in your browser. You can also disable or delete data storage technologies such as "Local Shared Objects or Flash" cookies by managing your "Extension" settings or visiting the manufacturer's website. We recommend you to enable the cookies on our website as they allow you to access some of the basic features of our website. If the cookies are disabled, this may restrict the use of certain functions or completely block your use of the website.

<div align="center">

中国人才招聘隐私政策

**2024年12月**

</div>

请确保您在申请摩根大通职位前已阅读本政策及《摩根大通雇员隐私声明》（*JPMorgan Chase Employment and Workforce Related Privacy Notice*, 简称"隐私声明"）。继续申请摩根大通职位则意味着您确认您已阅读并理解上述内容，并同意我们按照本政策和隐私声明所述以及在收集时向您解释之目的来收集、使用、披露、对外提供或以其他方式处理您的个人信息。

摩根大通（指摩根大通的全部子公司）致力于根据全部适用隐私法规要求维护申请人的个人信息，并将采取一切合理措施确保申请人个人信息的安全，不被未经授权损失、披露或损坏。

Date Filed 4/28/2025 3:45
Superior Court of Justice
Docket Number

由于未取得您的同意摩根大通提交申请表或简历将被视为申请人同意摩根大通出于以下目的的处理其个人信息（包括任何敏感个人信息）：

(a) 摩根大通所有空缺职位的招聘工作

(b) 内部报告和统计分析

您提供的个人信息是摩根大通达成上述目的的不可或缺的要素，缺少该等信息可能令我们无法处理您的求职申请，另行说明情况除外。您在摩根大通网站上完成并提交申请时，包括您所附任何文件在内的信息将以安全地方式被提交。但是，如果您通过互联网向摩根大通发送电邮，其他人可能会看到相关信息。摩根大通不承担因以电子方式提交的个人信息而产生的任何责任。

作为一家全球性企业，摩根大通可能会出于与您招聘相关之目的而将您的个人信息传输给公司全球其他员工。我们也可能出于上述目的与我们的代理或服务提供商共享您的个人信息。

应适用的法律法规的要求，我们特此向您告知我们向第三方提供您个人信息的有关事项，包括个人信息接收方的名称、联系方式、处理目的、处理方式和个人信息的种类，若涉及跨境数据传输，还包括您向境外个人信息接收方行使有关权利的方式和程序等（具体请见摩根大通中国实体《人才招聘个人信息处理规则告知书》），并特此取得您的单独同意。但您理解根据适用的法律法规，在以下情况下，我们无需取得您的同意而处理您的个人信息：

•       为订立、履行您作为一方当事人的合同所必需，或者按照依法制定的劳动规章制度和依法签订的集体合同实施人力资源管理所必需；

•       公司履行法定职责或法定义务所必需；

•       所涉及的个人信息是您自行公开的，或者是通过其他合法公开渠道取得的，如新闻报道或政府信息公开等；

•       为应对突发公共卫生事件，或者紧急情况下为保护您的生命健康和财产安全所必需；和

•       适用的法律法规规定的其他情况。

我们会遵循适用的法律法规要求的告知时限与更新方式（如有），并通过提供《人才招聘个人信息处理规则告知书》更新版本或通过向您发出通知的方式，就我们向第一方提供您个人信息的有关事项的更新情况及时向您进行告知。您应当定期阅读相关页面以了解我们依据本条可能作出的不时变更。若您对该等处理或后续更新的内容有任何疑问，请与我们联系；若您继续申请摩根大通职位相关事宜，即视为同意接受该等更新。

如您提供的个人信息涉及任何第一方人士，您承诺在提供该等信息前，已按照适用数据保护法律的要求，从该等所有第一方人士获取充分有效的同意（包括根据适用法律的要求所取得的单独同意和/或书面同意），并将本政策、隐私声明、摩根大通中国实体《人才招聘个人信息处理规则告知书》，或公司不时告知的其他网址或声明,以及我们提供的与个人信息的收集、使用、处理、存储、披露、对外提供等有关的所有通知、规则或其他信息（包括其后续的任何更新）告知相关第三方人士。且您同意，当我们要求时，将向我们提供从上述相关每一位第一方人士获取的该等同意书及已经向其履行告知义务的证明材料。

我们将对您的个人信息保密，未经您的许可我们不会将您的个人信息转移给任何公司，除非已明确规定或按照法律规定我们有义务转移相关信息。

如您有意获得摩根大通所持您个人信息的副本，在遵守适用的法律法规的前提下，我们可向您提供并可能会在处理相应申请时收取一定费用。索取相关信息，敬请联系摩根大通人力资源部 HR.Data.Privacy@JPMorgan.com。

**人才招聘个人信息处理规则告知书**

Date Filed 4/28/2025 9:47 PM
Superior Court - Suffolk
Docket Number

版本生效日期：2024年12月

本《人才招聘个人信息处理规则告知书》（"本告知书"）适用于申请以下摩根大通中国实体（包括其所有分支机构和子公司，单独或共同称为"**摩根大通中国实体**"）职位的情形：

1. **摩根大通证券（中国）有限公司**

2. **摩根大通银行（中国）有限公司**

3. **摩根大通亚洲咨询（北京）有限公司**

4. **摩根大通投资咨询（北京）有限公司**

5. **摩根资产管理（中国）有限公司**

6. **摩根大通期货有限公司**

7. **香港摩根大通证券（亚太）有限公司北京代表处**

8. **寰宇聚合信息咨询服务（北京）有限公司**

9. **摩根基金管理(中国)有限公司**

为确保摩根大通集团的全球统一管理、处理与您对摩根大通集团职位的申请以及为实现《中国人才招聘隐私政策》等相关法律文件（"**相关文件**"）中所述的目的，您或您提供的任何第 三方人士（"**第三方人士**"）的个人信息可能被传输到摩根大通集团及相关供应商所在的境内地区和境外管辖区，或者受到来自这些地区或管辖区的访问。如摩根大通中国实体将您提供的任何第三方人士的个人信息进行上述传输，我们将遵守适用的中国个人信息保护相关法律法规的规定。如果您向摩根大通中国实体提供的个人信息由我们根据我们与境外个人信息接收方依照中国国家互联网信息办公室厘制制定的《个人信息出境标准合同》示范条款签订的协议进行跨境传输，您或第 方人士（依实际情况而定）可根据适用的法律法规，享有协议中明确规定的第 方受益人的权利，除非您或第三方人士（依实际情况而定）在本告知书另发出后三十天内明确拒绝该等权利。您可以通过相关文件中所载明的联系方式联系摩根大通中国实体以行使您的个人信息主体权利，或提出相关建议和意见。

您还可以通过下表查阅境内和境外接收方的名称和联系方式、处理目的和方式、处理的个人信息类型以及您行使权利的方式和程序。请您注意，下表可能无法穷尽所有符合情形的个人信息境内和跨境传输，因为它们有可能会时不时被更新或者甚至被替换。摩根大通中国实体会遵循法律法规要求的告知和限与更新方式(如有)，并通过在本《人才招聘个人信息处理规则告知书》页面提供更新版本或通过向您发出通知的方式，就上述内容的更新情况及时进行告知。您应当定期查阅相关页面以了解我们依据本条可能作出的不时变更。

除非在本告知书中另行定义，前述相关文件中定义的术语在本告知书使用时具有相同含义。

### 附录1个人信息境内对外提供清单

| 适用于申请以下摩根大通中国实体的职位 | 境内接收方名称 | 联系方式 | 处理目的 | 处理方式 | 个人信息的种类 |
|---|---|---|---|---|---|
| 所有摩根大通中国实体（除摩根大通亚洲咨询（北京）有限公司外） | 摩根大通亚洲咨询（北京）有限公司 | 中国：+8621 52006785 | 招聘相关的评估、筛选及其他流程管理；<br><br>内部报告和统计分析 | 通过服务器传输 | 1. 个人基本信息，如姓名、性别、出生日期、国籍、居住地址、电话、电子邮件、联系方式，家庭关系等<br><br>2. 个人工作和教育信息，如职务、职位、工作单位详情、学历、学位、教育经历、工作经历、培训记录、成绩单、就业详情等<br><br>3. 个人关系信息，如紧急联系人等 |

### 附录2个人信息跨境传输清单

| 境外接收方名称 | 联系方式 | （数据）处理目的 | （数据）处理方式 | 个人信息类别 | 权利行使方式及流程 |
|---|---|---|---|---|---|
| 摩根大通集团（包括其分公司和关联公司） | 美国：+1 212 270 6000<br><br>英国：+1 212 270 6000<br><br>香港：+852 | 招聘相关的评估、筛选及其他流程管理；<br><br>内部报告和统计分析 | 通过服务器传输 | 1. 个人基本信息，如姓名、性别、出生日期、国籍、居住地址、电话、电子邮件、联系方式等<br><br>2. 个人工作和教育信息，如职务、职位、工作单位详情、学历、学位、教育经历、工作经历、培训记录、成绩单、就业详情等<br><br>3. 个人关系信息如：紧急联系人等 | 可直接通过列明的联系方式向相应境外接收方行使权利，或您可以通过相关文件中所载明的联系方式联系摩根大通中国实体协助您行使权利。 |

新加坡:
+65 6882
2888

## Recruitment Privacy Policy for China Talents

### December, 2024

Please ensure you read this policy and JPMorgan Chase Employment and Workforce Related Privacy Notice (**"Privacy Notice"**) before proceeding with your job application with JPMorgan. By continuing your job application, you acknowledge that you have read and understood the foregoing content and consent to our collection, use, disclosure, external provision, and otherwise processing of your personal information as set out in this policy and the Privacy Notice and for any purpose disclosed to you at the time of collection.

JPMorgan (meaning all subsidiaries of JPMorgan Chase & Co.) is committed to maintaining applicant personal information in accordance with the requirements of all applicable privacy legislations and will take all reasonable steps to ensure that applicants' personal information is kept secure against unauthorized loss, disclosure or destruction.

If you submit an application form or curriculum vitae to JPMorgan for the purpose of applying for employment, you will be deemed to have consented to your personal information, including any sensitive personal information, being processed by JPMorgan for the following purposes:

(a) Recruitment for all vacancies at JPMorgan

(b) Internal reporting and statistical analysis

Unless otherwise indicated, the personal information that you submit is necessary to enable JPMorgan to fulfill these purposes and without this information we may not be able to process your application. When you complete and submit an application on the JPMorgan website, the information including any file you attach, is submitted securely. However, if you send an email to JPMorgan via the internet, it may be possible for others to view this information. JPMorgan accepts no liability arising from personal information being submitted electronically.

JPMorgan is a global corporation and your personal information held by JPMorgan may be transferred worldwide to our other employees for all purposes relating to your application. We may also share your personal information with our agents or service providers for the purposes described above.

As per required by applicable laws and regulations, we hereby inform you of matters related to our provision of your personal information to third parties, including the name and the contact information of the information recipient, processing purpose, processing method, types of personal information, and in the case of outbound data transfer, the method and procedure for you to exercise relevant rights against the overseas personal information recipients (for details, please refer to JPMorgan China "Notice concerning the Processing of Recruitment Personal Information" and hereby seek your separate consent. However, you acknowledge that according to applicable laws and regulations, we do not need to obtain your consent to process your personal information under the following circumstances:

• where it is necessary for the conclusion or performance of a contract to which you are a party, or for the implementation of human resources management in accordance with the labor rules and policies formulated in accordance with the law and collective contracts concluded in accordance with the law;

• where it is necessary for the Company's performance of statutory duties or statutory obligations;

• the personal information involved is disclosed to the public by yourself, or obtained through other legally public

- where it is necessary for the response to a public health emergency or for the protection of your life, health and property safety in an emergency; and

- other circumstances stipulated by applicable laws and regulations.

In compliance with the notification period and updating method requirements under applicable laws and regulations (if any), we will inform you of the update of the matters relating to our provision of your personal information to third parties in a timely manner in the form of providing an updated version of "Notice concerning the Processing of Recruitment Personal Information" on the website or sending a notice to you. You shall periodically review the relevant website for any changes we may make from time to time in accordance with this clause. Please contact us if you have any questions about the processing or the following updates; by continuing with your application to JPMorgan Chase & Co., you are deemed to agree to accept such updates.

If the personal information you provide involves any third party, you represent and warrant that you have obtained sufficient and valid consent from all such third parties (including separate or written consent to be obtained as required by applicable laws), inform them of this Policy, Privacy Notice, JPMorgan China "Notice concerning the Processing of Recruitment Personal Information", or other URLs or statements that JPMorgan China notifies you from time to time for details), and all notices, rules, or other information (including any subsequent updates) provided by us related to the collection, use, processing, storage, disclosure, external provision, etc. of personal information in accordance with the requirements of applicable laws related to data protection before providing such information. In addition, you agree to provide us the consent forms obtained from each of the above mentioned relevant third parties and the evidence for the fulfillment of such obligations to notify them, upon our request.

Your personal information will be held in confidence by us and not passed to any company, other than as already indicated, without your permission or unless we are required to do so by law.

If you wish you may have a copy of your personal information held by JPMorgan, subject to the applicable laws and regulations, we may charge a fee in processing your request before providing to you. Please contact JPMorgan Human Resources Department via HR.Data.Privacy@JPMorgan.com to request your information.

### Notice concerning the Processing of Recruitment Personal Information

Effective Date: December 2024

This "Notice concerning the Processing of Recruitment Personal Information" (this "Notice") is applicable when applying for positions at the following JPMorgan China entities (including all of their branches and subsidiaries, each a "JPMorgan China Entity", and collectively, "JPMorgan China Entities"):

1. J.P. Morgan Securities (China) Company Limited

2. JPMorgan Chase Bank (China) Company Limited

3. J.P. Morgan Asia Consulting (Beijing) Limited

4. JPMorgan Investment Consulting (Beijing) Limited

5. JPMorgan Asset Management (China) Limited

6. J.P. Morgan Futures Co., Limited

7. J.P. Morgan Securities (Asia Pacific) Limited   Beijing Representative Office

8. Global Shares Beijing Limited

9. JPMorgan Asset Management (China) Company Limited

To ensure the unified global management of JPMorgan Chase & Co. Group, to process your job application to JPMorgan Chase & Co. Group, and to realize the purposes described in *Recruitment Privacy Policy for China Talents* and other relevant legal documents ("**Relevant Documents**"), your personal information or any Third Party Individuals' personal

Date Filed 4/28/2025 ... Received ... Superior Court ... JPMorgan Chase & Co. ... Docket ...

...transferred or otherwise accessed from the business regions and offshore jurisdictions where the JPMorgan Chase & Co. Group and relevant vendors are located. Before transferring your personal information, we will comply with applicable PRC laws and regulations on personal information protection. If the personal information you provided to a JPMorgan China Entity is being offshored by a JPMorgan China Entity under a contract between the JPMorgan China Entity and an overseas data recipient by strictly following the model clauses of "PRC Standard Contract for Personal Information Outbound Transfer" issued by the Cybersecurity Administration of China, you (or the Third Party Individual, as applicable) may have the rights as a third party beneficiary as explicitly specified under the contract in accordance with applicable laws and regulations, unless you (or the Third Party Individual, as applicable) explicitly reject such rights within thirty days after this Notice is provided. You may contact JPMorgan China Entity through the contact information stated in the Relevant Documents to exercise your rights as the personal information subject, or propose relevant suggestions and comments.

You may also refer to the table below for the name and contact information of the specific domestic and overseas recipients, the purposes and methods of processing, the types of personal information processed, and the methods and procedures for exercising your rights. Kindly note that the following table may not be exhaustive of all eligible domestic and outbound personal information transfers, as they may be updated or even replaced from time to time. In compliance with the notification period and updating method requirements under relevant laws and regulations (if any), JPMorgan China will inform you of the update of the aforementioned contents in a timely manner in the form of providing an updated "Notice concerning the Processing of Employee Personal Information" or a notice to you. You shall periodically review relevant websites for any changes we may make from time to time pursuant to this clause.

Unless otherwise defined in this notification, the terms defined in the aforementioned Relevant Documents have the same meaning used in this notification.

### Appendix I List of Personal Information External Provision

| Applicable When Applying for the Positions at the Following JPMorgan China Entities | Name of the Domestic Recipient | Contact Information | Purposes of Processing | Methods of Processing | Types of Personal Information |
|---|---|---|---|---|---|
| All JPMorgan China Entities (excluding J.P. Morgan Asia Consulting (Beijing) Limited) | J.P. Morgan Asia Consulting (Beijing) Limited | +8621 5200 6785 | Recruitment related assessment, screening and other process management<br><br>Internal reporting and statistical analysis | Transfer via server | 1. Basic personal information including: name, gender, date of birth, nationality, residential address, telephone number, email, contact information, family relationship, etc.<br><br>2. Personal work and education information, including occupation, position, employers' details, academic qualification, academic degree, education experience, work experience, training record, transcripts, employment details, etc.<br><br>3. Personal relationship information, such as emergency contacts, etc. |

### Appendix II List of Personal Information Outbound Transfer

| Name of the Overseas Recipient | Contact Information | Purposes of (Data) Processing | Methods of Processing | Types of Personal Information | Methods and Procedures for Exercising Rights |
|---|---|---|---|---|---|
| JPMorgan Chase & Co. (and its branches and affiliates) | US: +1 212 270 6000<br>UK: +1 212 270 6000<br>HK: +852 2800 1000<br>SGP: +65 6882 2888 | Recruitment-related assessment, screening and other process management;<br>Internal reporting and statistical analysis | Transfer via server | 1. Basic personal information, including name, gender, date of birth, nationality, residential address, telephone number, email, contact information, family relationship, etc.<br><br>2. Personal work and education information, including occupation, position, employers' details, academic qualification, academic degree, education experience, work experience, training record, transcripts, employment details, etc.<br><br>3. Personal relationship information, such as emergency contacts, etc. | You may exercise your rights directly with the corresponding recipients through the foreign recipients listed, or you may contact J.P. Morgan China Entity through the contact information listed in the relevant documents to assist you in exercising your rights. |

**Privacy & Terms**

Privacy & Security

Terms of Use

Cookie Policy

Equal Opportunities

Recruitment Scams Warning

**Useful Links**

chase.com

jpmorganchase.com

jpmorgan.com

Careers at Chase

Careers in the Philippines

© 2024 JPMorgan Chase & Co. All rights reserved.
JPMorgan Chase & Co. is an equal opportunity employer and affirmative action employer
Disability/Veteran.

GLOBAL / 日本語 /
中文

Date Filed 4/28/2025 3:47 PM
Superior Court - Suffolk
Docket Number

Full Time (40 Hours) Associate Banker, Newtonville Branch, Newtonville, MA     1 / 3

## IMPORT YOUR PROFILE

Information within the application will automatically populate by selecting one of the options below.



## PERSONAL DETAILS

Your personal details will be used throughout the application process. Mobile number is preferred.

Title

First Name     *

Middle Name

Last Name     *

Email Address

Phone Number  *

Country code
+1 (United States)

## ADDRESS

Please enter your home address.

Country

United States

State

County

City

Postal Code

Address Line 1  *

Address Line 2

Address Line 3

Tax District

## APPLICATION QUESTIONS

Please answer the following questions.

Are you at least 18 years of age?  *

For the position you are applying to, are you legally authorized to work in this country?
Note: If hired, based upon the work location, you may be required to provide
government issued documentation proving your work authorization, on or before your
first day of employment.  *

Will you now or in the future require sponsorship for an employment-based visa
status?  *

Do you have at least a High School diploma, GED or equivalent?  *

Date Filed 4/28/2025 3:41 PM
Superior Court - Suffolk
Docket Number

This is a seasonable with benefits and a totaling work schedule. Are you willing to work flexible hours including 1 weekend day?  *

How much customer service experience do you have?  *

What industry is most of your customer experience from?  *

Do you speak any other languages?  *

## RESUME

Please attach your resume. Cover letter is optional.

| UPLOAD RESUME |
|:---:|

| ADD COVER LETTER |
|:---:|

Link 1

+ Add Another Link

## DISABILITY INFORMATION

JPMorgan Chase considers all qualified applicants for employment, and prohibits employment discrimination based on race, color, national origin, citizenship status, creed, religion, religious

affiliation, age, sexual status, sexual orientation, gender identity, or any other protected status under applicable law (for example, civil union status, height, weight, arrest record, and status with regard to Public Assistance, to the extent protected under applicable law). This information is requested on a voluntary basis to assist in JPMorgan Chase's compliance with reporting obligations under Federal Equal Employment Opportunity laws and regulations and JPMorgan Chase's affirmative action efforts. This information will not be used in consideration for your employment and refusal to provide the information will not impact your application. Any information you provide will be recorded and maintained in a confidential file, separate from all other records.

## Voluntary Self-Identification of Disability

Form CC-305
OMB Control Number 1250-0005
Expires 04/30/2026
Page 1 of 1

Name:
Employee ID:
     (if applicable)
Date: 4/24/2025

### Why are you being asked to complete this form?

We are a federal contractor or subcontractor. The law requires us to provide equal employment opportunity to qualified people with disabilities. We have a goal of having at least 7% of our workers as people with disabilities. The law says we must measure our progress towards this goal. To do this, we must ask applicants and employees if they have a disability or have ever had one. People can become disabled, so we need to ask this question at least every five years.

Completing this form is voluntary, and we hope that you will choose to do so. Your answer is confidential. No one who makes hiring decisions will see it. Your decision to complete the form and your answer will not harm you in any way. If you want to learn more about the law or this form, visit the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) website at www.dol.gov/ofccp.

### How do you know if you have a disability?

A disability is a condition that substantially limits one or more of your "major life activities." If you have or have ever had such a condition, you are a person with a disability. **Disabilities include, but are not limited to:**

- Alcohol or other substance use disorder (not currently using drugs illegally)
- Autoimmune disorder, for example, lupus, fibromyalgia, rheumatoid arthritis, HIV/AIDS
- Blind or low vision
- Cancer (past or present)
- Cardiovascular or heart disease
- Celiac disease
- Cerebral palsy
- Deaf or serious difficulty hearing
- Diabetes
- Disfigurement, for example, disfigurement caused by burns, wounds, accidents, or congenital disorders

- Epilepsy or other seizure disorder
- Gastrointestinal disorders, for example, Crohn's Disease, irritable bowel syndrome
- Intellectual or developmental disability
- Mental health conditions, for example, depression, bipolar disorder, anxiety disorder, schizophrenia, PTSD
- Missing limbs or partially missing limbs
- Mobility impairment, benefiting from the use of a wheelchair, scooter, walker, leg brace(s) and/or other supports

- Nervous system condition, for example, migraine headaches, Parkinson's disease, multiple sclerosis (MS)
- Neurodivergence, for example, attention-deficit/hyperactivity disorder (ADHD), autism spectrum disorder, dyslexia, dyspraxia, other learning disabilities
- Partial or complete paralysis (any cause)
- Pulmonary or respiratory conditions, for example, tuberculosis, asthma, emphysema
- Short stature (dwarfism)
- Traumatic brain injury

### Please check one of the boxes below:

Yes, I have a disability, or have had one in the past

No, I do not have a disability and have not had one in the past

I do not want to answer

PUBLIC BURDEN STATEMENT: According to the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. This survey should take about 5 minutes to complete.

---

**For Employer Use Only**

Employers may modify this section of the form as needed for recordkeeping purposes.
For example:
Job Title:
Date of Hire:

---

## DIVERSITY INFORMATION

Ethnicity

Hispanic or Latino

Select the races you identify with.

Gender

Military Spouse/Domestic Partner

Military Status

## VETERAN INFORMATION

We invite veterans to identify themselves in accordance with federal VEVRAA regulations for affirmative action purposes.  Under VEVRAA, a veteran may be classified as a disabled veteran, recently separated veteran, active duty wartime or campaign badge veteran, or Armed Forces service medal veteran.  Please refer to the website ▸ https://www.dol.gov/agencies/ofccp/veterans/protected veterans ◂ for further information on these classifications.

Veteran Status

I agree to receive marketing communications

## E-SIGNATURE

Date Filed 4/28/2025 3:4 Case 1:25-cv-11751-BEM    Document 14    Filed 06/25/25    Page 54 of 118
Superior Court - Suffolk
Docket Number

SUBMIT ▶

# EXHIBIT 2



↑ View More Jobs





# Relationship Banker- Newton Centre

Newton, MA, United States

**APPLY NOW**

| | |
|---|---|
| Job Identification | 210616233 |
| Job Category | Relationship Bankers |
| Business Unit | Consumer & Community Banking |
| Posting Date | 04/24/2025, 09:28 AM |
| Locations | ♀ Newton, MA, United States |
| Job Schedule | Full time |
| Job Shift | Day |

## JOB DESCRIPTION

You have a passion for helping customers, building relationships, and delivering extraordinary customer service. You are energetic and enthusiastic as the face of Chase to our retail branch customers. From a personal standpoint, you will have the opportunity to take ownership of your career development through a variety of cross-training opportunities.

As a Relationship Banker in Branch Banking, you will take a lead role in delivering an outstanding experience to Chase customers. You will acquire, manage, and retain meaningful relationships with our customers, using your financial knowledge to offer thoughtful solutions to help address their financial needs, contributing to the success of the branch. You will be making the lives of customers easier by sharing and setting up self-service options to access their accounts 24 hours a day/ 7 days a week.



Date Filed 4/28/2025 9:24...
Superior Court - Suffolk
Docket Number

**Job Responsibilities**

- Delivers an exceptional customer experience by acting with a customer-first attitude
- Manages assigned customers and proactively meets with them, both in person and over the phone, to build lasting relationships, discover financial needs, and tailor product and service recommendations
- Makes personal connections, engages and educates customers, asks open-ended questions, and listens to establish trust and build lasting relationships
- Influences, educates, and connects customers to technology
- Possesses initiative and knowledge to provide financial options for customers using a consultative approach
- Learns products, services, and procedures quickly and accurately and delivers solutions that make our One Chase products work together
- Works in partnership with Specialists (Financial Advisors, Mortgage Bankers, and Business Relationship Managers) to connect customers to experts who can help them with specialized financial needs

**Required qualifications, capabilities, and skills**

- 1+ year of experience in Retail banking sales, Financial services sales, Consultative relationship sales role in a related industry, with proven success in establishing new clients, deepening customer relationships and delivering results
- High school degree, GED, or foreign equivalent
- Beginning October 1, 2018, the Securities Industry Essential (SIE) exam, FINRA Series 6/7, state registration (including 63 or 66 if required), and Life licenses are required. All unlicensed applicants must obtain their licenses within 180 days of hire
- Operate within established risk parameters/tolerances and meets internal/external risk and compliance obligations, including completion of required training
- Excellent communication skills, both in person and over the phone, with proven ability to tailor features and benefits of products/services to customers with differing needs
- Ability to work branch hours including weekends and some evenings

**Preferred qualifications, capabilities, and skills**

- College degree or military equivalent
- Professional, thorough, and organized with strong follow-up skills
- Exude confidence with clients when sharing product knowledge and solutions
- Experience adhering to policies, procedures, and regulatory banking requirements

**Dodd Frank/Truth in Lending Act**

This position is subject to the Dodd Frank/Truth in Lending Act qualification requirements for Loan Originators. As such, an employment offer for this position is contingent on JPMC's review of your

criminal conviction history, credit report, information available through NMLS, and any other information relevant to a determination by JPMC that you demonstrate financial responsibility, good character, and general fitness for the position. Note that any felony conviction within the last seven years will disqualify you from consideration for this position. Your continued employment in this position would be contingent upon compliance with Truth in Lending Act/Dodd Frank Loan Originator requirements.

In addition, this position requires National Mortgage Licensing System and Registry (NMLS) registration under the SAFE Act of 2008. As such, upon active employment with JPMorgan Chase, you will be required to either register on NMLS, or to update your existing registration as necessary to grant access to and reflect your employment with JPMorgan Chase. Your continued employment in this position with JPMorgan Chase is contingent upon compliance with the SAFE Act, including successful registration immediately after your start date, and timely completion of annual renewal and required updates thereafter.

Any information obtained during the registration, update, and renewal processes or through NMLS notifications may impact your employment with the firm. Any of the completed information you provide during the Chase on-line application process may be transferred, on your behalf, to NMLS by JPMorgan Chase. Please carefully review the information you provide to Chase for accuracy and consistency and with any current NMLS record, if applicable, before submitting. Further information about NMLS and registration requirements of registration can be found at: https://mortgage.nationwidelicensingsystem.org/Safe/SitePages/default.aspx

## ABOUT US

Chase is a leading financial services firm, helping nearly half of America's households and small businesses achieve their financial goals through a broad range of financial products. Our mission is to create engaged, lifelong relationships and put our customers at the heart of everything we do. We also help small businesses, nonprofits and cities grow, delivering solutions to solve all their financial needs.

We offer a competitive total rewards package including base salary determined based on the role, experience, skill set and location. Those in eligible roles may receive commission-based pay and/or discretionary incentive compensation, paid in the form of cash and/or forfeitable equity, awarded in recognition of individual achievements and contributions.  We also offer a range of benefits and programs to meet employee needs, based on eligibility. These benefits include comprehensive health care coverage, on-site health and wellness centers, a retirement savings plan, backup childcare, tuition reimbursement, mental health support, financial coaching and more. Additional details about total compensation and benefits will be provided during the hiring process.

We recognize that our people are our strength and the diverse talents they bring to our global workforce are directly linked to our success. We are an equal opportunity employer and place a high value on diversity and inclusion at our company. We do not discriminate on the basis of any protected attribute, including race, religion, color, national origin, gender, sexual orientation, gender

Date Filed 4/28/2025 9:47 PM
Superior Court - Suffolk
Docket Number

protected under applicable law. We also make reasonable accommodations for applicants' and employees' religious practices and beliefs, as well as mental health or physical disability needs. Visit our FAQs for more information about requesting an accommodation.

Equal Opportunity Employer/Disability/Veterans

### ABOUT THE TEAM

Our Consumer & Community Banking division serves our Chase customers through a range of financial services, including personal banking, credit cards, mortgages, auto financing, investment advice, small business loans and payment processing. We're proud to lead the U.S. in credit card sales and deposit growth and have the most-used digital solutions – all while ranking first in customer satisfaction.

We are here to help you manage your money with checking, savings and credit cards, combining the latest banking technology with comprehensive solutions to meet the financial needs of nearly half of U.S. households.



**APPLY NOW**

## Similar Jobs

### Relationship Banker - Acton, MA

Acton, MA, United States   •   Posted on 04/04/2025

Take a lead role in acquiring, managing, and retaining meaningful relationships that deliver outstanding experience to our customers.

### Relationship Banker - Chelmsford, MA

Chelmsford, MA, United States   •   Posted on 04/01/2025

Take a lead role in acquiring, managing, and retaining meaningful relationships that deliver outstanding experience to our customers.

### Relationship Banker - Northampton, MA

Northampton, MA, United States   •   Posted on 04/10/2025

Take a lead role in acquiring, managing, and retaining meaningful relationships that deliver an outstanding experience to our customers.

## Relationship Banker - Burlington, MA

Burlington, MA, United States  •  Posted on 04/14/2025

Take a lead role in acquiring, managing, and retaining meaningful relationships that deliver an outstanding experience to our customers.



**Privacy & Terms**

Privacy & Security          Equal Opportunities

Terms of Use               Recruitment Scams Warning

Cookie Policy

**Useful Links**

chase.com                  Careers at Chase

jpmorganchase.com          Careers in the Philippines

jpmorgan.com

© 2020 JPMorgan Chase & Co. All rights reserved.
JPMorgan Chase & Co. is an equal opportunity employer and affirmative action employer Disability/Veteran.

GLOBAL / 日本語 / 中文

 Relationship Banker- Newton Centre

# Enter your email address.

To get started, enter your email address. Your email address will be used to create and maintain your profile. If you are a current JPMC employee, use your JPMC email address to apply for jobs internally. If you are a current JPMC contractor or contingent worker (not paid by JPMC), please use your personal (not JPMC) email address. Failure to supply accurate and complete data can delay your recruiting process. You will be required to certify that the information you have provided is truthful prior to submitting your form. Information that cannot be verified will require documentation to support your entries.

Email Address   *

I agree with the terms and conditions   *

Date Filed 4/28/2025 3:4? PM
Superior Court - Suffolk
Docket Number

# Terms and Conditions

Use the link below to view Terms and Conditions by country or region. Once you have read the content, acknowledge you understand and agree by clicking the "Agree" button.

https://jpmc.fa.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX 1001/pages/2001

AGREE





# GLOBAL JPMORGAN CHASE EMPLOYMENT AND WORKFORCE RELATED PRIVACY NOTICE

## Privacy Notice

Please review the JPMorgan Chase Employment and Workforce Related Privacy Notice which describes the data we collect, why we collect it, and what we do with it.

## Volunteering Sensitive Information:

JPMorgan Chase provides an opportunity for you to submit certain sensitive personal information on a voluntary basis through this portal, including information about your gender/gender identity, race, ethnicity, sexual orientation, health/disability status, military service or other information considered sensitive under applicable law. If you elect not to provide this information, it will not negatively impact you. JPMorgan Chase collects, analyses, uses, stores and transfers such information to support its Human Resources functions; regulatory requirements; diversity, equity and inclusion initiatives; and business development efforts. Examples of such use include:

- Evaluating progress against workforce diversity and inclusion goals related to hiring and promotion

- Considering professional and career development opportunities

- Identifying trends and opportunities for engagement with individual employees in demographics experiencing higher rates of turnover across the workforce

- Responding to external requests related to business development using aggregated workforce data

# CANDIDATE RECRUITMENT TERMS AND CONDITIONS

## Disclaimer

Please note, if you are hired to a position with the firm, the information you provided with your application will feed in to your Employee Career Profile. On joining, you will have the opportunity to review and update this information.

## Taiwan Terms & Conditions

個人資料同意書

致：美商摩根大通銀行股份有限公司台北分公司



摩根證券投資信託股份有限公司

立書人就 貴公司蒐集、處理及利用立書人之個人資料，茲確認已詳閱、了解並同意下列事項：

1.蒐集之目的：人事管理（包含甄選、離職及所屬員工基本資訊、現職、學經歷、考試分發、終身學習訓練進修、考績獎懲、銓審、薪資待遇、差勤、福利措施、褫奪公權、特殊查核或其他人事措施）；金融服務業依法令規定及金融監理需要，所為之蒐集處理及利用；金融監督、管理與檢查；非公務機關依法定義務所進行個人資料之蒐集處理及利用；調查、統計與研究分析；就業安置、規劃與管理；資(通)訊與資料庫管理；僱用與服務管理；其他公共部門(包括行政法人、政府捐助財團法人及其他公法人)執行相關業務；其他經營合於營業登記項目或組織章程所定之業務；其他金融管理業務。

2.個人資料之類別：辨識個人者；辨識財務者；政府資料中之辨識者；個人描述；身體描述；個性；家庭情形；家庭其他成員之細節；住家及設施；財產；移民情形；旅行及其他遷徙細節；慈善機構或其他團體之會員資格；職業；執照或其他許可；意外或其他事故及有關情形；法院、檢察署或其他審判機關或其他程序；學校紀錄；資格或技術；職業團體會員資格；職業專長；委員會之會員資格；著作；學生（員）、應考人紀錄；現行之受僱情形；僱用經過、離職經過；工作經歷；工作、差勤紀錄；健康與安全紀錄；工會及員工之會員資格；薪資與預扣款；受僱人所持有之財產；工作管理之細節；工作之評估細節；受訓紀錄；安全細節；收入、所得、資產與投資；票據信用；津貼、福利、贈款；保險細節；社會保險給付、就養給付及其他退休給付；資料主體之商業活動；約定或契約；與營業有關之執照；健康紀錄；種族或血統來源；交通違規之確定裁判及行政處分；其他裁判及行政處分。

3.個人資料利用之期間：自 貴公司開始蒐集個人資料時起，至(i)蒐集之特定目的消失，經立書人向聘僱立書人本人之 貴公司請求刪除、停止蒐集、處理或利用立書人之個人資料且 貴公司於合理作業時間內刪除、停止蒐集、處理或利用立書人之個人資料時止，或(ii) 貴公司分別所定之資料保管期限屆至時止，其孰早者。但因 貴公司執行職務或業務所必須或經立書人書面同意者，不在此限。

4.個人資料利用之地區：包括中華民國、美國、印度、香港、新加坡，及JPMorgan Chase & Co.及其任 關係企業與受其委託辦理相關業務之第 人之設立登記或營業場所所在地。

5.個人資料利用之對象：JPMorgan Chase & Co.及其關係企業、及向前述企業提供專業諮詢、專業服務或委外服務之人、及其他與 貴公司有業務往來之機構，或所屬主管機關、司法機構或其他政府單位，或同業公會，包括但不限於：美商摩根大通銀行股份有限公司新加坡分公司、First Advantage Ltd.、J.P. Morgan Services India Private Limited、藝珂人事顧問股份有限公司、新加坡商立可人事顧問股份有限公司台灣分公司。

6.個人資料利用之方式：以書面、電話、傳真、電子文件、網際網路或其他適當方式為蒐集、處理、利用與國際傳輸。

7.立書人就其個人資料得依個人資料保護法行使下列權利：(1)查詢或閱覽；(2)製給複製本；(3)補充或更正；(4)停止蒐集、處理或利用；及(5)刪除立書人之個人資料。立書人請求補充或更正立書人之個人資料者，須舉其原因及事實為適當之釋明。

8.立書人如不提供本人個人資料，將因無法達成前揭蒐集目的而影響立書人權益。

立書人茲確認已詳閱了解以上事項，並同意 貴公司得為上述特定目的之蒐集、處理、利用或國際傳輸立書人之個人資料。

Personal Data Consent Letter

To: JPMorgan Chase Bank, N.A., Taipei Branch

Date Filed 4/28/2025 3:40 PM
Superior Court of Suffolk
Docket Number

J.P. Morgan Securities (Taiwan) Limited

JPMorgan Asset Management (Taiwan) Limited

With respect to the collection, processing, and use of my personal data by you in accordance with the Personal Data Protection Law in Taiwan (the "Law"), I hereby confirm that you have notified me of the following terms prescribed under the Law, and that I have closely reviewed, understood, and agreed to the following terms:

1. Specified Purposes of Personal Data Collection: Personnel Management (including the Basic Personal Information, Current Job, Education and Work Experience, Exam and Assignment, Continuing Education and Training, Performance Review and Reward/Punishment, Qualification Review, Salaries and Benefits, Attendance, Welfare, Deprivation of Civil Rights, Special Audits, or Other Personnel Matters in Respect of Candidates, Former Employees, and Current Employees); Collection, Processing, and Use by Financial Service Providers According to the Laws and Regulations and Financial Supervisory Requirements; Financial Supervision, Management and Examination; Collection, Processing, and Use of Personal Data by Non-Government Institutions in Performing Legal Obligations; Investigation, Statistics, and Research Analysis; Employment Placement, Planning, and Management; Information (Communication) and Database Management; Employment and Service Management; Execution of Relevant Businesses by Other Public Offices (including Administrative Juridical Persons, Government-Funded Foundations, and Other Public Foundations); Other Businesses in Line with Those Specified in the Business Registration or Articles of Association; Other Financial Management Businesses.

2. Types of Personal Data: Personal Identification; Financial Identification; Identification from Government Data; Personal Descriptions; Physical Descriptions; Personalities; Family Information; Details of Other Family Members; Other Social Relationships; Home and Facilities; Properties; Immigration Status; Travel and Other Relocation Details; Membership in Charitable Organizations or Other Groups; Occupation; Licenses or Other Permits; Accidents, or Other Incidents, and Relevant Circumstances thereof; Courts, Prosecutors' Offices, or Other Adjudication Bodies, or Other Proceedings; School Records; Qualifications or Skills; Membership in Trade Group; Trade Specialties; Membership on a Committee; Work Production; Records of Students and Examinees; Current Employment Status; Employment Process; Resignation Process; Work Experience; Work and Attendance Records; Health and Safety Records; Labor Union and Employees' Membership; Salaries and Withholdings; Properties Held by Employees; Details of Work Management; Details of Work Evaluations; Training Records; Safety Details; Income, Earnings, Assets, and Investment; Check Credit; Allowance, Benefits, and Monetary Gifts; Insurance Details; Social Insurance Payments, Veterans' Care Payments, and Other Retirement Payments; Commercial Activities of the Principal of Data; Agreements or Contracts; Business Related Licenses; Health Records; Race or Lineage Source; Affirmed Judgments and Administrative Rulings of Traffic Violations; Other Judgments and Administrative Rulings.

3. Time Period of Using Personal Data: From the time you begin collecting personal data until the earlier of: (i) the time that the specified purposes of collecting the personal data cease to exist and I request that you, who employ me, delete, stop collecting, processing, or using my personal data, and you delete, stop collecting, processing, or using my personal data within a reasonable time; or (ii) the respective data retention periods internally required by you lapse. However, where use of my personal data is required by you to perform your duties or functions or is otherwise consented by me in writing, the foregoing time limit shall not apply.

4. Areas where Personal Data are Used: Including Taiwan (Republic of China), USA, India, Hong Kong, Singapore, and any other jurisdictions where JPMorgan Chase & Co., its affiliates, and any third parties engaged by JPMorgan Chase & Co. or its affiliates to provide services are incorporated, registered, or are conducting businesses.

5. Entities Using Personal Data: JPMorgan Chase & Co. and its affiliates, providers of professional advice, professional services, or outsourced services to the aforementioned entities, other institutions having business dealings with you, the relevant authorities having jurisdiction over the foregoing entities, judicial authorities, or other governmental agencies, or industry associations, including but not limited to: JPMorgan Chase Bank, N.A., Singapore Branch, First Advantage Ltd., J.P. Morgan Services India Private Limited, Adecco Personnel Co., Ltd., and Recruit Express (Taiwan) Pte Ltd, Taiwan Branch.

6. Manners of Using Personal Data: Collection, processing, use, and international transmission of personal data in writing, via telephone, fax, electronic media, the Internet, or by other appropriate means.

Date Filed 4/28/2025 3:4...
Superior Court of...
Docket Number...

of Rights Exercisable by Me Regarding My Personal Data under the Personal Data Protection Law: (1) To make inquiries or to request review of; (2) to make duplicate copies of; (3) to supplement or rectify any errors in; (4) to demand suspension of the collecting, processing, or using; and (5) to demand deletion of, my personal data. Where I request for supplementing or rectifying my personal data, I must provide adequate explanations and factual information for such supplement or rectification.

8. Any failure by me to provide my personal data will affect my benefits and interests to the extent that the purposes of the personal data collection specified above cannot be attained.

I hereby confirm that I have closely reviewed and understood the above terms, and I hereby agree that you may collect, process, use, and internationally transmit my personal data for the purposes specified above.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## APAC (excluding Taiwan & Korea) Terms & Conditions

### APAC Recruitment Privacy Policies

Please ensure you read the appropriate recruitment statement before proceeding with your application. By continuing with your application, you agree to the collection, use and disclosure of your personal information as set out in the relevant recruitment statement.

APAC Recruitment Privacy Policy (Excluding Japan & Singapore)

Recruitment Privacy Policy (Singapore)

Recruitment Privacy Policy (Japan) (Japanese Version)

Recruitment Privacy Policy (Japan) (English Version)

### Recruitment Privacy Policy (Excluding Japan & Singapore)

Please ensure you read this statement before proceeding with your application. By continuing, you agree to the use of your personal information in this way.

JPMorgan (meaning all subsidiaries of JPMorgan Chase & Co) is committed to maintaining applicant personal information in accordance with the requirements of all applicable privacy legislation and will take all reasonable steps to ensure that applicants' personal information is kept secure against unauthorised loss, disclosure or destruction.

Date Filed 4/28/2025 9:40 AM
Superior Court - Suffolk
Docket Number
to submit an application form or curriculum vitae to JPMorgan for the purpose of applying for employment you will be deemed to have consented to your personal information, including any sensitive personal information, being processed by JPMorgan for the following purposes;

(a) Recruitment for all vacancies at JPMorgan

(b) Internal reporting and statistical analysis

Unless otherwise indicated, the personal Information you supply is necessary to enable JPMorgan to fulfill these purposes and without this information we may not be able to process your application. When you complete and submit an application on the JPMorgan website, the information including any file you attach, is submitted securely. However, if you send an email to JPMorgan at any time over the internet, it may be possible for others to view this information. JPMorgan accepts no liability arising from personal Information being submitted electronically.

JPMorgan is a global business and your personal Information held by JPMorgan may be transferred worldwide to other employees for all purposes relating to your recruitment. We may also share your personal information with our agents or service providers for the purposes described above.

Your personal information will be held in confidence and not passed to any company, other than as already indicated, without your permission or unless we are required to do so by law.

If you wish you may have a copy of the personal information held on you by JPMorgan. JPMorgan is allowed by law to charge you a fee for this. Please contact Human Resources to request your information.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

**Recruitment Privacy Policy (Singapore)**

Please ensure you read this statement before proceeding with your application. By continuing, you agree to the use of your personal data in this way.

JPMorgan (meaning all the JPMorgan group of companies) is committed to maintaining applicant personal data in accordance with the requirements of all applicable personal data and privacy legislation.

By submitting an application form or curriculum vitae to JPMorgan for the purpose of applying for employment, you consent to your personal data being collected, processed and used and disclosed by JPMorgan for the following purposes:

(a) Assessing your suitability for all vacancies at JPMorgan;

(b) Internal reporting, analysis and programs and initiatives related to JPMorgan's diversity, equity & inclusion agenda and other policies;

(c) Responding to third party requests related to business development opportunities; and

(d) Any purpose required by law.

Unless otherwise indicated, the personal data you supply is necessary to enable JPMorgan to fulfill these purposes and without required information we may not be able to process your application. When you complete and submit an application on the JPMorgan website, the information (including any file(s) which you attach), is submitted securely. However, if you send your personal data to JPMorgan at any time via other forms of correspondence (whether electronically or manually), it may be possible for others to view this information. JPMorgan accepts no liability arising from personal data being submitted via any other form of correspondence.

JPMorgan is a global business and your personal data may be transferred outside of your country worldwide to other employees of JP Morgan and relevant third parties for all purposes set out above, and all directly related purposes.

Your personal data will be held in confidence and not passed to any third party other than as already indicated, without your permission or unless we are required to do so by law. JPMorgan will take all reasonable steps to ensure that your personal data is kept secure against unauthorized loss, disclosure or destruction.

Subject to applicable law, you may request a copy of your personal data held by JPMorgan. Please contact Human Resources at 1-800-622-1944 (Monday – Friday: 9am-6pm (Singapore Time)) to request a copy of your personal data.

For employment prospects, candidates and applicants, including those in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## 採用応募者の個人情報の取り扱いについて

JPモルガン証券株式会社

JPモルガン・チェ　ス銀行 東京支店

JPモルガン・アセット・マネジメント株式会社

JPモルガン・マンサ　ル投信株式会社

JPモルガン証券株式会社、JPモルガン・チェ　ス銀行東京支店、JPモルガン・アセット・マネジメント株式会社及び JPモルガン・マンサール投信株式会社（以下、総称して「当社」といいます。）は、個人情報の保護に関する法律及び関係諸法令、個人情報保護委員会及び主務官庁のガイドライン並びに認定個人情報保護団体の指針（以下、総称して「個人情報保護法令等」といいます。）を遵守し、採用活動における応募者の個人情報（以下「採用応募者情報」といいます。）を以下の通り取り扱います。

なお、応募者が本件に応募する場合は、個人情報の保護に関する法律に定める要配慮個人情報を弊社が取得することにつき同意したものとみなされます。

1.利用目的　取得した採用応募者情報につきましては、応募者の同意を得た場合又は個人情報保護法令等により例外として取扱われる場合を除き、採用選考、採用内定又は入社後の人事管理等の目的にのみ利用します。なお、取得した採用応募者

...外部委託、又は共同利用を行うJ.P.モルガンの業務範囲内（十分な安全管理措置を講じていると認められる者に限ります。）に対してその取扱いを委託し、又はJ.P.モルガンの関係会社間で共同利用することがあります。共同利用の取扱いにつきましては、別紙1「採用応募者の個人データの共同利用について」をご確認ください。日本国外における個人情報の保護に係る法制においては、個人情報につき日本国における個人情報保護法令等に基づくものと同水準以上の保護がなされるとは限りませんが、当社が個人データについて外部委託、又は共同利用を行うJ.P.モルガン及びサービス・プロバイダーにおいては、個人情報につき、この記載に準じた取扱いが行われるよう適切に対応いたします。また、J.P.モルガンは、グローバルな金融機関として、各国の金融規制その他の法令及び各国当局の監督に服しています。当社は、日本国内外の裁判所、捜査機関若しくは政府機関の命令により法律上強制される場合、又は当社の監督機関若しくは自主規制機関により要求される場合には、当社が必要と判断する範囲内で、採用応募者情報をこれらの機関又は当社の法務アドバイザーその他の専門家に開示することがあります。

2. 個人情報の管理　採用応募者情報につきましては、正確かつ最新の内容となるよう努めます。採用応募者情報の漏えい等を防止するため、必要かつ適切な安全管理措置を実施するとともに、役職員の監督を行ってまいります。また、上記1に記した場合を除き、予め本人の同意を得ることなく、採用応募者情報を第　者に提供いたしません。なお、要配慮個人情報並びに労働組合への加盟、門地、本籍地、保険医療及び性生活（これらのうち要配慮個人情報に該当するものを除きます。）に関する情報（本人、国の機関、地方公共団体、個人情報の保護に関する法律第57条第1項各号若しくは同法施行規則第6条各号に掲げる者により公開されているもの、又は、本人を目視し、若しくは撮影することにより取得するその外形上明らかなものを除きます。）は、適切な業務の運営その他必要と認められる目的以外の目的に利用せず、また第　者に対し提供いたしません。

当社における安全管理措置等につきましては、別紙2をご確認ください。

1. 開示等の請求等について　採用応募者情報に関する開示等の請求、ご質問、苦情のお申出につきましては、適切かつ迅速な回答に努めてまいります。また、開示等のお申出につきましては、ご本人様であることを確認させていただき、お申出の際に所定の様式による書面を提出していただくことがあります。請求書面等につきましては、以下の人事部担当 受付窓口へ電子メールにてご連絡ください。

なお、採用選考における選考基準及び評価につきましては開示いたしかねますので、予めご了承ください。


(連絡先)


＜人事部担当 受付窓口＞


部署名：　J.P.モルガン人事部 採用プロジェクトチーム


電子メール：recruit.japan@jpmorgan.com


住所：〒100 6432 東京都千代田区丸の内2丁目7番3号 東京ビルディング


電話番号：　03 6736 1111 (代表番号)


受付時間：　月曜日～金曜日の9:00　17:00 （12月31日～1月3日、および祝日、振替休日を除く）

1. 個人情報取扱事業者

- JPモルガン・チェース銀行

- JPモルガン証券株式会社

- JPモルガン・アセット・マネジメント株式会社

- JPモルガン・マンサール投信株式会社

住所及び代表者につきましては当社ウェブサイトをご確認ください。

別紙1　採用応募者の個人データの共同利用について

当社及びJ.P.モルガンは、法令及び利用目的の範囲内において、採用応募者の個人データを下記の通り共同利用いたします。

(1)　　　共同利用される個人データの項目

氏名、入社年月日、性別、生年月日、所属、役職名、住所、電話番号、電子メールアドレス、経歴、資格免許、人事評価、給与賞与、国籍、ビザ等の取得状況、犯罪歴、訴訟記録、健康診断結果、保険加入状況、障害の内容、家族に関する情報（氏名、性別、生年月日、続柄、同居・就業の有無等）、その他上記利用目的の達成のために必要な採用応募者情報

(2)　　　共同利用者の範囲

JPモルガン・チェース・アンド・カンパニーを最終持株会社とするJPモルガン・チェース・グループに属する会社

(3)　　　共同利用者の利用目的

- 人事管理
- 人材の採用、雇用の判断
- 統合的な法務・コンプライアンスリスク、経営管理、内部管理等のグループとしての総合的なリスク管理

(4)　　　共同利用に係る個人データの管理について責任を有する者の名称

- JPモルガン・チェース銀行
- JPモルガン証券株式会社
- JPモルガン・アセット・マネジメント株式会社
- JPモルガン・マンサール投信株式会社

住所及び代表者につきましては当社ウェブサイトをご確認ください。

https://www.jpmorgan.co.jp/ja/about us

別紙2　安全管理措置等について

当社は、個人情報等の漏えい等を防止するため、下記の措置を講じています。

(基本方針の策定)

- 個人データの適正な取扱い確保のため、「関係法令・ガイドライン等の遵守」、「質問及び苦情処理の窓口」等についての基本方針（個人情報保護宣言）を策定

(個人データの取扱いに係る規律の整備)

- 取得、利用、保存、提供、削除・廃棄等の段階ごとに、取扱方法、責任者・担当者及びその任務等について個人データの取扱規程を策定

(組織的安全管理措置)

- 個人デ　タの管理責任者等の設置

- 就業規則等における安全管理措置の整備

- 個人デ　タの安全管理に係る取扱規程に従った運用

- 個人データの取扱状況を確認できる手段の整備

- 個人デ　タの取扱状況の点検及び監査体制の整備と実施

- 漏えい事案等に対応する体制の整備

(人的安全管理措置)

- 従業者との個人デ　タの非開示契約等の締結

- 従業者の役割・責任等の明確化

- 従業者への安全管理措置の周知徹底・教育及び訓練

- 従業者による個人データ管理手続の順守状況の確認

(物理的安全管理措置)

- 個人デ　タの取扱区域等の管理

- 機器及び電子媒体等の盗難等の防止

- 電子媒体等を持ち運ぶ場合の漏えい等の防止

- 個人データの削除及び機器、電子媒体等の廃棄

(技術的安全管理措置)

- 個人デ　タ利用者の識別・認証

- 個人データの管理区分の設定およびアクセス制御

- 個人デ　タへのアクセス権限の管理

- 個人データの漏洩・毀損等の防止策

- 個人デ　タへのアクセスの記録及び分析

- 個人データを取り扱う情報システムの稼働状況の記録及び分析

- 個人デ　タを取り扱う情報システムの監視及び監査

- 外部からの不正アクセス等の防止

(外的環境の把握)

- 個人デ　タを保管している外国における個人情報の保護に関する制度を把握した上で安全管理措置を実施

JPMorgan Securities Japan Co., Ltd.

JPMorgan Chase Bank, N.A., Tokyo Branch

JPMorgan Asset Management (Japan) Limited

J.P. Morgan Mansart Management Japan Co., Ltd.

JPMorgan Securities Japan Co., Ltd., JPMorgan Chase Bank, N.A., Tokyo Branch, JPMorgan Asset Management (Japan) Limited and J.P. Morgan Mansart Management Japan Co., Ltd. (hereinafter collectively referred to as the "Companies") will handle personal information of job candidates obtained in the course of recruiting activities (hereinafter referred to as "Candidate Information") in accordance with the Personal Information Protect Act and other relevant laws, the guideline of Personal Information Protection Commission and the competent governmental authorities, and the policies of the authorized personal information protection organizations (hereinafter collectively referred to as the " Personal Information Protect Act, etc.") as follows.

When a candidate applies to the Companies, it shall be deemed for the candidate to have consented that the Companies collect the candidate's Special Care required Personal Information defined under Personal Information Protect Act.

1. Purpose of use: The Companies will use Candidate Information obtained in the course of recruiting activities only for the purposes of screening and decision making for hiring or personnel management after employment and will never use such information for any other purpose, except for the case where the candidate's consent has been obtained and cases handled as exceptions under Personal Information Protect Act, etc. The Companies may share Candidate Information among members of the JPMorgan Chase & Co. family of companies (hereinafter referred to as the "J.P. Morgan") or service providers (they must safeguard Candidate Information) that may be located in Japan or overseas. For details of such joint use, please see the appendix1 titled "Joint Use of Personal Data of Candidate ". Although the data protection laws of these countries may be less stringent than those in Japan, the Companies will take appropriate steps to ensure Candidate Information is handled at J.P. Morgan and service providers as described in this Privacy Policy. J.P. Morgan may disclose Candidate Information with respect to myself to (i) a court, an investigating authority or a governmental agency in Japan or overseas (the "Authority"), (ii) a supervisory authority or self-regulatory organization of the Companies (the "Supervisor"), or (iii) the Companies' legal advisor or other professionals, in cases where the Authority legally orders, or the Supervisor requires, the Companies to disclose Candidate Information.

2. Management of personal information: The Companies will endeavor to keep Candidate Information accurate and updated. Also, the Companies will take necessary and appropriate security management measures and supervise their respective officers and employees in order to prevent leaks of Candidate Information. The Companies will not provide any Candidate Information to a third party without prior consent of the candidate, except for the case stated in the above 1. The Companies will not use or provide Special Care required Personal Information and information regarding membership of a labor union, lineage, domicile of origin, healthcare, or sexual orientation for purpose other than the appropriate business operation or other necessary matters (excluding cases in which Special Care required Personal Information is being open to the public by a principal, a government organization, a local government, a person set forth in each item of Article 57, paragraph (1) of Personal Information Protect Act or in each item of Article 6 of the Enforcement Rules for the Act on the Protection of Personal Information, and cases in which seemingly-clear Special Care required Personal Information is acquired by visual observation, filming or photographing of a principal). For security management measures the Companies take, please see the appendix2 titled "Security Management Measures ".

3. Request for disclosure, etc.: Upon receipt of a request for disclosure, etc. of Candidate Information or a question or complaint in relation to Candidate Information, the Companies will endeavor to make an appropriate and prompt response. The Companies may check the identity of any person making a request for disclosure, etc. and request such person to submit a written request in a prescribed form. For a request form and other relevant matters, please send an e-mail message to the contact office of the Human Resources Department.

Please note that screening criteria and evaluation in screening for employment will not be disclosed.

**Contact**

Contact Office of the Human Resources Department

Date Filed 4/28/2025 3:47 PM
Superior Court Suffolk
Docket Number

Case 1:25-cv-11751-REM    Document 14    Filed 06/25/25    Page 73 of 118
5 Section 9 Recruitment Project Team of JP Morgan Human Resources Department

E-mail: recruit.japan@jpmorgan.com

Address: Tokyo Building, 7-3, Marunouchi 2-chome, Chiyoda-ku, Tokyo, 100-6432

Local Japan Phone Number: 03-6736-1111 (main number)

Reception hours: 9:00 - 17:00 (Monday through Friday excluding year-end and New Year holidays (December 31 to January 3) and public holidays)

1. Persons who are responsible for handling Candidate Information

- JPMorgan Chase Bank, N.A.

- JPMorgan Securities Japan Co., Ltd.

- JPMorgan Asset Management (Japan) Limited

- J.P. Morgan Mansart Management Japan Co., Ltd.

For address and representative, please see our website.

https://www.jpmorgan.co.jp/ja/about-us

Appendix1

Joint Use of Personal Data of Candidate

J.P. Morgan will jointly use Personal Data of Candidate as follows, to the extent permissible under applicable laws and for the purposes described below:

(1)      Items of Personal Data to be jointly used

Name, start date at J.P. Morgan, gender, date of birth, assigned department/section, position/role, address, telephone number, e-mail address, personal history, degree or diploma, licensing status, performance evaluation, salaries and bonuses, nationality, visa status, criminal history, litigation record, health check results, insured status, disability conditions, family information (including name, gender, date of birth, relationship with the officer or employee, living together or not, and employment status), and any other information necessary to achieve the purposes of joint use listed below

(2)      Scope of the persons who jointly use the Personal Data

Companies belonging to J.P. Morgan Chase group, the ultimate holding company of which is JPMorgan Chase & Co.

(3)      Purposes for the joint use of Personal Data

- To manage human resources

To comprehensively as group companies manage risks such as legal, compliance, and management risks, and other internal control matters

(4)      Persons who are responsible for handling the Personal Data to be jointly used

- JPMorgan Chase Bank, N.A.

- JPMorgan Securities Japan Co., Ltd.

- JPMorgan Asset Management (Japan) Limited

- J.P. Morgan Mansart Management Japan Co., Ltd.

For address and representative, please see our website.

https://www.jpmorgan.co.jp/ja/about-us

Appendix2

Security Management Measures

The Companies take the following security management measures to prevent leakage etc. of Candidate Information.

(Development of Basic Policies)

- Developing basic policies related to compliance with the relevant laws and guidelines and contacts for inquires and complaints

(Development of Handling Rules)

- Developing handling rules stipulating handling method, responsible persons and responsibilities at each stage of collection, use, storage, provision and deletion of Personal Data

(Organizational Safety Management Measures)

- Appointing data protection managers who are responsible to protect personal information

- Establishing safety management measures in the rules of employment

- Processing personal information in accordance with the rules pertaining to the safety management of personal data

- Establishing methods to be able to check and confirm the status of personal data

- Establishing framework to check and audit the status of processing personal data, and implementing the check and audit

- Establishing framework to respond to personal information leakage and other data privacy incidents

(Personnel Safety Management Measures)

- Executing non disclosure agreements for personal data and other agreements with employees

Making sure employees understand safety management measures thoroughly and providing educational training in safety management measures to employees

- Confirming if employees are in compliance with the policy and procedures established for processing personal data

(Physical Safety Management Measures)

- Managing areas for managing/processing of personal data
- Preventing theft etc. of equipment and portable media devices
- Preventing leakage etc. of personal data when carrying portable media devices etc.
- Deleting personal data and disposing equipment and portable media devices etc. storing personal data

(Technical Safety Management Measures)

- Identifying and authenticating users of personal data
- Classifying personal data and managing access control
- Managing access rights to Personal Data
- Prevention of leakage etc. of Personal Data
- Record and analyze access to Personal Data
- Record and analyze the operational status for systems handling Personal Data
- Surveillance and auditing for systems handling Personal Data

(Understanding of External Environment)

- Understanding the system related to personal information protection in the countries where Personal Data is stored and taking security management measures

## EMEA (excluding Luxembourg & Turkey) Terms & Conditions

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorisations for the transfers will be obtained from the relevant authorities.

If you reside and have an application history outside the United States, and would like your profile removed, please click here. Enter your e mail address for the profile you would like us to deactivate. Submitting a request will authorize JPMorgan to remove your profile from our database. JP Morgan reserves the right to retain any profile in accordance with applicable laws and regulations.

This Cookies Policy belongs to JPMorgan Chase Bank, National Association and its affiliates and governs our use of cookies and similar technologies for storing information. This Cookies Policy explains how we use cookies and similar

Date Filed  when you visit our website. By enabling you to use this website you indicate that you have read and understand the details of this policy in full and understand its terms before you can commence using the site.

## 1. What are Cookies?

A cookie is a text-only string of information that a website transfers to the cookie file of the browser on your computer's hard disk so that the website can recognise you when you revisit and remember certain information about you. This can include which pages you have visited, choices you have made from menus, any specific information you have entered into forms and the time and date of your visit.

## 2. Types of Cookies

There are two main types of cookies:

- Session cookies: these are temporary cookies that expire at the end of a browser session; that is, when you leave the site. Session cookies allow the website to recognise you as you navigate between pages during a single browser session and allow you to use the website most efficiently. For example, session cookies enable a website to remember that a user has placed items in an online shopping basket.

- Persistent cookies: in contrast to session cookies, persistent cookies are stored on your equipment between browsing sessions until expiry or deletion. They therefore enable the website to "recognise" you on your return remember your preferences and tailor services to you.

In addition to session cookies and persistent cookies, there may be other cookies which are set by the website which you have chosen to visit, such as this website, in order to provide us or third parties with information.

## 3. Our use of Cookies

We currently use session cookies on this website to help us maintain security and verify your details whilst you use the website as you navigate from page to page, which enables you to avoid having to re-enter your details each time you enter a new page.

Many cookies are designed to give you optimal usage of the web. For example, we use cookies to enable you to improve your user experience when using our website, e.g. a cookie which recognises if your browser supports specific technology features. This helps, for example, in enabling web pages to be loaded more quickly when you request the download of a large file.

Some of our cookies may collect and store your personal information, such as your name or email address. We are committed to respecting and protecting your privacy and will ensure that all personal information collected by us is kept and treated in accordance with our privacy policy available at http://www.jpmorgan.com.

## 4. Refusing Cookies on this Site

Most browsers are initially set to accept cookies. However, you have the ability to disable cookies if you wish, generally through changing your internet software browsing settings. It may also be possible to configure your browser settings to enable acceptance of specific cookies or to notify you each time a new cookie is about to be stored on your computer enabling you to decide whether to accept or reject the cookie. To manage your use of cookies there are various resources available to you, for example the "Help" section on your browser may assist you. You can also disable or delete the stored data used by technology similar to cookies, such as Local Shared Objects or Flash cookies, by managing your browser's "add-on settings" or visiting the website of its manufacturer. As our cookies allow you to access some of our website's essential features we recommend that you leave cookies enabled, otherwise, if cookies are disabled, it may mean that you experience reduced functionality or will be prevented from using this site altogether.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

According to local legislation you are required to submit your CV to the following mailbox "career.russia@jpmorgan.com" prior to application process completion.

## Korea Terms & Conditions

### Recruitment Privacy Policy (Korea)

Please ensure you read this statement before proceeding with your application. By continuing, you agree to the use of your personal information in this way.

JPMorgan (meaning all subsidiaries of JPMorgan Chase & Co) is committed to maintaining applicant personal information in accordance with the requirements of all applicable privacy legislation and will take all reasonable steps to ensure that applicants' personal information is kept secure against unauthorised loss, disclosure or destruction.

\*\*\*

IF YOU ARE A CANDIDATE APPLYING FROM KOREA FOR A POSITION WITH J.P. MORGAN INSIDE OR OUTSIDE OF KOREA, PLEASE ENSURE THAT YOU READ THIS STATEMENT BEFORE PROCEEDING:

Any personal information you submit from Korea through this J.P. Morgan website would be deemed to have been directed to and collected from outside of Korea. As a result, such information would not be subject to protection under the Protection of Personal Information Act of Korea ("PIPA") and/or the Credit Information Act of Korea ("CIA"). If you are uncomfortable about this, please do not proceed with this application. If you are applying for a position with J.P. Morgan in Korea, your personal information collected from outside of Korea may be subsequently provided to (1) JPMorgan Chase Bank, N.A., Seoul Branch, (2) J.P. Morgan Securities (Far East) Limited, Seoul Branch and/or (3) JPMorgan Asset Management (Korea) Company Limited. Any of these entities in Korea may then contact you directly for further information or to arrange a job interview, at which time you will be asked to provide a separate consent pursuant to PIPA and/or CIA. The term "J.P. Morgan" when used below in the context of your submission and our collection of your personal information through this J.P. Morgan website shall specifically exclude all three J.P. Morgan entities in Korea identified above, notwithstanding anything contained herein to the contrary.

\*\*\*

If you submit an application form or curriculum vitae to J.P. Morgan for the purpose of applying for employment you will be deemed to have consented to your personal information, including any sensitive personal information, being processed by J.P. Morgan for the following purposes;

(a) Recruitment for all vacancies at J.P. Morgan

(b) Internal reporting and statistical analysis; and

Unless otherwise indicated, the personal information you supply is necessary to enable J.P. Morgan to fulfill these purposes and without this information we may not be able to process your application. When you complete and submit an application on the J.P. Morgan website, the information including any file you attach, is submitted securely. However, if you send an email to J.P. Morgan at any time over the internet, it may be possible for others to view this information. J.P. Morgan accepts no liability arising from personal information being submitted electronically.

employees for all purposes relating to your recruitment. We may also share your personal information with our agents or service providers for the purposes described above. Your personal information will be held in confidence and not passed to any company, other than as already indicated, without your permission or unless we are required to do so by law.

If you wish you may have a copy of the personal information held on you by J.P. Morgan, please contact Human Resources to request your information.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## United States Terms & Conditions

By completing this profile you can receive e mail notification for job openings which may match your criteria.

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes and supports the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorizations for the transfers will be obtained from the relevant authorities.

As a condition of employment, you will need to prove your work authorization for the US by the completion of the I-9 form. In addition, JPMorgan Chase participates in the EVerify program which provides both the Social Security Administration (SSA) and the Department of Homeland Security (DHS) with information from the I-9 to confirm identity and work authorization.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## Luxembourg Terms & Conditions

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes and supports the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorisations for the transfers will be obtained from the relevant authorities.

If you reside and have an application history outside the United States, and would like your profile removed, please click here. Enter your e-mail address for the profile you would like us to deactivate. Submitting a request will authorize

Date Filed 06/08/2025 Remove your profile from our database. JP Morgan reserves the right to retain any profile in accordance with Superior Court applicable laws and regulations.
Docket Number

This Cookies Policy belongs to JPMorgan Chase Bank, National Association and its affiliates and governs our use of cookies and similar technologies for storing information. This Cookies Policy explains how we use cookies and similar technologies when you visit our website. To enable you to use this website you must indicate that you have read and accepted the details of this policy in full and understand its terms before you can commence using the site.

1. What are Cookies?

A cookie is a text only string of information that a website transfers to the cookie file of the browser on your computer's hard disk so that the website can recognise you when you revisit and remember certain information about you. This can include which pages you have visited, choices you have made from menus, any specific information you have entered into forms and the time and date of your visit.

2. Types of Cookies

There are two main types of cookies:

• Session cookies: these are temporary cookies that expire at the end of a browser session; that is, when you leave the site. Session cookies allow the website to recognise you as you navigate between pages during a single browser session and allow you to use the website most efficiently. For example, session cookies enable a website to remember that a user has placed items in an online shopping basket.

• Persistent cookies: in contrast to session cookies, persistent cookies are stored on your equipment between browsing sessions until expiry or deletion. They therefore enable the website to "recognise" you on your return remember your preferences and tailor services to you.

In addition to session cookies and persistent cookies, there may be other cookies which are set by the website which you have chosen to visit, such as this website, in order to provide us or third parties with information.

3. Our use of Cookies

We currently use session cookies on this website to help us maintain security and verify your details whilst you use the website as you navigate from page to page, which enables you to avoid having to re-enter your details each time you enter a new page.

Many cookies are designed to give you optimal usage of the web. For example, we use cookies to enable you to improve your user experience when using our website, e.g. a cookie which recognises if your browser supports specific technology features. This helps, for example, in enabling web pages to be loaded more quickly when you request the download of a large file.

Some of our cookies may collect and store your personal information, such as your name or email address. We are committed to respecting and protecting your privacy and will ensure that all personal information collected by us is kept and treated in accordance with our privacy policy available at http://www.jpmorgan.com.

4. Refusing Cookies on this Site

Most browsers are initially set to accept cookies. However, you have the ability to disable cookies if you wish, generally through changing your internet software browsing settings. It may also be possible to configure your browser settings to enable acceptance of specific cookies or to notify you each time a new cookie is about to be stored on your computer enabling you to decide whether to accept or reject the cookie. To manage your use of cookies there are various resources available to you, for example the "Help" section on your browser may assist you. You can also disable or delete the stored data used by technology similar to cookies, such as Local Shared Objects or Flash cookies, by managing your browser's "add-on settings" or visiting the website of its manufacturer. As our cookies allow you to access some of our website's

By submitting your information to JPMBL through this website, you are giving your explicit consent to the transfer of your data to JPMC locations or third party providers located outside of Luxembourg. Data transferred outside of Luxembourg will be utilized for logistic purposes such as interview scheduling, traveling arrangements, invoice reimbursements and offer administrations.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## LATAM & Canada (excluding Mexico) Terms & Conditions

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes and supports the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorisations for the transfers will be obtained from the relevant authorities.

If you reside and have an application history outside the United States, and would like your profile removed, please click here. Enter your JobConnect user name and e mail address for the profile you would like us to deactivate. Clicking the 'Submit' button will authorize JPMorgan Chase to remove your profile from our database. JPMorgan Chase reserves the right to retain any profile in accordance with applicable laws and regulations.

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## Mexico Terms & Conditions

JPMorgan Chase will ask candidates to provide personal information in order to administer our recruitment processes and for the purposes of planning and monitoring our recruitment campaigns. This information may be held in electronic databases or hard copy form in files and is controlled by our staff. JPMorgan Chase will only hold such information as is necessary to conduct its operations. JPMorgan Chase recognizes and supports the privacy interests of employees and others in the handling of individual data collected by JPMorgan Chase through the recruitment process. Therefore, candidates should be aware that the necessary security measures are in place to safeguard the confidentiality of the data.

As JPMorgan Chase is a global business, any personal information may need to be transferred between locations around the world. From time to time the Firm may also need to transfer to or share information with third parties, such as legal and regulatory authorities, professional advisors (e.g., auditors, lawyers, etc.) and third party service providers. In these circumstances, appropriate measures will be put in place to ensure the protection of candidate's personal data and, where required, the necessary authorisations for the transfers will be obtained from the relevant authorities.

Group results and have an application history outside the United States, and would like your profile removed, please click Enter your JobConnect user name and e mail address for the profile you would like us to deactivate. Clicking the 'Submit' button will authorize JPMorgan Chase to remove your profile from our database. JPMorgan Chase reserves the right to retain any profile in accordance with applicable laws and regulations.

To learn more about your data privacy, click the link below:

https://www.jpmorgan.com/country/mx/es/disclosures

For employment prospects, candidates and applicants in the EEA, this link will provide our privacy notice: JPMorgan Chase Employment and Workforce Related Privacy Notice.

## Turkey Terms & Conditions

### Turkey Recruitment Statement

JPMorgan Chase işe alım aktivitelerinde yer almak için kişisel bilgilerimizi paylaşmamız gerekmektedir. Açıklamada öngörüldüğü üzere, JPMorgan Chase Bank National Association ve İstanbul Şubesi (JPMorgan Chase) kişisel bilgilerinizi toplayabilir, işleyebilir, kullanabilir ve kamuya açıklayabilir. JPMorgan Case her durumda söz konusu kişisel bilgileri, 6698 sayılı Kişisel Verilerin Korunması Kanunu'na ("Kanun") uygun olarak, ölçülü ve işleme amacı ile uyumlu olarak işlemektedir.

JPMorgan Chase kişisel bilgilerinizi başvurunuz kapsamında paylaştığınız bilgiler yoluyla doğrudan sizden veya herkesin erişimine açık kaynaklardan ya da üçüncü kişilerden otomatik veya bir veri kayıt sisteminin parçası olacak şekilde otomatik olmayan yollarla toplayabilir. Bu uygulama üzerinden JPMorgan Chase'e gönderdiğiniz kimlik, iletişim, özgeçmiş/CV kapsamında yer alan bilgiler ve profesyonel deneyiminize ilişkin bilgiler, JPMorgan Chase bünyesindeki boş pozisyonlar için değerlendirilecek, işe alım süreçlerinde planlama, gözetleme amaçlarıyla saklanarak, iç raporlama ve istatistik analiz ve gerekli yasal ve düzenleyici faaliyetler amacıyla kullanılacaktır. JPMorgan Chase kişisel bilgilerinizi açık rızanızın bulunması, sizin tarafınızdan alenileştirilmesi, tarafınızla sözleşme akdedilmesi, JPMorgan'ın yasal yükümlülüklerizin yerine getirilmesi veya üstün meşru menfaatleri için zorunlu olması nedeniyle işler.

JPMorgan Chase, ilgili mevzuat uyarınca kişisel bilgilerinizi koruyarak, bilgilerinizin izinsiz kullanılması, kaybolması, ifşa veya tahribata karşı güvende tutulması için uygun tedbirleri alacaktır. JPMorgan Chase bilgilerinizi, uygun yasal sınırlama süresine, muhafaza gereksinimlerine ve geçerli işletme gereksinimlerine bağlı olarak elinde tutacaktır. JPMorgan Chase tarafından daha fazla gerek duyulmayan bilgilerin güvenli bir şekilde imha edilmesi için, her türlü özen gösterilecektir.

JPMorgan Chase global bir işletme olduğu için, işlenen herhangi bir kişisel bilgi dünya çapındaki JPMorgan Chase birimleri arasında transfer edilebilir. Örneğin; ilgili kontaklar veya servis sağlayıcılarının veya JPMorgan Chase ve iştiraklerinin dünyanın başka bir yerinde olması durumunda, kişisel bilgilerinizi transfer edebilir. Ayrıca, iş başvuru süreçleri/görüşmelerinin işbu platform veya Zoom Meetings gibi sunucuları yurt dışında bulunan çevrimiçi araçlar vasıtasıyla yürütülecek olması nedeniyle, kişisel verilerinizin doğrudan yurtdışına iletilmiş olacağını belirtmek isteriz. Söz konusu aktarımlar, Kanun'a uygun olarak gerçekleştirilmektedir.

Bu koşullar altında, dünyanın neresinde olursa olsun kişisel bilgilerinizin korunması için uygun tedbirler alınacaktır.

Bilgileriniz hakkında veya erişim, düzeltme ve itiraz haklarınızı ve Kanun'un 11. maddesinde yer alan diğer haklarınızı kullanmak adına herhangi bir sorunuz olursa bizimle ( HR.Istanbul@jpmorgan.com ) iletişime geçebilirsiniz:

profilinizin kaldırılmasını istiyorsanız, lütfen tıklayınız. Devre dışı bırakmak istediğiniz profili için JobConnect kullanıcı adınızı ve e-mail adresinizi giriniz. Profilinizi veritabanımızdan kaldırmak için "Submit" butonuna tıklamanız yeterlidir. JPMorgan Chase herhangi bir profili ilgili mevzuat ve düzenlemeler doğrultusunda saklama hakkını elinde tutar.


Gizlilik Koşulları ile ilgili değişiklikler bu sayfada paylaşılacak ve değişiklikler önceden bilgi verilmeden yapılabilecektir. Bilgi edinmenizi önemle rica ederiz.


(Bu Çerezler Politikası JPMorgan Chase Bank, National Association ve iştiraklerine aittir. Bu Çerezler Politikası web sitemizi ziyaret ettiğiniz zaman çerezleri ve benzer teknolojileri nasıl kullandığımızı açıklar. Web sitemizi kullanabilmek için bu politikanın detaylarını tamamen okuduğunuzu ve anladığınızı siteyi kullanmaya başlarken işaretlemeniz gerekmektir.)


## 1. **Çerezler Nedir?**


Çerez; bir web sitenin, bilginin salt metin dizilimini tarayıcının bilgisayarınızın hard diskindeki çerez dosyasına transfer etmesi ve böylece web sitenin siteyi yeniden ziyaret ettiğinizde sizi tanımasını ve belirli bilgilerinizi hatırlamasını sağlar.


## 2. **Çerezlerin Çeşitleri**


Çerezlerin iki ana çeşidi vardır:

• Oturum Çerezleri: Bunlar bir tarayıcı oturumunun sonunda süresi dolan (siteden ayrıldığınız zaman) geçici çerezlerdir. Oturum çerezleri, web sitenin yalnız bir tarayıcı oturumu süresince sayfalar arasında gidip geldiğinizde sizi tanımasına izin verir ve siteyi en etkili şekilde kullanmanıza yardımcı olur. Örneğin; oturum çerezleri, bir kullanıcının online alışveriş sepetine koyduğu ürünleri web sitenin hatırlamasını sağlar.


• Kalıcı Çerezler: Oturum çerezlerinin tersine, kalıcı çerezler süresi dolana kadar veya silinene kadar donanımız üzerinde tarayıcı oturumlarınız arasında depolanır. Bu sebeple, web sitenin, yeniden erişim sağladığınızda sizi tanımasını, tercihlerinizi ve size özel servisleri hatırlamasını sağlar.


Oturum çerezleri ve kalıcı çerezlere ek olarak, bize veya üçüncü şahıslara bilgi sağlamak için site tarafından, farklı çerezler de kullanılabilir.


## 3. **Kullandığımız Çerezler**


Oturum çerezleri siz sayfadan sayfaya geçerek web sitemizi kullanırken, güvenliği sağlamada ve detaylarınızı onaylamada yardımcı olur, ayrıca sitemizdeki yeni bir sayfaya her girişinizde detaylarınızın hatırlanmasını ve bilgilerinizi tekrar girmenizin gerekmemesini sağlar.
Birçok çerez size sitenin en uygun kullanımını sağlayabilmek için tasarlanmıştır. Sitemizi kullanırken kullanıcı deneyiminizi geliştirebilmeniz için çerezleri kullanırız; eğer tarayıcınız belirli bir teknolojik özellik destekliyorsa, bir çerez bunu fark eder, örneğin, siz büyük bir dosyayı yüklemek istediğinizde daha hızlı yüklenmesini sağlar. Bazı çerezler isminiz veya email adresiniz gibi kişisel bilgilerinizi toplayabilir ve depolayabilir. Sizi temin ederiz ki, tarafımızca toplanan bütün kişisel bilgilerinizin gizliliğine saygı duyulacaktır. Bu bilgiler korunacak, http://www.jpmorgan.com 'da yer alan gizlilik politikamıza uygun şekilde işlenecektir.


## 4. **Sitedeki Çerezleri Reddetme**


Çoğu tarayıcı öncelikli olarak çerezlerin kabul edilmesi durumuna ayarlanmıştır. Bununla birlikte, eğer isterseniz internet tarayıcı yazılım ayarlarınızı değiştirerek çerezleri devre dışı bırakabilirsiniz. Ya da belirli çerezleri kabul etmesi veya bilgisayarınıza depolanacak her yeni bir çerezi kabul etmeniz ya da reddetmeniz için sizi uyarması adına tarayıcı ayarlarınızı yapılandırabilirsiniz. Çerez ayarlarınızı yönetmek için birçok kaynak bulunmaktadır,

Date Filed ... Case ... Yaydın 7 bölümünü kullanabilirsiniz. Ayrı ... benzer olarak kullanılan "Yerel
Superior ... Paylaşılan Nesne (Local Shared Objects) veya Flash" çerezleri gibi data depolama teknolojilerini de tarayıcınızın
Docket Number ...

"Eklenti" ayarlarını yöneterek veya üretici web sitesini ziyaret ederek devre dışı bırakabilir veya silebilirsiniz. Web
sitemizin bazı temel niteliklerine erişiminize izin verdiği için sitemizdeki çerezleri devreye sokmanızı öneririz; eğer
çerezler devre dışı ise, bu durum fonksiyonları kullanımınızın kısıtlanması veya site kullanımınızın tümüyle
engellenmesi anlamına gelebilir.

## Turkey Recruitment Statement

In order to participate in JPMorgan Chase's recruitment process, you must share your personal information with
JPMorgan Chase. JPMorgan Chase Bank National Association and its Istanbul Branch (JPMorgan Chase) may
collect, process or use your personal data or disclose them to the public. In any case, JPMorgan Case processes
your personal data in accordance with the Law No. 6698 on Personal Data Protection ("Law"), relevant and
limited to the purposes of processing.

JPMorgan Chase may collect your personal information directly from you by way of your submission as part of
your application or from publicly available sources and third parties through automated and non-automated
means where it is part of a filing system. Information you submitted to JPMorgan Chase through this application
such as information on your identity, contact details, information within your resume/CV and on your
professional experience will be evaluated for the available positions within JPMorgan Chase and will be retained
for planning and monitoring purposes during recruitment process and will be used for the purposes of internal
reporting and statistical analysis as well as necessary legal and regulatory activities. JPMorgan Chase may
process your personal information based on your explicit consent, because it is made public by you or the
processing is necessary for execution of your employment contract, compliance with legal obligations or
prevailing legitimate interests of JPMorgan Chase.

JPMorgan Chase, by protecting your personal information according to relevant legislation, will take appropriate
measures to keep your personal data safe from unauthorized usage, loss, disclosure or destruction. JPMorgan
Chase will retain your information in line with the appropriate legal limitation periods, applicable processing
requirements and retention requirements. JPMorgan Chase will use its best efforts to securely destroy the data
which are no longer required by JPMorgan Chase.

Since JPMorgan Chase is a global company, any personal information processed may be transferred between the
JPMorgan Chase departments around the world. For example, your personal information may be transferred if
the relevant contacts or service providers or JPMorgan or its subsidiaries are located in another country. Further,
your personal data would be directly transferred abroad as part of the recruitment process/interviews conducted
over online tools, such as this platform or Zoom Meetings, as their servers are located outside of Turkey. Such
transfers are carried out in accordance with the Law.

Under these conditions, regardless of the location your data is transferred to, appropriate measures will be taken
to protect your personal information.

You can contact us ( HR.istanbul@jpmorgan.com ) if you have any questions regarding your personal data or
wish to use your right of access, rectification and objection as well as your other rights under Article 11 of the
Law.

If you want your profile to be removed, please click here. Please enter your JobConnect username and e-mail
address for the profile you wish to deactivate. You can click "Submit" button to remove your profile from our
database. JPMorgan reserves the right to keep any profile in accordance with the relevant laws and regulations.

The Privacy Terms and relevant changes to these terms will be published on this page and these changes can be
made without prior notice. We kindly ask you to review our Privacy Terms.

(This Cookie Policy belongs to JPMorgan Chase Bank, National Association and its subsidiaries. This Cookie Policy
explains how we use cookies and similar technologies when you visit our website. In order to use our website,
you have to check the box below and confirm that you have read and understood all the details in this policy

## 1. What Are Cookies?

Cookie allows a website to transfer the text files containing information to the cookie file in your computer's hard drive, so that this website can recognize you and remember your certain information when you re-visit the website.

## 2. Cookie Types

There are two main type of cookies:

- Session Cookies: These are temporary cookies which expire at the end of a browser session (i.e. when you leave the website). Session cookies allows a website to recognize you while you navigate to different pages during only one browser session and helps you to use the website effectively. For example, session cookies allows the website to remember the products a user put in her/his online shopping cart.

- Persistent cookies: Contrary to the session cookies, persistent cookies are stored in your device and between your browser sessions until they expire or are deleted. For this reason, these cookies allow the website to remember you, your preferences and personalized services when you re-access the website

In addition to the session cookies and persistent cookies, different cookies may be used by the website in order to provide information to us or third parties.

## 3. Cookies We Use

Session cookies help you to use our website when you navigate through pages and help us to provide security and confirm your information. In addition, these cookies allow the website to remember your information every time you visit the website, so that you won't have to enter your information again. Many cookies are designed to provide you with the most appropriate use of the website. We use cookies to improve your user experience when you use our website. If your browser supports a certain technological feature, the cookies notices such technology, for example, it will load faster when you want to upload a large file.
Some cookies may collect and store your personal information such as your name or email address. We assure you that the privacy of all of your personal information we collected will be respected. These information will be protected, and processed according to our privacy policy available at http://www.jpmorgan.com.

## 4. Rejecting Cookies on the Website

Most browsers are initially set to accept the cookies. However, if you prefer, you can disable the cookies by changing the software settings of your internet browser. You can also configure your browser settings to accept certain cookies or to notify you, so that you can accept or reject every new cookie to be stored in your computer. There are many ways to manage your cookies. For example, you can use "Help" section in your browser. You can also disable or delete data storage technologies such as "Local Shared Objects or Flash" cookies by managing your "Extension" settings or visiting the manufacturer's website. We recommend you to enable the cookies on our website as they allow you to access some of the basic features of our website. If the cookies are disabled, this may restrict the use of certain functions or completely block your use of the website.

### 中国人才招聘隐私政策

#### 2024年12月

请确保您在申请摩根大通职位前已阅读本政策及《摩根大通雇员隐私声明》（*JPMorgan Chase Employment and Workforce Related Privacy Notice*，简称"隐私声明"）。继续申请摩根大通职位则意味着您确认您已阅读并理解上述内容，并同意我们按照本政策和隐私声明所述以及在收集时向您解释之目的来收集、使用、披露、对外提供或以其他方式处理您的个人信息。

摩根大通（指摩根大通的全部子公司）致力于根据全部适用隐私法规要求维护申请人的个人信息，并将采取一切合理措施确保申请人个人信息的安全，不被未经授权损失、披露或损坏。

如您在求职期间向摩根大通提交申请表或简历将被视为申请人同意摩根大通出于以下目的处理其个人信息（包括任何敏感个人信息）：

(a) 摩根大通所有空缺职位的招聘工作

(b) 内部报告和统计分析

您提供的个人信息是摩根大通达成上述目的不可或缺的要素，缺少该等信息可能令我们无法处理您的求职申请，另行说明情况除外。您在摩根大通网站上完成并提交申请时，包括您所附任何文件在内的信息将以安全地方式被提交。但是，如果您通过互联网向摩根大通发送电邮，其他人可能会看到相关信息。摩根大通不承担因以电子方式提交的个人信息而产生的任何责任。

作为一家全球性企业，摩根大通可能会出于与实招聘相关之目的而将您的个人信息传输给公司全球其他员工。我们也可能出于上述目的与我们的代理或服务提供商共享您的个人信息。

应适用的法律法规的要求，我们特此向您告知我们向第三方提供您个人信息的有关事项，包括个人信息接收方的名称、联系方式、处理目的、处理方式和个人信息的种类，若涉及跨境数据传输，还包括您向境外个人信息接收方行使有关权利的方式和程序等（具体请见摩根大通中国实体《人才招聘个人信息处理规则告知书》），并特此取得您的单独同意。但您理解根据适用的法律法规，在以下情况下，我们无需取得您的同意而处理您的个人信息：

• 为订立、履行您作为一方当事人的合同所必需，或者按照依法制定的劳动规章制度和依法签订的集体合同实施人力资源管理所必需；

• 公司履行法定职责或法定义务所必需；

• 所涉及的个人信息是您自行公开的，或者是通过其他合法公开渠道取得的，如新闻报道或政府信息公开等；

• 为应对突发公共卫生事件，或者紧急情况下为保护您的生命健康和财产安全所必需；和

• 适用的法律法规规定的其他情况。

我们会遵循适用的法律法规要求的告知时限与更新方式(如有)，并通过提供《人才招聘个人信息处理规则告知书》更新版本或通过向您发出通知的方式，就我们向第一方提供您个人信息的有关事项的更新情况及时向您进行告知。您应当定期查阅相关页面以了解我们依据本条可能作出的不时变更。若您对该等处理或后续更新的内容有任何疑问，请与我们联系；若您继续申请摩根大通职位相关事宜，即视为同意接受该等更新。

如您提供的个人信息涉及任何第一方人士，您承诺在提供该等信息前，已按照适用数据保护法律的要求，从该等所有第一方人士获取充分有效的同意（包括根据适用法律的要求所取得的单独同意和/或书面同意）并将本政策、隐私声明、摩根大通中国实体《人才招聘个人信息处理规则告知书》，或么司对外告知的其他规则或声明，以及我们提供的与个人信息的收集、使用、处理、存储、披露、对外提供等有关的所有通知、规则或其他信息（包括其后续的任何更新）告知相关第三方人士。且您同意，当我们要求时，将向我们提供从上述相关每一位第一方人士处获取的该等同意书及已经向其履行告知义务的证明材料。

我们将对您的个人信息保密，未经您的许可我们不会将您的个人信息转移给任何公司，除非已明确规定或按照法律规定我们有义务转移相关信息。

如您有意获得摩根大通所持您个人信息的副本，在遵守适用的法律法规的前提下，我们可向您提供并可能会在处理相应申请时收取一定费用。索取相关信息，敬请联系摩根大通人力资源部 HR.Data.Privacy@JPMorgan.com。

**人才招聘个人信息处理规则告知书**

本《人才招聘个人信息处理规则告知书》（"本告知书"）适用于申请以下摩根大通中国实体（包括其所有分支机构和子公司，单独或共同称为"**摩根大通中国实体**"）职位的情形：

1.  **摩根大通证券（中国）有限公司**

2.  **摩根大通银行（中国）有限公司**

3.  **摩根大通亚洲咨询（北京）有限公司**

4.  **摩根大通投资咨询（北京）有限公司**

5.  **摩根资产管理（中国）有限公司**

6.  **摩根大通期货有限公司**

7.  **香港摩根大通证券（亚太）有限公司北京代表处**

8.  **赛宇聚合信息咨询服务（北京）有限公司**

9.  **摩根基金管理(中国)有限公司**

为确保摩根大通集团的全球统一管理、处理与您对摩根大通集团职位的申请以及为实现《中国人才招聘隐私政策》等相关法律文件（"**相关文件**"）中所述相关目的，您或您提供的任何第三方士（"**第三方士**"）的个人信息可能被传输到摩根大通集团及其供应商所在的境内地区和境外管辖区，或者受到其对这些地区或管辖区的访问。如摩根大通中国实体将您及您提供的任何第三方士的个人信息进行上述传输，我们将遵守适用的中国个人信息保护相关法律法规的规定。如果您向摩根大通中国实体提供的个人信息由我们根据我们与境外个人信息接收方依照中国国家互联网信息办公室届时制定的《个人信息出境标准合同》示范条款签订的协议进行跨境传输，您或第三方士（依实际情况而定）可根据适用的法律法规，享有协议中明确规定的第三方受益人的权利，除非您或第三方士（依实际情况而定）在本告知书发出后三十天内明确拒绝该等权利。您可以通过相关文件中所载明的联系方式联系摩根大通中国实体以行使您的个人信息主体权利，或提出相关建议和意见。

您还可以通过下表查阅具体境内和境外接收方的名称和联系方式、处理目的和方式、处理的个人信息类型以及您行使权利的方式和程序。请您注意，下表可能无法穷尽所有符合情形的个人信息境内或跨境传输，因为它们有可能会时不时被更新或者甚至被替换。摩根大通中国实体会遵循法律法规要求的告知和限与更新方式（如有），并通过在本《人才招聘个人信息处理规则告知书》页面提供更新版本或通过向您发出通知的方式，就上述内容的更新情况及时进行告知。您应当定期查阅相关页面以了解我们依据本条可能作出的不时变更。

除非在本告知书中另行定义，前述相关文件中定义的术语在本告知书使用时具有相同含义。

### 附录1个人信息境内对外提供清单

| 适用于申请以下摩根大通中国实体的职位 | 境内接收方名称 | 联系方式 | 处理目的 | 处理方式 | 个人信息的种类 |
|---|---|---|---|---|---|
| 所有摩根大通中国实体（除摩根大通亚洲咨询（北京）有限公司外） | 摩根大通亚洲咨询（北京）有限公司 | 中国：+8621 52006785 | 招聘相关的评估、筛选及其他流程管理；<br><br>内部报告和统计分析 | 通过服务器传输 | 1. 个人基本信息，如姓名、性别、出生日期、国籍、居住地址、电话、电子邮件、联系方式，家庭关系等<br><br>2. 个人工作和教育信息，如职务、职位、工作单位详情、学历、学位、教育经历、工作经历、培训记录、成绩单、就业详情等<br><br>3. 个人关系信息，如紧急联系人等 |

### 附录2个人信息跨境传输清单

| 境外接收方名称 | 联系方式 | （数据）处理目的 | （数据）处理方式 | 个人信息类别 | 权利行使方式及流程 |
|---|---|---|---|---|---|
| 摩根大通集团（包括母公司和关联公司） | 美国：+1 212 270 6000<br><br>英国：+1 212 270 6000<br><br>香港：+852 | 招聘相关的评估、筛选及其他流程管理；<br><br>内部报告和统计分析 | 通过服务器传输 | 1. 个人基本信息，如姓名、性别、出生日期、国籍、居住地址、电话、电子邮件、联系方式等<br><br>2. 个人工作和教育信息，如职务、职位、工作单位详情、学历、学位、教育经历、工作经历、培训记录、成绩单、就业详情等<br><br>3. 个人关系信息如：紧急联系人等 | 可直接通过列明的联系方式向相应境外接收方行使权利，或您可以通过相关文件中所载明的联系方式联系摩根大通中国实体协助您行使权利。 |

新加坡:
+65 6882
2888

## Recruitment Privacy Policy for China Talents

### December, 2024

Please ensure you read this policy and JPMorgan Chase Employment and Workforce Related Privacy Notice (**"Privacy Notice"**) before proceeding with your job application with JPMorgan. By continuing your job application, you acknowledge that you have read and understood the foregoing content and consent to our collection, use, disclosure, external provision, and otherwise processing of your personal information as set out in this policy and the Privacy Notice and for any purpose disclosed to you at the time of collection.

JPMorgan (meaning all subsidiaries of JPMorgan Chase & Co.) is committed to maintaining applicant personal information in accordance with the requirements of all applicable privacy legislations and will take all reasonable steps to ensure that applicants' personal information is kept secure against unauthorized loss, disclosure or destruction.

If you submit an application form or curriculum vitae to JPMorgan for the purpose of applying for employment, you will be deemed to have consented to your personal information, including any sensitive personal information, being processed by JPMorgan for the following purposes:

(a) Recruitment for all vacancies at JPMorgan

(b) Internal reporting and statistical analysis

Unless otherwise indicated, the personal information that you submit is necessary to enable JPMorgan to fulfill these purposes and without this information we may not be able to process your application. When you complete and submit an application on the JPMorgan website, the information including any file you attach, is submitted securely. However, if you send an email to JPMorgan via the internet, it may be possible for others to view this information. JPMorgan accepts no liability arising from personal information being submitted electronically.

JPMorgan is a global corporation and your personal information held by JPMorgan may be transferred worldwide to our other employees for all purposes relating to your application. We may also share your personal information with our agents or service providers for the purposes described above.

As per required by applicable laws and regulations, we hereby inform you of matters related to our provision of your personal information to third parties, including the name and the contact information of the information recipient, processing purpose, processing method, types of personal information, and in the case of outbound data transfer, the method and procedure for you to exercise relevant rights against the overseas personal information recipients (for details, please refer to JPMorgan China "Notice concerning the Processing of Recruitment Personal Information" and hereby seek your separate consent. However, you acknowledge that according to applicable laws and regulations, we do not need to obtain your consent to process your personal information under the following circumstances:

• where it is necessary for the conclusion or performance of a contract to which you are a party, or for the implementation of human resources management in accordance with the labor rules and policies formulated in accordance with the law and collective contracts concluded in accordance with the law;

• where it is necessary for the Company's performance of statutory duties or statutory obligations;

• the personal information involved is disclosed to the public by yourself, or obtained through other legally public

Date Filed 12/2025 3:47 PM ~~and news reports or government information disclosure~~
Superior Court - Suffolk    Case 1:25-cv-11761-BEM    Document 14    Filed 06/25/25    Page 88 of 118
Docket Number

- where it is necessary for the response to a public health emergency or for the protection of your life, health and property safety in an emergency; and

- other circumstances stipulated by applicable laws and regulations.

In compliance with the notification period and updating method requirements under applicable laws and regulations (if any), we will inform you of the update of the matters relating to our provision of your personal information to third parties in a timely manner in the form of providing an updated version of "Notice concerning the Processing of Recruitment Personal Information" on the website or sending a notice to you. You shall periodically review the relevant website for any changes we may make from time to time in accordance with this clause. Please contact us if you have any questions about the processing or the following updates; by continuing with your application to JPMorgan Chase & Co., you are deemed to agree to accept such updates.

If the personal information you provide involves any third party, you represent and warrant that you have obtained sufficient and valid consent from all such third parties (including separate or written consent to be obtained as required by applicable laws), inform them of this Policy, Privacy Notice, JPMorgan China "Notice concerning the Processing of Recruitment Personal Information", or other URLs or statements that JPMorgan China notifies you from time to time for details), and all notices, rules, or other information (including any subsequent updates) provided by us related to the collection, use, processing, storage, disclosure, external provision, etc. of personal information in accordance with the requirements of applicable laws related to data protection before providing such information. In addition, you agree to provide us the consent forms obtained from each of the above mentioned relevant third parties and the evidence for the fulfillment of such obligations to notify them, upon our request.

Your personal information will be held in confidence by us and not passed to any company, other than as already indicated, without your permission or unless we are required to do so by law.

If you wish you may have a copy of your personal information held by JPMorgan, subject to the applicable laws and regulations, we may charge a fee in processing your request before providing to you. Please contact JPMorgan Human Resources Department via HR.Data.Privacy@JPMorgan.com to request your information.

### Notice concerning the Processing of Recruitment Personal Information

Effective Date: December 2024

This "Notice concerning the Processing of Recruitment Personal Information" (this "Notice") is applicable when applying for positions at the following JPMorgan China entities (including all of their branches and subsidiaries, each a "JPMorgan China Entity", and collectively, "JPMorgan China Entities"):

1. J.P. Morgan Securities (China) Company Limited
2. JPMorgan Chase Bank (China) Company Limited
3. J.P. Morgan Asia Consulting (Beijing) Limited
4. JPMorgan Investment Consulting (Beijing) Limited
5. JPMorgan Asset Management (China) Limited
6. J.P. Morgan Futures Co., Limited
7. J.P. Morgan Securities (Asia Pacific) Limited   Beijing Representative Office
8. Global Shares Beijing Limited
9. JPMorgan Asset Management (China) Company Limited

To ensure the unified global management of JPMorgan Chase & Co. Group, to process your job application to JPMorgan Chase & Co. Group, and to realize the purposes described in *Recruitment Privacy Policy for China Talents* and other relevant legal documents ("**Relevant Documents**"), your personal information or any Third Party Individuals' personal

Date Filed 6/28/2023: Received by you may be transferred to or be accessed from the domestic regions and offshore jurisdictions
Superior Court - JPMorgan Chase & Co. Group and relevant vendors are located. Before transferring your personal information, we
Docket Number: comply with applicable PRC laws and regulations on personal information protection. If the personal information
you provided to a JPMorgan China Entity is being offshored by a JPMorgan China Entity under a contract between the
JPMorgan China Entity and an overseas data recipient by strictly following the model clauses of "PRC Standard Contract
for Personal Information Outbound Transfer" issued by the Cybersecurity Administration of China, you (or the Third Party
Individual, as applicable) may have the rights as a third party beneficiary as explicitly specified under the contract in
accordance with applicable laws and regulations, unless you (or the Third Party Individual, as applicable) explicitly reject
such rights within thirty days after this Notice is provided. You may contact JPMorgan China Entity through the contact
information stated in the Relevant Documents to exercise your rights as the personal information subject, or propose
relevant suggestions and comments.

You may also refer to the table below for the name and contact information of the specific domestic and overseas
recipients, the purposes and methods of processing, the types of personal information processed, and the methods and
procedures for exercising your rights. Kindly note that the following table may not be exhaustive of all eligible domestic
and outbound personal information transfers, as they may be updated or even replaced from time to time. In compliance
with the notification period and updating method requirements under relevant laws and regulations (if any), JPMorgan
China will inform you of the update of the aforementioned contents in a timely manner in the form of providing an
updated "Notice concerning the Processing of Employee Personal Information" or a notice to you. You shall periodically
review relevant websites for any changes we may make from time to time pursuant to this clause.

Unless otherwise defined in this notification, the terms defined in the aforementioned Relevant Documents have the
same meaning used in this notification.

### Appendix I List of Personal Information External Provision

| Applicable When Applying for the Positions at the Following JPMorgan China Entities | Name of the Domestic Recipient | Contact Information | Purposes of Processing | Methods of Processing | Types of Personal Information |
|---|---|---|---|---|---|
| All JPMorgan China Entities (excluding J.P. Morgan Asia Consulting (Beijing) Limited) | J.P. Morgan Asia Consulting (Beijing) Limited | +8621 5200 6785 | Recruitment related assessment, screening and other process management

Internal reporting and statistical analysis | Transfer via server | 1. Basic personal information including: name, gender, date of birth, nationality, residential address, telephone number, email, contact information, family relationship, etc.

2. Personal work and education information, including occupation, position, employers' details, academic qualification, academic degree, education experience, work experience, training record, transcripts, employment details, etc.

3. Personal relationship information, such as emergency contacts, etc. |

### Appendix II List of Personal Information Outbound Transfer

| Name of the Overseas Recipient | Contact Information | Purposes of (Data) Processing | Methods of Processing | Types of Personal Information | Methods and Procedures for Exercising Rights |
|---|---|---|---|---|---|
| JPMorgan Chase & Co. (and its branches and affiliates) | US: +1 212 270 6000 UK: +1 212 270 6000 HK: +852 2800 1000 SGP: +65 6882 2888 | Recruitment-related assessment, screening and other process management;

Internal reporting and statistical analysis | Transfer via server | 1. Basic personal information, including name, gender, date of birth, nationality, residential address, telephone number, email, contact information, family relationship, etc.

2. Personal work and education information, including occupation, position, employers' details, academic qualification, academic degree, education experience, work experience, training record, transcripts, employment details, etc.

3. Personal relationship, such as emergency contacts, etc. | You may exercise your rights directly with the corresponding foreign recipients through the contact information listed, or you may contact J.P. Morgan China Entity through the contact documents listed in the relevant information to assist you in exercising your rights. |

**Privacy & Terms**

**Useful Links**

Privacy & Security

Equal Opportunities

chase.com

Careers at Chase

Terms of Use

Recruitment Scams Warning

jpmorganchase.com

Careers in the Philippines

Cookie Policy

jpmorgan.com

© 2024 JPMorgan Chase & Co. All rights reserved.
JPMorgan Chase & Co. is an equal opportunity employer and affirmative action employer
Disability/Veteran.

GLOBAL / 日本語 /
中文

Date Filed 4/28/2025 3:47 PM
Superior Court - Suffolk
Docket Number

## IMPORT YOUR PROFILE

Information within the application will automatically populate by selecting one of the options below.



Apply with **indeed**

Resume

## PERSONAL DETAILS

Your personal details will be used throughout the application process. Mobile number is preferred.

Title

First Name  *

Middle Name

Last Name  *



Phone Number  *

Country code
+1 (United States)                                              ▾

## ADDRESS

Please enter your home address.

Country

United States                                                    ▾

State

                                                                 ▾

County

                                                                 ▾

City

                                                                 ▾

Postal Code

                                                                 ▾

Address Line 1  *

Address Line 3

Tax District

## APPLICATION QUESTIONS

Please answer the following questions.

Are you at least 18 years of age?  *

For the position you are applying to, are you legally authorized to work in this country? Note: If hired, based upon the work location, you may be required to provide government issued documentation proving your work authorization, on or before your first day of employment.  *

Will you now or in the future require sponsorship for an employment-based visa status?  *

Do you have at least a High School diploma, GED or equivalent?  *

to work flexible hours including 1 weekend day?  *

How much customer service experience do you have?  *

What industry is most of your customer experience from?  *

Do you speak any other languages?  *

## RESUME

Please attach your resume. Cover letter is optional.

**UPLOAD RESUME**

**ADD COVER LETTER**

Link 1

+ Add Another Link

## DISABILITY INFORMATION

JPMorgan Chase considers all qualified applicants for employment, and prohibits employment
discrimination based on race, color, national origin, citizenship status, creed, religion, religious

Date Filed 4/28/2025 3:41 PM
Superior Court - Suffolk
Docket Number

other protected status under applicable law (for example, civil union status, height, weight, arrest record, and status with regard to Public Assistance, to the extent protected under applicable law). This information is requested on a voluntary basis to assist in JPMorgan Chase's compliance with reporting obligations under Federal Equal Employment Opportunity laws and regulations and JPMorgan Chase's affirmative action efforts. This information will not be used in consideration for your employment and refusal to provide the information will not impact your application. Any information you provide will be recorded and maintained in a confidential file, separate from all other records.

## Voluntary Self-Identification of Disability

Form CC-305
OMB Control Number 1250-0005
Expires 04/30/2026
Page 1 of 1

Name:
Employee ID:
    (if applicable)
Date: 4/24/2025

### Why are you being asked to complete this form?

We are a federal contractor or subcontractor. The law requires us to provide equal employment opportunity to qualified people with disabilities. We have a goal of having at least 7% of our workers as people with disabilities. The law says we must measure our progress towards this goal. To do this, we must ask applicants and employees if they have a disability or have ever had one. People can become disabled, so we need to ask this question at least every five years.

Completing this form is voluntary, and we hope that you will choose to do so. Your answer is confidential. No one who makes hiring decisions will see it. Your decision to complete the form and your answer will not harm you in any way. If you want to learn more about the law or this form, visit the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) website at www.dol.gov/ofccp.

### How do you know if you have a disability?

A disability is a condition that substantially limits one or more of your "major life activities." If you have or have ever had such a condition, you are a person with a disability. **Disabilities include, but are not limited to:**

- Alcohol or other substance use disorder (not currently using drugs illegally)
- Autoimmune disorder, for example, lupus, fibromyalgia, rheumatoid arthritis, HIV/AIDS
- Blind or low vision
- Cancer (past or present)
- Cardiovascular or heart disease
- Celiac disease
- Cerebral palsy
- Deaf or serious difficulty hearing
- Diabetes
- Disfigurement, for example, disfigurement caused by burns, wounds, accidents, or congenital disorders

- Epilepsy or other seizure disorder
- Gastrointestinal disorders, for example, Crohn's Disease, irritable bowel syndrome
- Intellectual or developmental disability
- Mental health conditions, for example, depression, bipolar disorder, anxiety disorder, schizophrenia, PTSD
- Missing limbs or partially missing limbs
- Mobility impairment, benefiting from the use of a wheelchair, scooter, walker, leg brace(s) and/or other supports

- Nervous system condition, for example, migraine headaches, Parkinson's disease, multiple sclerosis (MS)
- Neurodivergence, for example, attention-deficit/hyperactivity disorder (ADHD), autism spectrum disorder, dyslexia, dyspraxia, other learning disabilities
- Partial or complete paralysis (any cause)
- Pulmonary or respiratory conditions, for example, tuberculosis, asthma, emphysema
- Short stature (dwarfism)
- Traumatic brain injury

### Please check one of the boxes below:

Yes, I have a disability, or have had one in the past

No, I do not have a disability and have not had one in the past

I do not want to answer

**PUBLIC BURDEN STATEMENT:** According to the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. This survey should take about 5 minutes to complete.

---

**For Employer Use Only**

Employers may modify this section of the form as needed for recordkeeping purposes.
For example:
Job Title:
Date of Hire:

---

## DIVERSITY INFORMATION

Ethnicity

Hispanic or Latino

Select the races you identify with.

Gender

Military Spouse/Domestic Partner

Military Status

## VETERAN INFORMATION

We invite veterans to identify themselves in accordance with federal VEVRAA regulations for affirmative action purposes.  Under VEVRAA, a veteran may be classified as a disabled veteran, recently separated veteran, active duty wartime or campaign badge veteran, or Armed Forces service medal veteran.  Please refer to the website ▸ https://www.dol.gov/agencies/ofccp/veterans/protected veterans ◂ for further information on these classifications.

Veteran Status

I agree to receive marketing communications

## E-SIGNATURE

Date Filed 4/28/2025 3:44 PM
Superior Court - Suffolk
Docket Number

SUBMIT ▸

Date Filed 4/28/2025 3:47 PM
Superior Court - Suffolk
Docket Number

| | CIVIL DOCKET NUMBER (Court Use Only) | **Massachusetts Trial Court** |
|---|---|---|
| **BUSINESS LITIGATION SESSION (BLS) CIVIL ACTION COVER SHEET** | 25 - 1139 | **Suffolk Superior Court Business Litigation Session** |

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| MOZART SAINT CYR, individually and on behalf of all others similarly situated, | **JPMORGAN CHASE & CO.** |
| ATTORNEY NAME, FIRM NAME, ADDRESS, PHONE NUMBER, EMAIL ADDRESS, BOARD OF BAR OVERSEERS (BBO) NUMBER | (IF KNOWN) ATTORNEY NAME, FIRM NAME, ADDRESS, PHONE NUMBER, EMAIL ADDRESS, BBO NUMBER |
| David S. Godkin (BBO#196530) James E. Kruzer (BBO#670827) Birnbaum & Godkin, LLP 1 Marina Park Drive, Suite 1410, Boston, MA 02210 Tel: 617-307-6100 godkin@birnbaumgodkin.com kruzer@birnbaumgodkin.com | |

CASE CATEGORY CODE AND CASE TYPE (SEE INSTRUCTIONS)

BLS Case Category Code: __H-2__      Is this a jury case?: YES ☐  NO ☐

Case Type: Class Action, non-personal injury involving violation of MGL c. 149, § 19B(2) (Defendant's use of lie detector tests for job applicants without notice)

*At the initial Rule 16 Conference, a Special Tracking Order will be created for this case.*

Please provide a detailed statement of the facts and reasons why this case should be accepted into the Business Litigation Session, including the amount in controversy:

Massachusetts law requires that companies soliciting applications for employment include the following language on all Massachusetts job applications: "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability." Mass. Gen. Laws ch. 149, § 19B(2)(b).

Defendant does not include this statutorily-required language in its Massachusetts job applications, including the job applications filled out by Plaintiff and Class members.

Plaintiff seeks to represent a class defined as: "All persons who applied for a Massachusetts-based position of employment with Defendant." Members of the Class are so numerous that their individual joinder herein is impracticable. On information and belief, members of the Class number in the thousands. Plaintiff and Class members seek statutory damages of not less than five hundred dollars per violation and reasonable attorney's fees and costs as a result of Defendant's violations of Mass. Gen. Laws ch. 149, 19B. The aggregate claims of all members of the proposed class are in excess of $50,000, exclusive of interest and costs.

*If applicable, please identify the case docket number, case name, and county in which there is any related case or cases pending in the Superior Court or any other court.*

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my client(s) with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various dispute resolution methods."

Signature of Attorney of Record: David S. Godkin          Date: 4/28/25

I HEREBY ATTEST AND CERTIFY ON
06/17/2025 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
     John E. Powers, III
     Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
          Asst. Clerk

## BUSINESS LITIGATION SESSION (BLS) CIVIL ACTION COVER SHEET INSTRUCTIONS

If you want to file a case in the Business Litigation Session (BLS), you must file a BLS Civil Action Cover Sheet (Cover Sheet) and a Complaint with the Suffolk County Civil Clerk's Office. On the Cover Sheet, you must state the reasons why you believe that the case should be accepted into the BLS, including the amount in controversy. If you do not fully and accurately complete the Cover Sheet, your case may be denied acceptance into the Business Litigation Session and transferred to another Superior Court Civil Session in Suffolk County. For more information, see Superior Court Administrative Directive 24-1 (Superior Court Business Litigation Sessions).

Cases that fall within any of the following categories will be considered for acceptance into the BLS in the sound discretion of the BLS Administrative Justice, based principally on the complexity of the case and the need for substantial case management.

Select one BLS Case Category Code that best describes your case and record it on the Cover Sheet:

BA1 (a.1)   claims relating to the governance and conduct of internal affairs of entities

A04 (a.2)   claims relating to employment agreements

BA3 (a.3)   claims relating to liability of shareholders, directors, officers, partners, etc.

BB1 (b.1)   shareholder derivative claims

BB2 (b.2)   claims relating to or arising out of securities transactions

BC1 (c.1)   claims involving mergers, consolidations, sales of assets, issuance of debt, equity and like interests

BD1 (d.1)   claims to determine the use or status of, or claims involving, intellectual property

BD2 (d.2)   claims to determine the use or status of, or claims involving, confidential, proprietary or
            trade secret information

D11 (d.3)   claims to determine the use or status of, or claims involving, restrictive covenants

BE1 (e.1)   claims involving breaches of contract or fiduciary duties, fraud, misrepresentation, business
            torts or other violations involving business relationships

A99 (f.1)   claims under the U.C.C. involving complex issues

BG1 (g.1)   claims arising from transactions with banks, investment bankers and financial advisers,
            brokerage firms, mutual and money funds

BH1 (h.1)   claims for violation of antitrust or other trade regulation laws, including class actions

BH1 (h.2)   claims of unfair trade practices involving complex issues, including class actions that do
            not involve personal injury

B07 (i.1)   professional malpractice claims other than claims for personal injury or death

A99 (j.1)   claims by or against a business enterprise to which a government entity is a party

A99 (k.1)   other claims involving complex issues or that require close case management, including
            but not limited to insurance coverage or reinsurance, construction, commercial lease
            disputes, real estate and consumer matters.

**Example:** BLS Case Category Code: <u>BE1 (e.1)</u>   Case Type: <u>breach of contract</u>

**Plaintiff's Duty:** On the Cover Sheet, the plaintiff, or plaintiff's counsel, shall provide a detailed statement of the facts and reasons why this case should be accepted into the BLS. A copy of the completed Cover Sheet shall be served on all defendants, along with the Complaint and Summons.

**Defendant's Duty:** If a defendant contests entry into the BLS, the defendant shall file with the Answer (or dispositive motion), a Statement specifying why the action does not belong in the BLS. The Statement shall be served with the Answer (or dispositive motion).

3

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court – Business Litigation Session**

CIVIL DOCKET#: **2584CV01139-BLS1**

Notice Sent
4/29/25
S.R.

Case:   Saint Cyr v. JPMorgan Chase & Co.

### NOTICE OF ACCEPTANCE INTO BUSINESS LITIGATION SESSION

This matter has been accepted into the Suffolk Business Litigation Session. It has been assigned to **BLS1**.

<u>Hereafter, as shown above, all parties must include the initials "**BLS1**" at the end of the docket number on all filings.</u>

Counsel for the plaintiff(s) is hereby advised that within seven (7) days of the filing of an appearance, answer, motion or other response to the complaint by or on behalf of the defendant(s) which has been served with process within the time limitation of Mass. R. Civ. P. 4(j), or such other time as may be modified by the Court, he or she shall send notice thereof to the appropriate BLS Session Clerk at Suffolk Superior Court, Three Pemberton Square, Boston, MA 02108.

Upon receipt of such notice, the Court will issue a Notice of Initial Rule 16 Conference for purposes of meeting with all counsel. Before the Rule 16 Conference, counsel shall discuss with their clients and with opposing counsel whether the parties will participate in the BLS Project on Discovery (counsel are directed to www.mass.gov/superior-court-business-litigation-session for description of the Project). Counsel may indicate their respective client's participation by completing, filing, and serving the attached form. If by the date of the initial Rule 16 Conference, not all parties have given notice of their participation, counsel shall be prepared to discuss at that conference whether their clients will participate in the Project.

For practice tips from the BLS Judges, please refer to the BLS Bench Notes (available online at: www.mass.gov/guide/business-litigation-session-bls-bench-notes).

The Court requests that plaintiff's counsel serve on opposing parties a copy of this notice and the attached form.

Dated: April 29, 2025

/s/ Kenneth W. Salinger

_____
Kenneth W. Salinger
Justice of the Superior Court &
Administrative Justice of the Business Litigation Session

I HEREBY ATTEST AND CERTIFY ON
_____, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
John E. Powers, III
Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
Asst. Clerk

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court – Business Litigation Session**

CIVIL DOCKET#: _____

Case: _____

      As you may know, the Business Litigation Session began implementing a Discovery Project in January, 2010. This project is available on a voluntary basis for all new cases accepted into the BLS and for cases which have not previously had an initial case management conference. Counsel should be prepared to discuss the project with the Court at the initial case management conference. For a detailed copy of the BLS Discovery Project, counsel are directed to the Trial Court home page at: www.mass.gov/superior-court-business-litigation-session)

      If a party is willing to participate in the project, that party's counsel should so indicate below and return this form to the appropriate session clerk.

      ___ (Check) **Yes,**_____ is willing to participate in the Discovery Project.
                           (Party's Name)

      Case Name _____

      Docket Number CIVIL DOCKET#: _____

      Counsel For_____           Date_____

      Firm Name and Address:

      _____

      _____

      _____

Please complete this form and return it to:

| Assistant Clerk - BLS1 | **OR** | Assistant Clerk - BLS2 |
|---|---|---|
| BLS1, Room 1015 | | BLS2, Room 1017 |
| 3 Pemberton Square | | 3 Pemberton Square |
| Boston, MA 02108 | | Boston, MA 02108 |

- 2 -



√519

**NOTIFY**

COMMONWEALTH OF MASSACHUSETTS    25-1139

**SUFFOLK, ss.**                                    **SUPERIOR COURT**

**Paulo** v. **Starbucks Corporation**, Civil No. 25-389-BLS1

**Cavanaugh** v. **Market Basket, Inc.**, Civil No. 25-454-BLS1

**Korn** v. **Procter & Gamble Company**, Civil No. 25-480-BLS1

**Brady** v. **United Parcel Service, Inc.**, Civil No. 25-523-BLS1

**Forbes** v. **Macy's, Inc.**, Civil No. 25-749-BLS1                    Notice sent (1)

**Ababio** v. **Nike, Inc.**, Civil No. 25-1134-BLS1                    5/12/25

**Blackwell** v. **Restaurant Depot, LLC**, Civil No. 25-1136-BLS1    (MH)

**Shi** v. **Bloomingdales, LLC**, Civil No. 25-1138-BLS1

**St. Cyr** v. **JPMorgan Chase & Co.**, No. 25-1139-BLS1

## SCHEDULING ORDER

The above-captioned class actions present common issues arising out of each defendant's alleged violation of G.L. c. 149, § 19B.[1] After a Rule 16 conference in the above-referenced Paulo, Cavanaugh, Korn, and Brady cases this date, it is hereby ORDERED as follows:

To establish an orderly process for handling these matters, all nine of the above-referenced cases are stayed (except for service of the cases that have not yet been served) until June 27, 2025, to give the parties an opportunity to resolve the cases through mediation or otherwise.[2] If any of these cases are not resolved, defendants shall respond to the complaint by

---

[1]    Several related cases are pending in BLS2.

[2]    At least two cases presenting similar issues appear from the docket to have been resolved by settlement without the need for judicial review of a class settlement. See Korn v. Staples, Inc., Civil No. 24-2303-BLS1 (stipulation of dismissal filed 2/21/25): Forbes v. RTX Corporation, Civil No. 24-2013-BLS2 (case reported settled and nisi order entered 4/23/25, just prior to scheduled Rule 12 hearing).

July 31, 2025. If a motion to dismiss is to be served by the response date, the parties shall confer

in advance and cooperate in presenting a single consolidated motion in these related cases to the

extent that the motion presents issues common to the defendants. The combined documents

related to any motion(s) to dismiss shall be filed by September 12, 2025, in compliance with

Superior Court Rule 9A.

Each of the above-referenced cases shall be put on for hearing on September 30, 2025, at

2 p.m. At the hearing on September 30, 2025, the court will hear any motion to dismiss filed in

any of these cases and will set further dates as necessary.

Plaintiff shall provide the defendants in the above-referenced Forbes, Ababio, Blackwell,

Shi, and St. Cyr cases (together, "the Five Newest Cases") with notice of this schedule by

serving a copy of this Scheduling Order on the defendants or their counsel promptly. If any

defendant in the Five Newest Cases seeks a modification of this schedule, they may do so by

motion for good cause.

Dated: April 30, 2025

Peter B. Krupp

Justice of the Superior Court

I HEREBY ATTEST AND CERTIFY ON
COI 17 2025, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
   John E. Powers, III
   Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
            ASST. Clerk

2

Date Filed 6/16/2025 4:30 PM
Superior Court - Suffolk
Docket Number 2584CV01139

5

MS

### COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, SS.**                          **SUPERIOR COURT DEPARTMENT**
                                          **OF THE TRIAL COURT**

Mozart Saint Cyr, individually and on
behalf of all others similarly situated,

Plaintiff,                               CASE NO. 2584CV01139

v.                                       US Dist#25-CV-11751

JPMorgan Chase & Co.,

Defendant.

### NOTICE OF FILING OF NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453,

Defendant JPMorgan Chase Bank, N.A., erroneously named as JPMorgan Chase & Co., filed with

the Clerk of the United States District Court for the District of Massachusetts, Eastern Division, a

Notice of Removal, a copy of which is attached to and filed with this document as Exhibit A, and

that this action is hereby removed to the United States District Court for the Massachusetts, Eastern

Division, as of June 16, 2025. The Court is respectfully requested to proceed with no further action

in this case.

I HEREBY ATTEST AND CERTIFY ON
_____, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
       John E. Powers, III
       Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
            Asst. Clerk

Date Filed 6/16/2025 4:30 PM
Superior Court - Suffolk
Docket Number 2584CV01139

Dated: June 16, 2025                    Respectfully submitted,

                                        **JPMORGAN CHASE BANK, N.A.**

                                        /s/ *Keri L. Engelman*
                                        _____
                                        Keri L. Engelman, BBO #704360
                                        Anna K. Perocchi, BBO #714730
                                        keri.engleman@morganlewis.com
                                        anna.perocchi@morganlewis.com
                                        **MORGAN, LEWIS & BOCKIUS LLP**
                                        One Federal Street
                                        Boston, MA  02110-1726
                                        Tel: +1.617.341.7700
                                        Fax: +1.617.341.7701

Date Filed 6/16/2025 4:30 PM
Superior Court - Suffolk
Docket Number 2584CV01139

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I filed the foregoing document with the Clerk of

the Court via the electronic filing system, which will send notice of the filing to:

David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
**BIRNBAUM & GODKIN, LLP**
1 Marina Park Drive, Suite 1410
Boston, MA 02210
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Joseph I. Marchese
Matthew A. Girardi
Julian C. Diamond
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
jmarchese@bursor.com
mgirardi@bursor.com
jdiamond@bursor.com

Attorneys for Plaintiff

*Attorneys for Plaintiff*

/s/ *Keri L. Engelman*
Keri L. Engelman

3

Date Filed 6/16/2025 4:30 PM
Superior Court - Suffolk
Docket Number 2584CV01139

# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Mozart Saint Cyr, individually and on behalf of all others similarly situated, | : | |
| | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JPMorgan Chase & Co., | : | |
| | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453,

Defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), erroneously named as JPMorgan Chase &

Co.,[1] hereby removes this action from the Superior Court of the Commonwealth of Massachusetts,

Suffolk County, to the United States District Court for the District of Massachusetts. This Court

has original subject matter jurisdiction over the lawsuit of Plaintiff Mozart Saint Cyr ("Plaintiff")

under the Class Action Fairness Act of 2005 ("CAFA") because this matter was brought as a

putative class action, diversity of citizenship exists between one or more members of the putative

class and JPMorgan, the number of proposed class members exceeds 100 individuals, and the

amount in controversy exceeds $5 million in the aggregate. *See* 28 U.S.C. §§ 1332(d), 1453.

### I.    FACTUAL BACKGROUND

1.    On April 28, 2025, Plaintiff commenced this action against JPMorgan by filing a

Complaint in the Suffolk County Superior Court for the Commonwealth of Massachusetts,

---

[1] JPMorgan Chase & Co. is a holding company to which Plaintiff never submitted an application. Plaintiff applied to a role with JPMorgan Chase Bank, N.A. *See, e.g.,* Exhibit A (Declaration of Liza Tizon) at ¶ 3.

captioned *Mozart Saint Cyr, individually and on behalf of all others similarly situated v. JPMorgan Chase & Co.*, No. 2584-CV-01139 (the "State Court Action"). A true and correct copy of the Complaint ("Compl.") together with all documents filed with the Suffolk Superior Court in the state court action is attached as Exhibit B.

2.    JPMorgan's registered agent received a copy of the Summons and Complaint on May 16, 2025.

3.    On behalf of himself and the purported class, Plaintiff alleges that Mass. Gen. Laws ch. 149, § 19B(2)(b) requires that job applications within the Commonwealth contain certain language regarding "job applicants' and employees' rights concerning lie detector tests." Compl. at ¶ 1. Plaintiff seeks to represent a purported class of "[a]ll persons who applied for a Massachusetts-based position of employment with Defendant (the 'Class')." *Id.* ¶ 17.

4.    Plaintiff alleges that, in or around December 2024, while located in Massachusetts, he "applied to work at Defendant's Newton, Massachusetts location as a Relationship Banker," and the job application did not provide the "notice of his rights concerning lie detector tests that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b)." *Id.* ¶ 6.

5.    Plaintiff's Complaint does not allege a specific amount of alleged damages sought on behalf of Plaintiff or the putative class. Plaintiff instead alleges, on behalf of himself and the putative class purported to be "in the thousands," that "minimum statutory damages" should be awarded in the amount of $500 "per violation." *Id.* ¶¶ 3, 18. In addition to claimed "minimum statutory damages," Plaintiff also seeks to recover compensatory and punitive damages, prejudgment interest, reasonable attorneys' fees and costs, and "all other forms of equitable monetary relief." *Id.* at "Relief Demanded" subsections d through f.

6.    Plaintiff's Complaint is pled as a putative class action under Massachusetts Civil

2

Procedure Rule 23. Therefore, for the purposes of this Notice of Removal, this matter is a class action as that term is defined under 28 U.S.C. §§ 1332(d)(1)(B) and 1453.[2]

## II.    THIS COURT HAS JURISDICTION UNDER THE CLASS ACTION FAIRNESS ACT OF 2005.

7.    The Supreme Court has clarified that "no antiremoval presumption attends cases invoking CAFA, which Congress enacted to facilitate adjudication of certain class actions in federal court." *Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 554 (2014).

8.    This Court has jurisdiction over this matter pursuant to CAFA. *See* 28 U.S.C. §§ 1332(d), 1453. Under CAFA, District Courts have original diversity jurisdiction over a class action whenever: (1) "any member of a [putative] class of plaintiffs is a citizen of a State different from any defendant," (28 U.S.C. § 1332(d)(2)(A)); (2) "the number of members of all proposed plaintiff classes in the aggregate is" more than 100 (28 U.S.C. § 1332(d)(5)(B)); and (3) "the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs" (28 U.S.C. § 1332(d)(2)). All CAFA requirements are satisfied here. Further, no exception to the exercise of federal jurisdiction applies. *See, e.g.*, U.S.C. § 1332(d)(4)(A)-(B). Removal is proper pursuant to 28 U.S.C. §§ 1441, 1446, and 1453.

### A.    Diversity of Citizenship Exists.

9.    To satisfy CAFA's diversity requirement, a party seeking removal need only show that minimal diversity exists—that is, that one putative class member is a citizen of a state different from that of one defendant. 28 U.S.C. § 1332(d)(2); *Lenahan v. Dick's Sporting Goods, Inc.*, 2010 WL 5092254, at *1 (D. Mass. Dec. 8, 2010).

10.    Plaintiff is a citizen of the Commonwealth of Massachusetts, residing in

---

[2] JPMorgan does not concede, and specifically disputes, Plaintiff's contention that this lawsuit may properly proceed as a class action.

3

Bridgewater, Massachusetts. Compl. ¶ 6.

11.     Pursuant to the Complaint, named Defendant JPMorgan Chase & Co. is a Delaware corporation, with its principal place of business in New York, New York. Compl. ¶ 7. The correct Defendant, *see supra* at 1, n.1, JPMorgan Chase Bank, N.A. is a Delaware corporation, with its principal place of business in Ohio.[3] As a result, JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. are citizens of the States of Delaware, New York, and Ohio within the meaning of the Acts of Congress relating to the removal of class actions, *see McCarthy v. Bank of N.Y./Mellon,* No. 10-10486-GAO, 2010 WL 2144241, at *1 (D. Mass. May 27, 2010), and for diversity purposes under CAFA. *See* 28 U.S.C. § 1332(d)(10).

12.     Accordingly, there is diversity of citizenship pursuant to CAFA because a member of the putative class "is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2).

### B.     The Proposed Class Consists of At Least 100 Proposed Class Members.

13.     The second jurisdictional requirement under CAFA is that the number of members of all proposed plaintiff classes in the aggregate is more than 100. *See* 28 U.S.C. § 1332(d)(5)(B).

14.     The Complaint alleges claims on behalf of Plaintiff and a putative class of similarly situated individuals in Massachusetts. Compl. ¶ 17. Plaintiff alleges "members of the Class number in the thousands." *Id.* at ¶ 18

15.     As such, the putative class set forth in Plaintiff's Complaint exceeds 100, and the

---

[3] *See* https://www.sec.gov/Archives/edgar/data/1174821/000119312520091101/d905048dex31.htm (last visited June 16, 2025); *see also* Fed. R. Evid. 201; *Fortucci v. RBS Citizens, N.A.,* 784 F. Supp. 2d 85, 88 (D. Mass. 2011) (taking judicial notice of principal office based on documents from the Office of the Comptroller of the Currency, Administrator of National Banks); *Royalty Network Inc. v. Dishant.com, LLC,* 638 F.Supp.2d 410, 421 n. 7 (S.D.N.Y.2009) (taking judicial notice of principal place of business based on Securities and Exchange Commission filings).

Case 1:25-cv-11751-BEM    Document 14    Filed 06/25/25    Page 113 of 118

Date Filed 6/16/2025 4:30 PM
Superior Court - Suffolk
Docket Number 2584CV01139    Case 1:25-cv-11751    Document 1    Filed 06/16/25    Page 5 of 10

second jurisdictional requirement under CAFA is met. *See* 28 U.S.C. § 1332(d)(5)(B).

###    C.    The Amount In Controversy Requirement Is Satisfied

16.    Pursuant to CAFA, the claims of the individual members in a putative class action are aggregated to determine if the amount in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(d)(6).[4]

17.    As the Supreme Court has held, "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee*, 135 S. Ct. at 554.

18.    Additionally, Congress intended for federal jurisdiction to attach under CAFA "if the value of the matter in litigation exceeds $5,000,000 either *from the viewpoint of the plaintiff* or the viewpoint of the defendant, and regardless of the type of relief sought (*e.g.*, damages, injunctive relief, or declaratory relief)." S. Rep. No. 109-14, *as reprinted in* 2005 WL 627977, at *42 (1st Sess. 2005) (emphasis added).

19.    Where, as here, the plaintiff does not expressly plead a specific amount of damages, a defendant must only show a reasonable probability that the amount in controversy exceeds $5,000,000. *See Sierra v. Progressive Direct Ins. Co.*, 2012 WL 4572923, at *2 (D. Mass. Sept. 28, 2012). Plaintiff's likelihood of success on the merits is irrelevant to determining the court's

---

[4] This Notice of Removal discusses the nature and amount of damages placed at issue by Plaintiff's Complaint. JPMorgan's reference to specific damages amounts and its citation to comparable cases are provided solely for the purpose of establishing that the amount in controversy is more likely than not in excess of the jurisdictional minimum. JPMorgan maintains that each of Plaintiff's claims is without merit and that JPMorgan is not liable to Plaintiff or the putative class he claims to represent. JPMorgan specifically denies that Plaintiff's theory of damages of damages is correct, that Plaintiff or any member of the putative class is entitled to statutory or any other damages as a result of any act or omission by JPMorgan. No statement or reference contained herein shall constitute an admission of liability or a suggestion that Plaintiff will or could actually recover these damages based upon the allegations contained in the Complaint or otherwise.

jurisdiction because "the pertinent question is what is *in controversy* in the case, not how much the plaintiffs are ultimately likely to recover." *Manson v. GMAC Mortg., LLC*, 602 F. Supp. 2d 289, 293 n.6 (D. Mass. 2009) (quoting *Amoche*, 556 F.3d at 51). Because "questions of removal are typically decided at the pleadings stage where little or no evidence has yet been produced, the issue should be resolved without an extensive fact-finding inquiry or 'mini-trial' about the amount in controversy." *Sierra*, 2012 WL 4572923, at \*2 (internal citations omitted). In determining whether the removing defendant has met its burden, courts look first to the plaintiff's complaint and then to the defendant's petition for removal. *See Williams v. Am. Honda Fin. Corp.*, No. 14-12859-LTS, 2014 WL 5494914, at \*3 (D. Mass. Oct. 30, 2014).

20.    CAFA's legislative history makes clear that doubts regarding the maintenance of class actions in state or federal court should be resolved in favor of federal jurisdiction. *See, e.g.*, S. Rep. No. 109-14, *as reprinted in* 2005 WL 627977, at \*43 (1st Sess. 2005) ("Overall, new section 1332(d) is intended to expand substantially federal court jurisdiction over class actions. Its provisions should be read broadly, with a strong preference that interstate class actions should be heard in a federal court if properly removed by any defendant.").

21.    While JPMorgan denies Plaintiff's factual allegations and denies that Plaintiff or any member of the putative class he purports to represent are entitled to the relief sought in the Complaint, JPMorgan—based on the allegations in Plaintiff's Complaint—has established herein a "reasonable probability" that the amount in controversy of the putative class as alleged in the Complaint exceeds $5,000,000.

### 1.    *Calculation of Plaintiff's Alleged Damages*

22.    Plaintiff's Complaint does not define the class period, but the statute of limitations for Plaintiff's claims stemming from the alleged violation is three years. *See* Mass. Gen. Laws ch.

Case 1:25-cv-11751-BEM    Document 14    Filed 06/25/25    Page 115 of 118

Date Filed 6/16/2025 4:30 PM
Superior Court - Suffolk
Docket Number 2584CV01139    Case 1:25-cv-11751    Document 1    Filed 06/16/25    Page 7 of 10

149, § 19B(4). Because Plaintiff filed the Complaint on April 28, 2025, the purported class period for establishing jurisdiction under CAFA would be April 28, 2022 through the date of judgment (the "Putative Class Period").

23.     Although the Complaint does not articulate Plaintiff's damages theory, it is apparent that Plaintiff seeks "minimum statutory damages" of $500 per the number of applications "filled out" and submitted to JPMorgan during the Putative Class Period. *See, e.g.*, Compl. ¶¶ 3, 15, 20, 28, 29. Of behalf of the purported class, Plaintiff also seeks punitive and compensatory damages in an undetermined amount.[5]

24.     During the Putative Class Period, there were over 10,000 job applications submitted for Massachusetts-based positions at JPMorgan. *See* Exhibit A at ¶ 4. Based on Plaintiff's claimed entitlement to "statutory damages" alone, the total amount placed in controversy by Plaintiff's claims on behalf of the putative class exceeds $5,000,000 as required for removal under CAFA.

### E.     No Exceptions to CAFA Jurisdiction Apply.

25.     CAFA provides for two primary exceptions to the exercise of federal jurisdiction, the so-called "home-state" and "local controversy" exceptions. *See* 28 U.S.C. § 1332(d)(3)(A)-(B). Plaintiff bears the burden of proof as to the applicability of these exceptions. *McMorris v. TJX Cos.*, 493 F. Supp. 2d 158, 165 (D. Mass. 2007); *cf.* S. Rep. No. 109-14, *as reprinted in* 2005 WL 627977, at *42 (1st Sess. 2005) (exceptions to CAFA jurisdiction should be interpreted narrowly and doubts should be resolved "in favor of exercising jurisdiction over the matter"). Plaintiff cannot meet his burden of proving that either exception applies because JPMorgan is not

---

[5] JPMorgan denies that this theory of damages is legally viable, and specifically denies that the putative class is entitled to statutory damages of $500. By referencing Plaintiff's purported claim to damages for purposes of removal, JPMorgan does not concede the validity of such claims and expressly reserves all rights, including the right to challenge Plaintiff's alleged damages at the appropriate stage of litigation.

Case 1:25-cv-11751-BEM   Document 14   Filed 06/25/25   Page 116 of 118

Date Filed 6/16/2025 4:30 PM
Superior Court - Suffolk
Docket Number 2584CV01139   Case 1:25-cv-11751   Document 1   Filed 06/16/25   Page 8 of 10

a citizen of Massachusetts. *See supra* at 3-4.

**III.    THE OTHER PREREQUISITES FOR REMOVAL HAVE BEEN SATISFIED**

26.    JPMorgan's removal of this action is timely because this Notice of Removal is being filed within 30 days of service, as prescribed by 28 U.S.C. § 1446(b)(2)(B); *see Murphy Bros v. Michetti Pipe Stringing*, 526 U.S. 344, 347–48 (1999) ("service of the summons and complaint" triggers removal deadline).

27.    As Plaintiff originally filed this action in the Suffolk County Superior Court of Massachusetts, removal to the United States District Court, District of Massachusetts, is proper under 28 U.S.C. § 1441(a).

28.    As required by 28 U.S.C. § 1446(d), JPMorgan will provide notice of this removal to Plaintiff through his attorneys of record.

29.    As required by 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of the Court for the Suffolk County Superior Court of Massachusetts.

30.    If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief in support of its position that this case is removable and that CAFA's limited exceptions to federal jurisdiction are inapplicable.

**WHEREFORE**, Defendant JPMorgan Chase Bank, N.A. desiring to remove this case to the United States District Court for the District of Massachusetts, prays that the filing of this Notice of Removal shall effect the removal of this action to this Court.

Case 1:25-cv-11751-BEM    Document 14    Filed 06/25/25    Page 117 of 118

Date Filed 6/16/2025 4:30 PM
Superior Court - Suffolk
Docket Number 2584CV01139    Case 1:25-cv-11751    Document 1    Filed 06/16/25    Page 9 of 10

Dated: June 16, 2025                    Respectfully submitted,

                                        **JPMORGAN CHASE BANK, N.A.**

                                        /s/ *Keri L. Engelman*
                                        Keri L. Engelman, BBO #704360
                                        Anna K. Perocchi, BBO #714730
                                        keri.engleman@morganlewis.com
                                        anna.perocchi@morganlewis.com
                                        **MORGAN, LEWIS & BOCKIUS LLP**
                                        One Federal Street
                                        Boston, MA  02110-1726
                                        Tel: +1.617.341.7700
                                        Fax: +1.617.341.7701

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, the foregoing Notice of Removal, including the

attached exhibits, was filed via the ECF filing system and served by email on the following:

David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
**BIRNBAUM & GODKIN, LLP**
1 Marina Park Drive, Suite 1410
Boston, MA 02210
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Joseph I. Marchese
Matthew A. Girardi
Julian C. Diamond
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
jmarchese@bursor.com
mgirardi@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiff*

/s/ *Keri L. Engelman*
Keri L. Engelman